1   VENABLE LLP
    Douglas C. Emhoff (SBN 151049)
2   demhoff@venable.com
    Tamany Vinson Bentz (SBN 258600)
3   tjbentz@venable.com
    Matthew J. Busch (SBN 307396)
4   mjbusch@venable.com
    2049 Century Park East, Suite 2300
5   Los Angeles, CA  90067
    Telephone:   (310) 229-9900
6   Facsimile:   (310) 229-9901

7   Attorneys for Plaintiff Jukin Media, Inc.

8                UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  JUKIN MEDIA, INC., a California          CASE NO. 2:17-cv-00356-DSF-
    corporation,                             AFM
12
                      Plaintiff,             **AMENDED COMPLAINT FOR:**
13
               v.                            **1) COPYRIGHT
14                                           INFRINGEMENT; AND**
    VIUMBE, LLC a Delaware limited
15  liability company, d/b/a  Ebaum's World; **2) CONTRIBUTORY
    and DOES 1 through 10,                   COPYRIGHT INFRINGEMENT**
16
                      Defendants.            **DEMAND FOR JURY TRIAL**
17
                                             Action Filed:  January 17, 2017
18                                           Trial Date:    None Set

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Plaintiff Jukin Media, Inc., for its amended complaint, alleges the following:

## **INTRODUCTION**

1.      Jukin Media, Inc. ("Jukin") is a digital media company headquartered in Los Angeles, California.  Jukin provides content and licensing resources for internet video content and has a library of over 30,000 pieces of original user-generated content.  To build this library, Jukin employs twenty people full time to discover trending and valuable content.  These employees devote their time to identifying content that will be popular and valuable – determinations that depend on their data analysis and experience in the digital media industry.  Jukin then commits its resources to finding the correct owner of the content and acquiring or licensing it.  Once Jukin and the owner enter into a deal, Jukin actively markets the video to increase its value to the benefit of the creator and Jukin.

2.      Jukin provides private individuals a way to monetize their videos by accessing a historically difficult-to-enter market for media content, and has become a market leader in the discovery, acquisition, monetization, licensing, and distribution of short-form viral video content.  In fact, Jukin is consistently ranked among the top watched media properties.  Jukin offers a proprietary platform that allows its partners access to its library for use in various commercial applications.  Jukin also offers curated video collections via its themed YouTube channels and content-focused websites, and independently produces or co-produces content displayed on broadcast television and other traditional means of media distribution.

3.      Jukin also employs a rights management team to actively mitigate the effects of lost revenue to its video owners by seeking licenses or advertising revenue monetization from infringing parties.

4.      Despite notice of Jukin's proprietary rights, Defendant Viumbe, LLC doing business as Ebaum's World ("Defendant" or "Viumbe") has and continues to infringe Jukin's rights, as hundreds of Jukin videos are on Defendants' website without permission from Jukin or the video creators.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1

## THE PARTIES

5.      Plaintiff Jukin Media, Inc. is a California corporation with its principal place of business in Los Angeles, California.

6.      On information and belief, Defendant Viumbe, LLC is a Delaware LLC with its principal place of business at 1550 Bryant Street, Suite 470, San Francisco, CA 94103.

7.      Defendant operates a website at ebaumsworld.com that stores and displays videos, images, and articles uploaded by third parties.  Separately, upon information and belief, Defendant's staff uploads videos to Defendant's Facebook, Instagram and Twitter accounts (collectively referred to herein as the "Viumbe Social Media Accounts").

8.      Jukin is currently unaware of the identities of Defendants Does 1–10, and therefore, sues such Defendants by such pseudonyms.  Upon information and belief, discovery will reveal the true identities of those Defendants and Jukin will then amend this Complaint to identify those Defendants by name.

9.      Upon information and belief, there now exists, and at all relevant times herein there existed, a unity of interest and ownership between and among Defendants, such that any individuality and separateness between and among them has ceased to exist, and Defendants, and each of them, are the alter egos of each other.  Upon information and belief, at all material times herein, each Defendant was the agent, employee, partner, or representative of every other Defendant, and each has the authority to bind the others in transactions with third parties.  Upon information and belief, each Defendant named herein committed acts and omissions leading to Jukin's damages, were acting in concert and active participation with each other in committing the wrongful acts alleged herein, and in so doing acted within the scope and course of their agency with every other Defendant named herein and each of them authorized, directed, accepted, ratified, and approved of such actions.

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## JURISDICTION AND VENUE

10.     This Amended Complaint arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*  Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

11.     Viumbe is subject to the personal jurisdiction of this Court because, among other things, Viumbe is doing business in the state of California, and the acts of infringement complained of in this Amended Complaint took place in the state of California.

12.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events that give rise to this Amended Complaint occurred in this judicial district.

## FACTUAL ALLEGATIONS

13.     Jukin invests in substantial research and analytical efforts to discover short-form viral videos that it believes may be interesting to the public.  Jukin's twenty full time employees research and evaluate videos, on a case-by-case basis, that are likely to be popular and valuable, *i.e.*, have the potential to go viral.  For every 400 videos it reviews, only about 20 are considered for acquisition.  Jukin then either licenses or acquires the right to use the videos, or portions thereof, in various commercial applications.  Jukin often acquires these rights on an exclusive basis.  Jukin monetizes these videos through advertising revenue and by licensing to various distribution channels for use in advertisements, entertainment productions, news programs, and other productions desirous of short-form content.  For purposes of this Amended Complaint, videos acquired or licensed by Jukin will be referred to as the "Jukin Original Videos" or simply the "Original Videos."

14.     Jukin also monetizes the Original Videos via broadcast on Jukin's own branded YouTube channels, on several of its websites including www.JukinVideo.com, and through other partners such as Verizon's Go90 platform and Comcast's Watchable.  Jukin may also re-publish certain videos in

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

order to increase their distribution.  When Jukin republishes the Original Videos, it typically does so almost immediately after acquiring the rights to these videos so that it can expand the virality of the videos and increase its revenue generated therefrom.

15.    Jukin's in-house rights management team spends significant time searching the internet for infringing copies of its Original Videos and identifying persistent infringers.  Once infringing content has been identified, the rights management team contacts the infringer and works diligently to try resolving the infringement through a licensing agreement.

16.    By acquiring the rights to these Original Videos in exchange for a license fee or a share of net proceeds earned from the videos, Jukin provides a way for individuals to maximize the potential of their videos in a manner that they would not be able to otherwise do on their own.  Individual video owners are unlikely to have the full resources, knowledge, or contacts to fully monetize their videos, increase views of their videos (from which increased revenue may be derived), or enforce their rights against infringers like Defendants.

**Viumbe**

17.    Defendant operates a website known as ebaumsworld.com and the Viumbe Social Media Accounts.

18.    Ebaumsworld.com operates as a content aggregation site, where its users upload videos, images, and news content.  The bulk of the content featured on ebaumsworld.com, and the Viumbe Social Media Accounts, consists of video.  The ebaumsworld.com site is accessible via the web, including Facebook, Instagram, and Twitter, and other similar methods of distribution.  With respect to the infringing videos on ebaumsworld.com, and the Viumbe Social Media Accounts, each method of distribution constitutes a new and different infringement of the same Jukin Original Video.

19.    Many of the videos posted on ebaumsworld.com, and the Viumbe

4

1   Social Media Accounts are Jukin Original Videos.

2          20.    Defendant does not passively host the infringing content of its users.

3   Instead, Defendant implements a policy of encouraging its subscribers to upload

4   files and uses a screening procedure in which, upon information and belief, its

5   employees (1) view files uploaded and (2) rearrange them based on a specific set

6   of criteria.  For example, upon information and belief, Defendant implements a

7   screening procedure in which it scans all uploaded content, and labels certain

8   videos as "featured." On information and belief, Defendant's employees then move

9   these "featured" videos so they are prominently placed on ebausmworld.com.

10  These volitional acts cause Defendant to be directly responsible for the

11  infringement of the Jukin Original Videos on ebaumsworld.com.

12         21.    In addition, upon information and belief, Defendant is solely

13  responsible for selecting the videos to be posted on the Viumbe Social Media

14  Accounts.  While Defendant accepts user generated video submissions, users

15  cannot post videos to the Viumbe Social Media Accounts.

16         22.    Beginning in November 2013, Jukin began to send take-down

17  requests to Defendant, which put Defendant on notice of its infringing activity, and

18  requested Defendant remove the infringing videos from ebaumsworld.com.

19         23.    The volume of Defendant's infringing videos needing to be reported

20  via the DMCA process became overwhelming.  Furthermore, Defendant was still

21  able to take advantage of and profit from the infringement of a Jukin Original

22  Video for the several days preceding its processing of a DMCA take-down request.

23  In many instances, Defendant was taking advantage of the most valuable period of

24  time since the first days and weeks of a video's posting is typically when it is most

25  viewed.

26         24.    Sometime after Jukin notified Defendant of its infringements in an

27  October 20, 2016 letter, Defendant removed many of the infringing videos.  This

28  removal does not compensate Jukin for the harm caused by past infringements of

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

the Jukin Original Videos, nor does it safeguard against new infringements.  To date, new infringing videos are continually uploaded to ebaumsworld.com and the Viumbe Social Media Accounts despite Jukin's frequent objections and notices of infringement.

25.     There have been over 600 unauthorized uses of Jukin's Original Videos on ebaumsworld.com or Social Media Accounts.

26.     Defendant's actions with respect to its infringements on ebaumsworld.com and the Viumbe Social Media Accounts are not good-faith misunderstandings of the source of the infringed content.  The Jukin Original Videos often include licensing information in the description of the video on YouTube, e.g. "Jukin Media Verified (Original) *For licensing/ permission to use: Contact: licensing@jukinmedia.com."  Jukin Original Videos often also contain a Jukin trademark, Jukin watermark, and/or Jukin end credits.

### Viumbe is Not Protected by the DMCA

27.     With respect to the Jukin videos uploaded by third party users to ebaumsworld.com, Defendant is not eligible for safe harbor protection under 17 U.S.C. §512(c).  Under the Digital Millenium Copyright Act ("DMCA"), an online service provider is only exempt from liability for the infringing acts of its users if it has provided the Copyright Office with an agent to receive notifications of claimed infringement. 17 U.S.C. § 512(c)(2).  An exhaustive search of the Copyright Office's Directory of Service Provider Agents reveals that, at the time of these uses, Viumbe had not designated an agent to receive notifications of claimed infringement. *See* http://www.copyright.gov/onlinesp/list/a_agents.html. Accordingly, Viumbe cannot rely upon the DMCA safe harbor provision as a defense to its infringement.

### Jukin's Infringed Videos

28.     The videos listed below will collectively be referred to herein as the "Infringing Videos."  As evidenced below, Defendant and its users often publish

6

the Infringing Videos within days of Jukin's publication of the Jukin Original Videos.

29.   **INFRINGEMENT #1:** Jukin acquired the rights to "Slow Motion Dock Jump Nutshot" on August 18, 2014, available at https://www.youtube.com/watch?v=qQA5kG9KekE, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA 1-940-806 for this video.

30.   On or around October 9, 2014, a video was posted to Defendant's website entitled "Nothing Like Kicking Back With A Beer And Enjoying The Sunset" at http://www.ebaumsworld.com/video/watch/84268799 and incorporated by reference herein.  "Nothing Like Kicking Back With A Beer And Enjoying The Sunset" copies significant portions of the "Slow Motion Dock Jump Nutshot" video.

31.   **INFRINGEMENT #2:** Jukin acquired the rights to "Jet Ski Travels through Water in Canyon" on August 27, 2014, available at https://www.youtube.com/watch?v=mQg3hlilED0, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-940-828 for this video.

32.   On or around October 9, 2014, a video was posted to Defendant's website entitled "High Speed Jet Skiing Through Narrow Lake Powell Canyon" at http://www.ebaumsworld.com/video/watch/84269421 and incorporated by reference herein.  "High Speed Jet Skiing Through Narrow Lake Powell Canyon" copies significant portions of the "Jet Ski Travels through Water in Canyon" video.

33.   **INFRINGEMENT #3:** Jukin acquired the rights to "Little Boy Not Happy Mom's Pregnancy Surprise" on August 28, 2014, available at https://www.youtube.com/watch?v=hmQN95ROBcI, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA 1-927-265 for this video.

34.     On or around October 9, 2014, a video was posted to Defendant's website entitled "Little Boy Goes Off On His Mom For Getting Pregnant" at http://www.ebaumsworld.com/video/watch/84270242 and incorporated by reference herein.  "Little Boy Goes Off On His Mom For Getting Pregnant" copies significant portions of the "Little Boy Not Happy Mom's Pregnancy Surprise" video.

35.     **INFRINGEMENT #4:** Jukin acquired the rights to "Mount Huashan Mountainside Plank Walk" on September 24, 2014, available at https://www.youtube.com/watch?v=Wd-T_YTfxDs, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-941-393 for this video.

36.     On or around October 10, 2014, a video was posted to Defendant's website entitled "Mount Hua Shan Plank Walk Without a Harness" at http://www.ebaumsworld.com/video/watch/84293594 and incorporated by reference herein.  "Mount Hua Shan Plank Walk Without a Harness" copies significant portions of the "Mount Huashan Mountainside Plank Walk" video.

37.     **INFRINGEMENT #5:** Jukin acquired the rights to "Cat Swings in Baby Swing" on September 17, 2014, available at https://www.youtube.com/watch?v=mU6utt9Kc0k, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-940-800 for this video.

38.     On or around October 3, 2014, a video was posted to Defendant's website entitled "Cat Thinks It's A Human Baby" at http://www.ebaumsworld.com/video/watch/84293529 and incorporated by reference herein.  "Cat Thinks It's A Human Baby" copies significant portions of the "Cat Swings in Baby Swing" video.

39.     **INFRINGEMENT #6:** Jukin acquired the rights to "Pomeranian Dog Loves Watermelon" on September 22, 2014, available at

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1  https://www.youtube.com/watch?v=QgsTgkxGTQo, and incorporated by reference

2  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

3  obtained copyright registration number PA 1-940-793 for this video.

4  40.  On or around October 2, 2014, a video was posted to Defendant's

5  website entitled "Can't Let My Master Know of my Temptation" at

6  http://www.ebaumsworld.com/video/watch/84297021 and incorporated by

7  reference herein.  "Can't Let My Master Know of my Temptation" copies

8  significant portions of the "Pomeranian Dog Loves Watermelon" video.

9  41.  **INFRINGEMENT #7:** Jukin acquired the rights to "Bear Attacks

10  Camera" on September 29, 2014, available at

11  https://www.youtube.com/watch?v=YnWFRO4SNEM, and incorporated by

12  reference herein.  Jukin subsequently republished this video on its own channel.

13  Jukin also obtained copyright registration number PA 1-941-387 for this video.

14  42.  On or around October 3, 2014, a video was posted to Defendant's

15  website entitled "Bear ATTACKS Trail Camera" at

16  http://www.ebaumsworld.com/video/watch/84306466 and incorporated by

17  reference herein.  "Bear ATTACKS Trail Camera" copies significant portions of

18  the "Bear Attacks Camera" video.

19  43.  **INFRINGEMENT #8:** Jukin acquired the rights to "Cat does

20  Impression of President Obama" on October 7, 2014, available at

21  https://www.youtube.com/watch?v=6mTH_pYarGs, and incorporated by reference

22  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

23  obtained copyright registration number PA 1-941-478 for this video.

24  44.  On or around October 8, 2014, a video was posted to Defendant's

25  website entitled "Just a cat giving a speech on ebola" at

26  http://www.ebaumsworld.com/video/watch/84317010 and incorporated by

27  reference herein.  "Just a cat giving a speech on ebola" copies significant portions

28  of the "Cat does Impression of President Obama" video.

9

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

45.     **INFRINGEMENT #9:** Jukin acquired the rights to "Kid Lies on Track While Train Passes Over" on October 13, 2014, available at https://www.youtube.com/watch?v=nMlEsSMc274, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-941-465 for this video.

46.     On October 15, 2014, a video was posted to Defendant's website entitled "Kid Lays Down in the Middle of Train Tracks!" at http://www.ebaumsworld.com/video/watch/84325724 and incorporated by reference herein.  "Kid Lays Down in the Middle of Train Tracks!" copies significant portions of the "Kid Lies on Track While Train Passes Over" video.

47.     **INFRINGEMENT #10:** Jukin acquired the rights to "Cat Interrupts Ukelele Practice" on October 14, 2014, available at https://www.youtube.com/watch?v=0fYuYPViw_c, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-941-428 for this video.

48.     On October 15, 2014, a video was posted to Defendant's website entitled "Interrupting Cat" at http://www.ebaumsworld.com/video/watch/84325294 and incorporated by reference herein.  "Interrupting Cat" copies significant portions of the "Cat Interrupts Ukelele Practice" video.

49.     **INFRINGEMENT #11:** Jukin acquired the rights to "Redneck Couch Moving System" on October 15, 2014, available at https://www.youtube.com/watch?v=cAuNCNMp0Go, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-941-483 for this video.

50.     On October 15, 2014, a video was posted to Defendant's website entitled "How to move a Couch" at http://www.ebaumsworld.com/video/watch/84324938 and incorporated by reference herein.  "How to move a Couch" copies significant portions of the

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    "Redneck Couch Moving System" video.  Upon information and belief, the video

2    creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.

3    Jukin never gave permission for video to be posted to ebaumsworld.com.

4          51.    **INFRINGEMENT #12:** Jukin acquired the rights to "Puppy Tries to

5    Pull Off Girl's Bikini" on October 25, 2014, available at

6    https://www.youtube.com/watch?v=vVB8cp-t2ag, and incorporated by reference

7    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

8    obtained copyright registration number PA 1-941-493 for this video.

9          52.    On October 22, 2015, a video was posted to Defendant's website

10   under the following title and at the following link, incorporated by reference

11   herein: "The Best Trick A Dog Can Learn" at

12   http://www.ebaumsworld.com/video/watch/84332662.

13         53.    On April 27, 2016, a video was posted to Defendant's website under

14   the following title and at the following link, incorporated by reference herein:

15   "Beach Babe Almost Loses Her Top To A Pesky Dog" at

16   http://www.ebaumsworld.com/videos/dog-tries-stealing-bikini-from-babe-at-

17   beach/85007324.

18         54.    The video, at both links, copies significant portions of the "Puppy

19   Tries to Pull Off Girl's Bikini" video.

20         55.    **INFRINGEMENT #13:** Jukin acquired the rights to "Tree Almost

21   Falls on Target Shooter" on October 23, 2014, available at

22   https://www.youtube.com/watch?v=fA9nTNelQ6o, and incorporated by reference

23   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

24   obtained copyright registration number PA-1-927-271 for this video.

25         56.    On October 29, 2014, a video was posted to Defendant's website

26   entitled "Man Almost Kills Himself Shooting Gun For The First Time" at

27   http://www.ebaumsworld.com/video/watch/84338674 and incorporated by

28   reference herein.  "Man Almost Kills Himself Shooting Gun For The First Time"

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    copies significant portions of the "Tree Almost Falls on Target Shooter" video.

2    57.    **INFRINGEMENT #14:** Jukin acquired the rights to "Motorist

3    Stopped by Suspicious Road Block" on November 5, 2014, available at

4    https://www.youtube.com/watch?v=ClPZINVp0y8, and incorporated by reference

5    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

6    obtained copyright registration number PA 1-941-422 for this video.

7    58.    On November 5, 2014, a video was posted to Defendant's website

8    entitled "Suspicious Late Night Roadblock In New Jersey" at

9    http://www.ebaumsworld.com/video/watch/84346736 and incorporated by

10   reference herein.  "Suspicious Late Night Roadblock In New Jersey" copies

11   significant portions of the "Motorist Stopped by Suspicious Road Block" video.

12   Upon information and belief, the video creator did not post the video to

13   ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission

14   for video to be posted to ebaumsworld.com.

15   59.    **INFRINGEMENT #15:** Jukin acquired the rights to "Puppy Cannot

16   Wake Up from Nap" on November 5, 2014, available at

17   https://www.youtube.com/watch?v=ZVQbtPl92Kk, and incorporated by reference

18   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

19   obtained copyright registration number PA 1-941-440 for this video.

20   60.    On August 31, 2015, a video was posted to Defendant's website

21   entitled "Adorable Pit Bull Puppy Taking His Nap" at

22   http://www.ebaumsworld.com/video/watch/84717616 and incorporated by

23   reference herein.  "Adorable Pit Bull Puppy Taking His Nap" copies significant

24   portions of the "Puppy Cannot Wake Up from Nap" video.

25   61.    **INFRINGEMENT #16:** Jukin acquired the rights to "Dog Teaches

26   Baby to Bounce in Swing" on November 6, 2014, available at

27   https://www.youtube.com/watch?v=YD9SEtaVKgA, and incorporated by

28   reference herein.  Jukin subsequently republished this video on its own channel.

12

1 Jukin also obtained copyright registration number PA 1-941-421 for this video.

2      62.    On November 6, 2015, a video was posted to Defendant's website

3 entitled "Dog And Baby At Play" at

4 http://www.ebaumsworld.com/video/watch/84348347 and incorporated by

5 reference herein. "Dog And Baby At Play" copies significant portions of the "Dog

6 Teaches Baby to Bounce in Swing" video. Upon information and belief, the video

7 creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.

8 Jukin never gave permission for video to be posted to ebaumsworld.com.

9      63.    **INFRINGEMENT #17:** Jukin acquired the rights to "Christmas

10 Light Display as Seen by Drone" on December 9, 2014, available at

11 https://www.youtube.com/watch?v=IXieGSAdj4s, and incorporated by reference

12 herein. Jukin subsequently republished this video on its own channel. Jukin also

13 obtained copyright registration number PA 1-941-540 for this video.

14      64.    On December 9, 2014, a video was posted to Defendant's website

15 entitled "Taking Christmas Light Shows To The Next Level" at

16 http://www.ebaumsworld.com/video/watch/84381171 and incorporated by

17 reference herein. "Taking Christmas Light Shows To The Next Level" copies

18 significant portions of the "Christmas Light Display as Seen by Drone" video.

19 Upon information and belief, the video creator did not post the video to

20 ebaumsworld.com prior to its acquisition by Jukin. Jukin never gave permission

21 for video to be posted to ebaumsworld.com.

22      65.    **INFRINGEMENT #18:** Jukin acquired the rights to "Christmas

23 Light Show Set to 'What Does the Fox Say'" on December 15, 2014, available at

24 https://www.youtube.com/watch?v=Ou9FQyde2kY, and incorporated by reference

25 herein. Jukin subsequently republished this video on its own channel. Jukin also

26 obtained copyright registration number PA 1-941-435 for this video.

27      66.    On December 15, 2014, a video was posted to Defendant's website

28 entitled "What Does The Fox Say Christmas Light Decorations" at

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

13

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   http://www.ebaumsworld.com/video/watch/84386898 and incorporated by

2   reference herein.  "What Does The Fox Say Christmas Light Decorations" copies

3   significant portions of the "Christmas Light Show Set to 'What Does the Fox Say'"

4   video.  Upon information and belief, the video creator did not post the video to

5   ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission

6   for video to be posted to ebaumsworld.com.

7         67.   **INFRINGEMENT #19:** Jukin acquired the rights to "Guy Puts

8   Googly Eyes on Sleeping Pit Bull" on January 22, 2015, available at

9   https://www.youtube.com/watch?v=3PkIuO4N9c4, and incorporated by reference

10  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

11  obtained copyright registration number PA 1-940-905 for this video.

12        68.   On January 23, 2015, a video was posted to Defendant's website

13  under the following title and at the following link, incorporated by reference

14  herein: "This Is A new Breed of Pitbull" at

15  http://www.ebaumsworld.com/video/watch/84434361.

16        69.   On January 9, 2016, a video was posted to Defendant's website under

17  the following title and at the following link, incorporated by reference herein: "Is

18  Than An Upside Down Dog or Something Else?" at

19  http://www.ebaumsworld.com/video/watch/84891239.

20        70.   The video, at both links, copies significant portions of the "Guy Puts

21  Googly Eyes on Sleeping Pit Bull" video.

22        71.   **INFRINGEMENT #20:** Jukin acquired the rights to "Road Raged

23  Driver Verbally Assaults Woman" on January 28, 2015, available at

24  https://www.youtube.com/watch?v=MDr_J_pLg0A, and incorporated by reference

25  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

26  obtained copyright registration number PA 1-941-516 for this video.

27        72.   On January 28, 2015, a video was posted to Defendant's website

28  entitled "Crazy Woman Terrorizes Child During Road Rage" at

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

http://www.ebaumsworld.com/video/watch/84441907 and incorporated by reference herein.  "Crazy Woman Terrorizes Child During Road Rage" copies significant portions of the "Road Raged Driver Verbally Assaults Woman" video. Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

73.   **INFRINGEMENT #21:** Jukin acquired the rights to "Octopus Emerges from Reef Camouflage" on February 3, 2015, available at https://www.youtube.com/watch?v=l2UeR2pvoMA, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-941-541 for this video.

74.   On February 3, 2015, a video was posted to Defendant's website entitled "Octopus Shocks Diver With Amazing Camouflage Skills" at http://www.ebaumsworld.com/video/watch/84449846 and incorporated by reference herein.  "Octopus Shocks Diver With Amazing Camouflage Skills" copies significant portions of the "Octopus Emerges from Reef Camouflage" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

75.   **INFRINGEMENT #22:** Jukin acquired the rights to "Squirrel Hides Nuts in Bra" on February 4, 2015, available at https://www.youtube.com/watch?v=Fneow2aUH3Y, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA 1-941-517 for this video.

76.   On February 6, 2015, a video was posted to Defendant's website entitled "Squirrel hides his nuts.." at http://www.ebaumsworld.com/video/watch/84454446 and incorporated by reference herein.  "Squirrel hides his nuts.." copies significant portions of the

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    "Squirrel Hides Nuts in Bra" video.

2        77.    **INFRINGEMENT #23:** Jukin acquired the rights to "Man and

3    Young Boy Sucked into Drain" on February 5, 2015, available at

4    https://www.youtube.com/watch?v=nTO5gD5th-0, and incorporated by reference

5    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

6    obtained copyright registration number PA0001967929 for this video.

7        78.    On February 3, 2015, a video was posted to Defendant's website

8    entitled "Group of People Get Sucked Underground" at

9    http://www.ebaumsworld.com/video/watch/84449570 and incorporated by

10   reference herein.  "Group of People Get Sucked Underground" copies significant

11   portions of the "Man and Young Boy Sucked into Drain" video.  Upon information

12   and belief, the video creator did not post the video to ebaumsworld.com prior to its

13   acquisition by Jukin.  Jukin never gave permission for video to be posted to

14   ebaumsworld.com.

15       79.    **INFRINGEMENT #24:** Jukin acquired the rights to "Little Girl

16   Sings Metal ABC's" on February 5, 2015, available at

17   https://www.youtube.com/watch?v=zBvhTA9asug, and incorporated by reference

18   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

19   obtained copyright registration number PA 1-941-437 for this video.

20       80.    On February 9, 2015, a video was posted to Defendant's website

21   entitled "Little girls doesn't like the traditional ABC song" at

22   http://www.ebaumsworld.com/video/watch/84460701 and incorporated by

23   reference herein.  "Little girls doesn't like the traditional ABC song" copies

24   significant portions of the "Little Girl Sings Metal ABC's" video.

25       81.    **INFRINGEMENT #25:** Jukin acquired the rights to "Little Kid

26   Wobbles down Playground Slide" on February 6, 2015, available at

27   https://www.youtube.com/watch?v=lND7jCY5iFg, and incorporated by reference

28   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1  obtained copyright registration number PA 1-941-520 for this video.

2      82.    On or around February 5, 2015, a video was posted to Defendant's

3  website entitled "Kid Forgets How to Slide" at

4  http://www.ebaumsworld.com/video/watch/84452430 and incorporated by

5  reference herein.  "Kid Forgets How to Slide" copies significant portions of the

6  "Little Kid Wobbles down Playground Slide" video.  Upon information and belief,

7  the video creator did not post the video to ebaumsworld.com prior to its acquisition

8  by Jukin.  Jukin never gave permission for video to be posted to

9  ebaumsworld.com.

10     83.    **INFRINGEMENT #26:** Jukin acquired the rights to "Driver Runs

11  Red Light and Hits Car Triggering Airbags" on February 8, 2015, available at

12  https://www.youtube.com/watch?v=ny01_mvJyjA, and incorporated by reference

13  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

14  obtained copyright registration number PA 1-941-531 for this video.

15     84.    On February 7, 2015, a video was posted to Defendant's website

16  entitled "Woman Runs Redlight And Hits Car With Dashcam" at

17  http://www.ebaumsworld.com/video/watch/84457850 and incorporated by

18  reference herein.  "Woman Runs Redlight And Hits Car With Dashcam" copies

19  significant portions of the "Driver Runs Red Light and Hits Car Triggering

20  Airbags" video.  Upon information and belief, the video creator did not post the

21  video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave

22  permission for video to be posted to ebaumsworld.com.

23     85.    **INFRINGEMENT #27:** Jukin acquired the rights to "Woman

24  Struggles to Exit Tiny BMW" on February 9, 2015, available at

25  https://www.youtube.com/watch?v=GBoJlIYF2Z4, and incorporated by reference

26  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

27  obtained copyright registration number PA 1-941-434 for this video.

28     86.    On June 7, 2016, a video was posted to Defendant's website entitled

17

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1  "Fat Women Try it to Exit from BMW, She Can Do it." at

2  http://www.ebaumsworld.com/video/fat-women-try-it-to-exit-from-bmw-she-can-

3  do-it/85046841 and incorporated by reference herein.  "Fat Women Try it to Exit

4  from BMW, She Can Do it." copies significant portions of the "Woman Struggles

5  to Exit Tiny BMW" video.

6          87.    **INFRINGEMENT #28:** Jukin acquired the rights to "Silverback

7  Gorilla Cracks Protective Glass at Zoo" on April 16, 2015, available at

8  https://www.youtube.com/watch?v=KK67kaMWN-8, and incorporated by

9  reference herein.  Jukin subsequently republished this video on its own channel.

10  Jukin also obtained copyright registration number PA0001967921 for this video.

11          88.    On April 17, 2015, a video was posted to Defendant's website entitled

12  "Silverback Gorilla Charges And Cracks Safety Glass" at

13  http://www.ebaumsworld.com/video/watch/84550854 and incorporated by

14  reference herein.  "Silverback Gorilla Charges And Cracks Safety Glass." copies

15  significant portions of the "Silverback Gorilla Cracks Protective Glass at Zoo"

16  video.

17          89.    **INFRINGEMENT #29:** Jukin acquired the rights to "Homeless Man

18  Speaks from the Heart" on June 2, 2015, available at

19  https://www.youtube.com/watch?v=RfU8TUZRtZg, and incorporated by reference

20  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

21  obtained copyright registration number PA0001956219 for this video.

22          90.    On October 5, 2015, a video was posted to Defendant's website

23  entitled "Homeless guy spits some Truth" at

24  http://www.ebaumsworld.com/video/watch/84762815 and incorporated by

25  reference herein.  "Homeless guy spits some Truth" copies significant portions of

26  the "Homeless Man Speaks from the Heart" video.

27          91.    **INFRINGEMENT #30:** Jukin acquired the rights to "Groomsman

28  Backflips Into Bridesmaid at Wedding" on July 21, 2015, available at

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    https://www.youtube.com/watch?v=fZShaaPRUNg, and incorporated by reference

2    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

3    obtained copyright registration number PA0001967901 for this video.

4         92.    On July 29, 2015, a video was posted to Defendant's website entitled

5    "Wedding knockout with UFC commentary !" at

6    http://www.ebaumsworld.com/video/watch/84675588 and incorporated by

7    reference herein.  "Wedding knockout with UFC commentary !" copies significant

8    portions of the "Groomsman Backflips Into Bridesmaid at Wedding" video.

9         93.    **INFRINGEMENT #31:** Jukin acquired the rights to "Bikers Crash

10   into Support Vehicles during Race" on August 9, 2015, available at

11   https://www.youtube.com/watch?v=hRM3bFXlyNk, and incorporated by reference

12   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

13   obtained copyright registration number PA0001967899 for this video.

14        94.    On August 9, 2015, a video was posted to Defendant's website under

15   the following title and at the following link, incorporated by reference herein:

16   "Cyclist Slams Into Vehicle At High Speed" at

17   http://www.ebaumsworld.com/video/watch/84691015.

18        95.    On August 15, 2015, a video was posted to Defendant's website under

19   the following title and at the following link, incorporated by reference herein:

20   "Cyclist's Race Comes To A Bone Crushing End" at

21   http://www.ebaumsworld.com/video/watch/84697940.

22        96.    On August 10, 2015, Defendant posted a video under the following

23   title and at the following link, incorporated by reference herein: "This probably

24   hurt :(" at https://twitter.com/ebaumsworld/status/630832130965159936.

25        97.    The video, at all three links, copies significant portions of the "Bikers

26   Crash into Support Vehicles during Race" video.  Upon information and belief, the

27   video creator did not post the video to ebaumsworld.com prior to its acquisition by

28   Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

AMENDED COMPLAINT

98. **INFRINGEMENT #32:** Jukin acquired the rights to "Truck Destroys Highway Sign" on August 18, 2015, available at https://www.jukinmedia.com/licensing/view/908235, and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA0001967897 for this video.

99. On August 17, 2015, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "DUMP TRUCK DRIVER FORGETS TO PUT HIS LIFTING STRUCTURE DOWN" at http://www.ebaumsworld.com/video/watch/84700341.

100. On August 17, 2015, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Dude… You forgot something!" at http://www.ebaumsworld.com/video/watch/84698772.

101. On August 17, 2015, Defendant posted a video under the following title and at the following link, incorporated by reference herein: "You only have to learn this lesson once…" at https://www.facebook.com/ebaumsworld/videos/vb.286683382423/101531668700 57424/?type=2&theater.

102. The video, at all three links, copies significant portions of the "Truck Destroys Highway Sign" video. Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin and Defendant did not obtain permission from the video creator to post the video. Jukin never gave permission for video to be posted to ebaumsworld.com or Facebook.

103. **INFRINGEMENT #33:** Jukin acquired the rights to "Motorcyclist Grabs Feet on the Freeway" on November 16, 2015, available at https://www.youtube.com/watch?v=bNKHcJocvSQ, and incorporated by reference herein. Jukin has also filed an application for copyright registration with the

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

United States Copyright Office for this video, application case number 1-3916922464, and is awaiting issuance of the registration.

104.   On November 16, 2015, a video was posted to Defendant's website entitled "Grabbing Feet on the Freeway" at http://www.ebaumsworld.com/video/watch/84818213 and incorporated by reference herein.  "Grabbing Feet on the Freeway" copies significant portions of the "Motorcyclist Grabs Feet on the Freeway" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

105.   **INFRINGEMENT #34:** Jukin acquired the rights to "How to Properly Insert a Card into an ATM" on December 11, 2015, available at https://www.youtube.com/watch?v=Mg_6rlje6Ao and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916922224, and is awaiting issuance of the registration.

106.   On December 10, 2015, a video was posted to Defendant's website entitled "Please Follow The Directions On The Screen" at http://www.ebaumsworld.com/video/watch/84857032 and incorporated by reference herein.  "Please Follow The Directions On The Screen" copies significant portions of the "How to Properly Insert a Card into an ATM" video. Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

107.   **INFRINGEMENT #35:** Jukin acquired the rights to "Broken Urinal Shoots out Water" on December 14, 2015, available at https://www.youtube.com/watch?v=YzZS8CH2jYI and incorporated by reference

1    herein. Jukin subsequently republished this video on its own channel. Jukin has
2    also filed an application for copyright registration with the United States Copyright
3    Office for this video, application case number 1-3916904149, and is awaiting
4    issuance of the registration.

5          108.   On December 14, 2015, a video was posted to Defendant's website
6    entitled "Broken Urinal Causes Massive Flood In Bathroom" at
7    http://www.ebaumsworld.com/video/watch/84861725 and incorporated by
8    reference herein.  "Broken Urinal Causes Massive Flood In Bathroom" copies
9    significant portions of the "Broken Urinal Shoots out Water" video.  Upon
10   information and belief, the video creator did not post the video to
11   ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission
12   for video to be posted to ebaumsworld.com.

13         109.   **INFRINGEMENT #36:** Jukin acquired the rights to "Lamborghini
14   Drives Through Flood" on January 6, 2016, available at
15   https://www.youtube.com/watch?v=DJM7AEUBmkk and incorporated by
16   reference herein. Jukin subsequently republished this video on its own channel.
17   Jukin has also filed an application for copyright registration with the United States
18   Copyright Office for this video, application case number 1-3916904014, and is
19   awaiting issuance of the registration.

20         110.   On January 8, 2016, a video was posted to Defendant's website
21   entitled "Lamborghini Drives Through a Flood in San Diego" at
22   http://www.ebaumsworld.com/video/watch/84889159 and incorporated by
23   reference herein.  "Lamborghini Drives Through a Flood in San Diego" copies
24   significant portions of the "Lamborghini Drives Through Flood" video.

25         111.   **INFRINGEMENT #37:** Jukin acquired the rights to "Woman Pole
26   Dances with Baby" on January 20, 2016, available at
27   https://www.youtube.com/watch?v=snBYPuajEdE&feature=youtu.be, and
28   incorporated by reference herein. Jukin subsequently republished this video on its

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   own channel. Jukin has also filed an application for copyright registration with the

2   United States Copyright Office for this video, application case number 1-

3   3916872874, and is awaiting issuance of the registration.

4       112.   On January 23, 2016, a video was posted to Defendant's website

5   entitled "Woman Pole Dances with Baby" at

6   http://www.ebaumsworld.com/video/watch/84906482 and incorporated by

7   reference herein.  "Woman Pole Dances with Baby" copies significant portions of

8   the "Woman Pole Dances with Baby" video.

9       113.   **INFRINGEMENT #38:** Jukin acquired the rights to "Girlfriend Gets

10   a Math Lesson" on March 27, 2016, available at

11   https://www.jukinmedia.com/licensing/view/930567, and incorporated by

12   reference herein. Jukin subsequently republished this video on its own channel.

13   Jukin has also filed an application for copyright registration with the United States

14   Copyright Office for this video, application case number 1-3916872839, and is

15   awaiting issuance of the registration.

16       114.   On March 27, 2016, a video was posted to Defendant's website

17   entitled "Guy's Girlfriend Can't Figure Out Simple Math Riddle" at

18   http://www.ebaumsworld.com/videos/the-girlfriends-math-lesson/84970993 and

19   incorporated by reference herein.  "Guy's Girlfriend Can't Figure Out Simple

20   Math Riddle" copies significant portions of the "Girlfriend Gets a Math Lesson"

21   video.  Upon information and belief, the video creator did not post the video to

22   ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission

23   for video to be posted to ebaumsworld.com.

24       115.   **INFRINGEMENT #39:** Jukin acquired the rights to "Brothers

25   Convince Little Sister of Zombie Apocalypse" on April 11, 2016, available at

26   https://www.youtube.com/watch?v=-hVWEefD5ag and incorporated by reference

27   herein. Jukin subsequently republished this video on its own channel. Jukin has

28   also filed an application for copyright registration with the United States Copyright

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1  Office for this video, application case number 1-3916872644, and is awaiting

2  issuance of the registration.

3       116.   On April 11, 2016, a video was posted to Defendant's website entitled

4  "Brothers Convince Little Sister of Zombie Apocalypse" at

5  http://www.ebaumsworld.com/videos/brothers-convince-little-sister-of-zombie-

6  apocalypse/84988725 and incorporated by reference herein.  "Brothers Convince

7  Little Sister of Zombie Apocalypse" copies significant portions of the Jukin

8  "Brothers Convince Little Sister of Zombie Apocalypse" video.  Upon information

9  and belief, the video creator did not post the video to ebaumsworld.com prior to its

10  acquisition by Jukin.  Jukin never gave permission for video to be posted to

11  ebaumsworld.com.

12       117.   **INFRINGEMENT #40:** Jukin acquired the rights to "Son Likes to

13  Scare Dad" on April 21, 2016, available at

14  https://www.youtube.com/watch?v=wCgGX6z_2yM and incorporated by

15  reference herein. Jukin subsequently republished this video on its own channel.

16  Jukin has also filed an application for copyright registration with the United States

17  Copyright Office for this video, application case number 1-3916872439, and is

18  awaiting issuance of the registration.

19       118.   On May 9, 2016, a video was posted to Defendant's website entitled

20  "Guy Enjoys Scaring His Dad Mega Compilation!" at

21  http://www.ebaumsworld.com/videos/guy-enjoys-scaring-his-dad-mega-

22  compilation/85021127 and incorporated by reference herein.  "Guy Enjoys Scaring

23  His Dad Mega Compilation!" copies significant portions of the "Son Likes to

24  Scare Dad" video.

25       119.   **INFRINGEMENT #41:** Jukin acquired the rights to "Little Girl

26  Argues with Dad over Future Boyfriend" on April 26, 2016, available at

27  https://www.youtube.com/watch?v=EkmGLBQX6Cg and incorporated by

28  reference herein. Jukin subsequently republished this video on its own channel.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1   Jukin has also filed an application for copyright registration with the United States

2   Copyright Office for this video, application case number 1-3916872404, and is

3   awaiting issuance of the registration.

4       120.   On April 27, 2016, a video was posted to Defendant's website entitled

5   "Scottish Father Has The Boyfriend Talk With His Daughter" at

6   http://www.ebaumsworld.com/videos/scottish-father-has-the-boyfriend-talk-with-

7   his-daughter/85007017 and incorporated by reference herein.  "Scottish Father Has

8   The Boyfriend Talk With His Daughter" copies significant portions of the "Little

9   Girl Argues with Dad over Future Boyfriend" video.

10      121.   **INFRINGEMENT #42:** Jukin acquired the rights to "Raccoon Snaps

11  at Man" on April 26, 2016, available at

12  https://www.youtube.com/watch?v=Yl8CpkxyBmM and incorporated by reference

13  herein. Jukin subsequently republished this video on its own channel. Jukin has

14  also filed an application for copyright registration with the United States Copyright

15  Office for this video, application case number 1-3916872359, and is awaiting

16  issuance of the registration.

17      122.   On May 2, 2016, a video was posted to Defendant's website entitled

18  "Idiot Tries To Feed A Raccoon From The Palm Of His Hand" at

19  http://www.ebaumsworld.com/videos/idiot-tries-to-feed-a-raccoon-from-the-palm-

20  of-his-hand/85014599 and incorporated by reference herein.  "Idiot Tries To Feed

21  A Raccoon From The Palm Of His Hand" copies significant portions of the

22  "Raccoon Snaps at Man" video.

23      123.   **INFRINGEMENT #43:** Jukin acquired the rights to "Guy Tries to

24  Front Flip off Swegway" on May 3, 2016, available at

25  https://www.youtube.com/watch?v=NmnB_llbbaY and incorporated by reference

26  herein. Jukin subsequently republished this video on its own channel. Jukin has

27  also filed an application for copyright registration with the United States Copyright

28  Office for this video, application case number 1-3916872244, and is awaiting

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    issuance of the registration.

2        124.    On May 5, 2016, a video was posted to Defendant's website under the

3    following title and at the following link, incorporated by reference herein: "Epic

4    Hoverboard Front Flip" at http://www.ebaumsworld.com/videos/epic-hoverboard-

5    front-flip/85017443.

6        125.    On May 18, 2016, a video was posted to Defendant's website under

7    the following title and at the following link, incorporated by reference herein:

8    "How NOT To Dismount A Hoverboard" at

9    http://www.ebaumsworld.com/videos/how-not-to-dismount-a-

10   hoverboard/85030130.

11       126.    On August 10, 2016, a video was posted to Defendant's website under

12   the following title and at the following link, incorporated by reference herein:

13   "Front Flip Off Hoverboard Fail" at http://www.ebaumsworld.com/videos/front-

14   flip-off-hoverboard-fail/85102108.

15       127.    The video, at all three links, copies significant portions of the "Guy

16   Tries to Front Flip off Swegway" video.

17       128.    **INFRINGEMENT #44:** Jukin acquired the rights to "Drunk Guy

18   Drives onto Beach" on May 12, 2016, available at

19   https://www.youtube.com/watch?v=T2L08dzkg_g and incorporated by reference

20   herein. Jukin subsequently republished this video on its own channel. Jukin has

21   also filed an application for copyright registration with the United States Copyright

22   Office for this video, application case number 1-3916922995, and is awaiting

23   issuance of the registration.

24       129.    On May 11, 2016, a video was posted to Defendant's website under

25   the following title and at the following link, incorporated by reference herein:

26   "Drunk Gets Stuck Attempting To Offroad With His Jeep" at

27   http://www.ebaumsworld.com/videos/drunk-gets-stuck-attempting-to-offroad-

28   with-his-jeep/85023707.

AMENDED COMPLAINT

130.   On June 27, 2016, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Drunk Guy Gets His Jeep Stuck In The Ocean" at http://www.ebaumsworld.com/videos/drunk-guy-drives-his-jeep-into-the-ocean/85064787.

131.   The video, at both links, copies significant portions of the "Drunk Guy Drives onto Beach" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

132.   **INFRINGEMENT #45:** Jukin acquired the rights to "Snakes Eats Eggs in Nest" on May 14, 2016, available at https://www.youtube.com/watch?v=uzHwsW5EVvw and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913838375, and is awaiting issuance of the registration.

133.   On May 13, 2016, a video was posted to Defendant's website entitled "Guy Sets Up a Go-Pro In a Bird's Nest, Catches Horrifying Visitor" at http://www.ebaumsworld.com/videos/guy-sets-up-a-go-pro-in-a-birds-nest-catches-horrifying-visitor/85026078 and incorporated by reference herein.  "Guy Sets Up a Go-Pro In a Bird's Nest, Catches Horrifying Visitor" copies significant portions of the "Snakes Eats Eggs in Nest" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

134.   **INFRINGEMENT #46:** Jukin acquired the rights to "Mother Rat Saves Baby from Snake" on July 3, 2016, available at https://www.youtube.com/watch?v=pG24RyFd2BI incorporated by reference

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913754002, and is awaiting issuance of the registration.

135.   On July 3, 2016, a video was posted to Defendant's website entitled "Rat Mom Saves Baby Rat From Snake . . . " at http://www.ebaumsworld.com/videos/rat-mom-saves-baby-rat-from-snake-rat-vs-snake/85070381 and incorporated by reference herein.  "Rat Mom Saves Baby Rat From Snake . . ." copies significant portions of the "Mother Rat Saves Baby from Snake" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

136.   **INFRINGEMENT #47:** Jukin acquired the rights to "People Stampede to Catch Pokemon in Central Park" on July 16, 2016, available at https://www.youtube.com/watch?v=MLdWbwQJWI0 incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913753867, and is awaiting issuance of the registration.

137.   On July 16, 2016, a video was posted to Defendant's website entitled "Rare Pokemon Causes Stampede in The Streets" at http://www.ebaumsworld.com/videos/pokemon-stampede-in-the-streets/85081631 and incorporated by reference herein.  "Rare Pokemon Causes Stampede in The Streets" copies significant portions of the "People Stampede to Catch Pokemon in Central Park" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

138.   **INFRINGEMENT #48:** Jukin acquired the rights to "Skateboarder

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    Smashes Window of Expensive Car" on July 20, 2016, available at

2    https://www.youtube.com/watch?v=l7yt-VPYtOA incorporated by reference

3    herein. Jukin subsequently republished this video on its own channel. Jukin has

4    also filed an application for copyright registration with the United States Copyright

5    Office for this video, application case number 1-3913626969, and is awaiting

6    issuance of the registration.

7       139.   On July 20, 2016, a video was posted to Defendant's website entitled

8    "Asshole In Sports Car Almost Hits Skateboarder And Gets His Windshield

9    Smashed" at http://www.ebaumsworld.com/videos/skateboarder-smashes-

10    windshield-of-a-250000-mclaren/85083728 and incorporated by reference herein.

11    "Asshole In Sports Car Almost Hits Skateboarder And Gets His Windshield

12    Smashed" copies significant portions of the "Skateboarder Smashes Window of

13    Expensive Car" video.  Upon information and belief, the video creator did not post

14    the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave

15    permission for video to be posted to ebaumsworld.com.

16       140.   **INFRINGEMENT #49:** Jukin acquired the rights to "Bears Breaks

17    into House" on July 31, 2016, available at

18    https://www.youtube.com/watch?v=_aFOt4I7SP8 incorporated by reference

19    herein. Jukin subsequently republished this video on its own channel. Jukin has

20    also filed an application for copyright registration with the United States Copyright

21    Office for this video, application case number 1-3956484032, and is awaiting

22    issuance of the registration.

23       141.   On July 31, 2016, a video was posted to Defendant's website under

24    the following title and at the following link, incorporated by reference herein:

25    "Homeowner Comes Home To Find a Bear Inside the House" at

26    http://www.ebaumsworld.com/videos/homeowner-comes-home-to-find-a-bear-

27    inside-the-house/85093831.

28       142.   On August 9, 2016, a video was posted to Defendant's website under

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    the following title and at the following link, incorporated by reference herein:

2    "Bear Breaks Into House" at http://www.ebaumsworld.com/videos/bear-breaks-

3    into-house/85101357.

4    143.   The video, at both links, copies significant portions of the Jukin

5    "Bears Breaks into House" video.  Upon information and belief, the video creator

6    did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin

7    never gave permission for video to be posted to ebaumsworld.com.

8    144.   **INFRINGEMENT #50:** Jukin acquired the rights to "Python Attacks

9    Man Trying to Take a Selfie" on September 25, 2016, available at

10   https://www.jukinmedia.com/licensing/view/941312 and incorporated by reference

11   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

12   also filed an application for copyright registration with the United States Copyright

13   Office for this video, application case number 1-4257676602, and is awaiting

14   issuance of the registration.

15   145.   On September 24, 2016, a video was posted to Defendant's website

16   entitled "Snake Selfie Turns Painful for this Photobomber" at

17   http://www.ebaumsworld.com/videos/snake-selfie-turns-painful-for-this-

18   photobomber/85146497 and incorporated by reference herein.  "Snake Selfie Turns

19   Painful for this Photobomber" copies significant portions of the "Python Attacks

20   Man Trying to Take a Selfie" video.  Upon information and belief, the video

21   creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.

22   Jukin never gave permission for video to be posted to ebaumsworld.com.

23   146.   **INFRINGEMENT #51:** Jukin acquired the rights to "Driver

24   Witnesses Major Speed Trap" on September 13, 2016, available at

25   https://www.jukinmedia.com/licensing/view/940598 and incorporated by reference

26   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

27   also filed an application for copyright registration with the United States Copyright

28   Office for this video, application case number 1-4240931381, and is awaiting

30

1   issuance of the registration.

2       147.   On September 13, 2016, a video was posted to Defendant's website

3   entitled "Las Vegas Speed Trap" at http://www.ebaumsworld.com/videos/las-

4   vegas-speed-trap/85134769 and incorporated by reference herein.  "Las Vegas

5   Speed Trap" copies significant portions of the "Driver Witnesses Major Speed

6   Trap" video.  Upon information and belief, the video creator did not post the video

7   to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission

8   for video to be posted to ebaumsworld.com.

9       148.   **INFRINGEMENT #52:** Jukin acquired the rights to "Car Tries to

10  Pass Up Bus and Crashes" on October 13, 2016, available at

11  https://www.jukinmedia.com/licensing/view/942469 and incorporated by reference

12  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

13  also filed an application for copyright registration with the United States Copyright

14  Office for this video, application case number 1-4260308554, and is awaiting

15  issuance of the registration.

16      149.   On October 13, 2016, a video was posted to Defendant's website

17  entitled "Instant Karma for This Impatient Prick In A BMW" at

18  http://www.ebaumsworld.com/videos/instant-karma-for-bmw-driver-in-a-

19  rush/85164278 and incorporated by reference herein.  "Instant Karma for This

20  Impatient Prick In A BMW" copies significant portions of the "Car Tries to Pass

21  Up Bus and Crashes" video.  Upon information and belief, the video creator did

22  not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin

23  never gave permission for video to be posted to ebaumsworld.com.

24      150.   **INFRINGEMENT #53:** Jukin acquired the rights to "Man Uses

25  Drone to Catch Cheating Wife" on November 14, 2016, available at

26  https://www.jukinmedia.com/licensing/view/944585 and incorporated by reference

27  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

28  also filed an application for copyright registration with the United States Copyright

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

31

1    Office for this video, application case number 1-4260308826, and is awaiting

2    issuance of the registration.

3        151.   On November 15, 2016, a video was posted to Defendant's website

4    entitled "Drone Used to Catch Cheating Wife" at

5    http://www.ebaumsworld.com/videos/drone-used-to-catch-cheating-

6    wife/85192598 and incorporated by reference herein.  "Drone Used to Catch

7    Cheating Wife" copies significant portions of the "Man Uses Drone to Catch

8    Cheating Wife" video.

9        152.   **INFRINGEMENT #54:** Jukin acquired the rights to "Fire Erupts in

10   Firework Store" on November 2, 2016, available at

11   https://www.jukinmedia.com/licensing/view/943769 and incorporated by reference

12   herein. Jukin subsequently republished this video on its own channel. Jukin has

13   also filed an application for copyright registration with the United States Copyright

14   Office for this video, application case number 1-4292765342, and is awaiting

15   issuance of the registration.

16       153.   On November 2, 2016, a video was posted to Defendant's website

17   entitled "Watch an Entire Street Selling Fireworks in India Catch on Fire" at

18   http://www.ebaumsworld.com/videos/an-entire-street-selling-fireworks-in-india-

19   caught-fire/85181124 and incorporated by reference herein.  "Watch an Entire

20   Street Selling Fireworks in India Catch on Fire" copies significant portions of the

21   "Fire Erupts in Firework Store" video.  Upon information and belief, the video

22   creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.

23   Jukin never gave permission for video to be posted to ebaumsworld.com.

24       154.   **INFRINGEMENT #55:** Jukin acquired the rights to "Girl Can't Take

25   off 100 Pieces of Clothing" on October 19, 2016, available at

26   https://www.jukinmedia.com/licensing/view/942667 and incorporated by reference

27   herein. Jukin subsequently republished this video on its own channel. Jukin has

28   also filed an application for copyright registration with the United States Copyright

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1    Office for this video, application case number 1-4292765276, and is awaiting
2    issuance of the registration.

3         155.   On October 23, 2016, a video was posted to Defendant's website
4    entitled "Girl Has Panic Attack Trying To Remove T-Shirt?" at
5    http://www.ebaumsworld.com/videos/girl-has-panic-attack-trying-to-remove-t-
6    shirt/85172649 and incorporated by reference herein.  "Girl Has Panic Attack
7    Trying To Remove T-Shirt?" copies significant portions of the "Girl Can't Take off
8    100 Pieces of Clothing" video.

9         156.   **INFRINGEMENT #56:** Jukin acquired the rights to "Bearded
10   Dragon Slips and Slides on Tile Floor" on June 26, 2016, available at
11   https://www.jukinmedia.com/licensing/view/936303 and incorporated by reference
12   herein.  Jukin subsequently republished this video on its own channel.  Jukin has
13   also filed an application for copyright registration with the United States Copyright
14   Office for this video, application case number 1-4100516351, and is awaiting
15   issuance of the registration.

16        157.   On June 26, 2016, a video was posted to Defendant's website under
17   the following title and at the following link, incorporated by reference herein:
18   "Attempting To Feed A Bearded Dragon On Tile Floor" at
19   http://www.ebaumsworld.com/videos/i-tried-to-feed-my-bearded-dragon-while-he-
20   was-hanging-out-on-the-tiled-floor-oops/85064057.

21        158.   On June 27, 2016, a video was posted to Defendant's website under
22   the following title and at the following link, incorporated by reference herein:
23   "Bearded Dragon has some issues on the floor" at
24   http://www.ebaumsworld.com/videos/bearded-dragon-has-some-issues-on-the-
25   floor/85064397.

26        159.   The video, at both links, copies significant portions of the "Bearded
27   Dragon Slips and Slides on Tile Floor" video.  Upon information and belief, the
28   video creator did not post the video to ebaumsworld.com prior to its acquisition by

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1   Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

2   160.   **INFRINGEMENT #57:** Jukin acquired the rights to "Guy

3   Accidentally Shoots Self in Face with Roman Candle" on June 28, 2016, available

4   at https://www.jukinmedia.com/licensing/view/936401 and incorporated by

5   reference herein.  Jukin subsequently republished this video on its own channel.

6   Jukin has also filed an application for copyright registration with the United States

7   Copyright Office for this video, application case number 1-4117159671, and is

8   awaiting issuance of the registration.

9   161.   On June 28, 2016, a video was posted to Defendant's website entitled

10  "Roman Candle Head Shot" at http://www.ebaumsworld.com/videos/roman-

11  candle-head-shot/85065220 and incorporated by reference herein.  "Roman Candle

12  Head Shot" copies significant portions of the "Guy Accidentally Shoots Self in

13  Face with Roman Candle" video.  Upon information and belief, the video creator

14  did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin

15  never gave permission for video to be posted to ebaumsworld.com.

16  162.   **INFRINGEMENT #58:** Jukin acquired the rights to "The Worst

17  Intersection in West Los Angeles" on June 29, 2016, available at

18  https://www.jukinmedia.com/licensing/view/936489 and incorporated by reference

19  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

20  also filed an application for copyright registration with the United States Copyright

21  Office for this video, application case number 1-4120301612, and is awaiting

22  issuance of the registration.

23  163.   On June 29, 2016, a video was posted to Defendant's website entitled

24  "The Worst Intersection in Los Angeles" at

25  http://www.ebaumsworld.com/videos/this-intersection-with-no-lights-or-signs-is-

26  a-clusterfck/85066803 and incorporated by reference herein.  "The Worst

27  Intersection in Los Angeles" copies significant portions of Jukin's "The Worst

28  Intersection in West Los Angeles" video.  Upon information and belief, the video

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

34

creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin. Jukin never gave permission for video to be posted to ebaumsworld.com.

164.   **INFRINGEMENT #59:** Jukin acquired the rights to "Knockerball Soccer Rodeo" on July 2, 2016, available at https://www.jukinmedia.com/licensing/view/936636 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120358222, and is awaiting issuance of the registration.

165.   On July 1, 2016, a video was posted to Defendant's website entitled "Best Rodeo Idea Ever!" at http://www.ebaumsworld.com/videos/best-rodeo-idea-ever/85069479 and incorporated by reference herein.  "Best Rodeo Idea Ever!" copies significant portions of the "Knockerball Soccer Rodeo" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

166.   **INFRINGEMENT #60:** Jukin acquired the rights to "Jets Play Tic-Tac-Toe in the Sky" on July 6, 2016, available at https://www.jukinmedia.com/licensing/view/936748 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120358327, and is awaiting issuance of the registration.

167.   On July 7, 2016, a video was posted to Defendant's website entitled "Two Jet Pilots Play Tic-Tac-Toe in the Sky" at http://www.ebaumsworld.com/videos/two-jet-pilots-play-tic-tac-toe-in-the-sky/85074145 and incorporated by reference herein.  "Two Jet Pilots Play Tic-Tac-Toe in the Sky" copies significant portions of the "Jets Play Tic-Tac-Toe in the

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

35

Sky" video.

168.   **INFRINGEMENT #61:** Jukin acquired the rights to "Son Pops Out of Trunk to Surprise Dad" on July 9, 2016, available at http://www.ebaumsworld.com/videos/surprised-dad/85076134 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120358431, and is awaiting issuance of the registration.

169.   On July 10, 2016, a video was posted to Defendant's website entitled "Guy Hides In The Trunk To Surprise His Dad" at http://www.ebaumsworld.com/videos/surprised-dad/85076134 and incorporated by reference herein.  "Guy Hides In The Trunk To Surprise His Dad" copies significant portions of the "Son Pops Out of Trunk to Surprise Dad" video.

170.   **INFRINGEMENT #62:** Jukin acquired the rights to "Photographer Nearly Gets Ran Over" on July 10, 2016, available at https://www.jukinmedia.com/licensing/view/937015 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120358505, and is awaiting issuance of the registration.

171.   On July 13, 2016, a video was posted to Defendant's website entitled "Photographer Nearly Gets Run Over By Redneck" at http://www.ebaumsworld.com/videos/photographer-nearly-gets-run-over-by-redneck/85079266 and incorporated by reference herein.  "Photographer Nearly Gets Run Over By Redneck" copies significant portions of the "Photographer Nearly Gets Ran Over" video.

172.   **INFRINGEMENT #63:** Jukin acquired the rights to "Sisters Play Around in T-Rex Costumes" on July 12, 2016, available at

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   https://www.jukinmedia.com/licensing/view/937123 and incorporated by reference

2   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

3   also filed an application for copyright registration with the United States Copyright

4   Office for this video, application case number 1-4120367402, and is awaiting

5   issuance of the registration.

6        173.   On July 12, 2016, a video was posted to Defendant's website entitled

7   "These Three Children in T-Rex Costumes Make My Childhood Seem Lame" at

8   http://www.ebaumsworld.com/videos/these-three-children-in-t-rex-costumes-

9   make-my-childhood-seem-lame/85077559 and incorporated by reference herein.

10  "These Three Children in T-Rex Costumes Make My Childhood Seem Lame"

11  copies significant portions of the "Sisters Play Around in T-Rex Costumes" video.

12  Upon information and belief, the video creator did not post the video to

13  ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission

14  for video to be posted to ebaumsworld.com.

15       174.   **INFRINGEMENT #64:** Jukin acquired the rights to "Runaway

16  Flower Girl" on July 25, 2016, available at

17  https://www.jukinmedia.com/licensing/view/937367 and incorporated by reference

18  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

19  also filed an application for copyright registration with the United States Copyright

20  Office for this video, application case number 1-4120367477, and is awaiting

21  issuance of the registration.

22       175.   On August 1, 2016, a video was posted to Defendant's website

23  entitled "Little Flower Girl Adorably Runs In The Background During Wedding

24  Ceremony" at http://www.ebaumsworld.com/videos/little-flower-girl-adorably-

25  runs-in-the-background-during-wedding-ceremony/85094796 and incorporated by

26  reference herein.  "Little Flower Girl Adorably Runs In The Background During

27  Wedding Ceremony" copies significant portions of the "Runaway Flower Girl"

28  video.

AMENDED COMPLAINT

176.   **INFRINGEMENT #65:** Jukin acquired the rights to "Beachgoers Confronted by Wild Boar" on July 20, 2016, available at https://www.jukinmedia.com/licensing/view/937441 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120367571, and is awaiting issuance of the registration.

177.   On July 18, 2016, a video was posted to Defendant's website entitled "Wild Boar Suddenly Emerges From The Ocean" at http://www.ebaumsworld.com/videos/boar-emerges-from-the-ocean/85082842 and incorporated by reference herein.  "Wild Boar Suddenly Emerges From The Ocean" copies significant portions of the "Beachgoers Confronted by Wild Boar" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

178.   **INFRINGEMENT #66:** Jukin acquired the rights to "Graduating High Schooler Walks down Aisle in Tutu" on August 21, 2016, available at https://www.jukinmedia.com/licensing/view/938141 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120367655, and is awaiting issuance of the registration.

179.   On August 22, 2016, a video was posted to Defendant's website entitled "Graduating High Schooler Walks down Aisle in Tutu" at http://www.ebaumsworld.com/videos/graduating-high-schooler-walks-down-aisle-in-tutu/85112500 and incorporated by reference herein.  "Graduating High Schooler Walks down Aisle in Tutu" copies significant portions of Jukin's "Graduating High Schooler Walks down Aisle in Tutu" video.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

180.   **INFRINGEMENT #67:** Jukin acquired the rights to "Goose Attacks Drone" on August 8, 2016, available at https://www.jukinmedia.com/licensing/view/938391 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120367739, and is awaiting issuance of the registration.

181.   On August 15, 2016, a video was posted to Defendant's website entitled "Drone attacked by a goose" at http://www.ebaumsworld.com/videos/drone-attacked-by-a-goose/85105594 and incorporated by reference herein.  "Drone attacked by a goose" copies significant portions of the "Goose Attacks Drone" video.

182.   **INFRINGEMENT #68:** Jukin acquired the rights to "Cars Play Soccer" on August 8, 2016, available at https://www.jukinmedia.com/licensing/view/938617 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4146058848, and is awaiting issuance of the registration.

183.   On September 7, 2016, a video was posted to Defendant's website entitled "Real Life Rocket League" at http://www.ebaumsworld.com/videos/real-life-rocket-league/85171269 and incorporated by reference herein.  "Real Life Rocket League" copies significant portions of the "Cars Play Soccer" video.

184.   **INFRINGEMENT #69:** Jukin acquired the rights to "Dolphin Steals iPad" on August 8, 2016, available at https://www.jukinmedia.com/licensing/view/938738 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright

AMENDED COMPLAINT

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   Office for this video, application case number 1-4120368093, and is awaiting

2   issuance of the registration.

3       185.   On August 10, 2016, a video was posted to Defendant's website

4   entitled "Dolphin Snatches iPad Out of Woman's Hands" at

5   http://www.ebaumsworld.com/videos/dolphin-snatches-ipad-out-of-womans-

6   hands/85101595 and incorporated by reference herein.  "Dolphin Snatches iPad

7   Out of Woman's Hands" copies significant portions of the "Dolphin Steals iPad"

8   video.

9       186.   **INFRINGEMENT #70:** Jukin acquired the rights to "Lightning

10   Strikes Across the Sky" on August 16, 2016, available at

11   https://www.jukinmedia.com/licensing/view/939079 and incorporated by reference

12   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

13   also filed an application for copyright registration with the United States Copyright

14   Office for this video, application case number 1-4120368139, and is awaiting

15   issuance of the registration.

16       187.   On August 22, 2016, a video was posted to Defendant's website

17   entitled "Have You Ever Seen Lightning Like This Before" at

18   http://www.ebaumsworld.com/videos/insane-video-of-sideways-lightning-in-

19   florida/85113005 and incorporated by reference herein.  "Have You Ever Seen

20   Lightning Like This Before" copies significant portions of the "Lightning Strikes

21   Across the Sky" video.

22       188.   **INFRINGEMENT #71:** Jukin acquired the rights to "Girl Shoots

23   Bow With Her Feet While Doing a Handstand" on September 7, 2016, available at

24   https://www.jukinmedia.com/licensing/view/939239 and incorporated by reference

25   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

26   also filed an application for copyright registration with the United States Copyright

27   Office for this video, application case number 1-4120460214, and is awaiting

28   issuance of the registration.

AMENDED COMPLAINT

189.   On September 7, 2016, a video was posted to Defendant's website entitled "Girl Shoots Bow with her Feet While Doing a Handstand . . . " at http://www.ebaumsworld.com/videos/girl-shoots-bow-with-her-feet-while-doing-a-handstand-this-girl-had-a-bow-and-arrow-in-between-her-feet-while-doing-an-elevat/85130036 and incorporated by reference herein.  "Girl Shoots Bow with her Feet While Doing a Handstand . . ." copies significant portions of Jukin's "Girl Shoots Bow With Her Feet While Doing a Handstand" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

190.   **INFRINGEMENT #72:** Jukin acquired the rights to "Woman with Prosthetic Leg Climbs Rock Wall" on August 18, 2016, available at https://www.jukinmedia.com/licensing/view/939243 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4120460249, and is awaiting issuance of the registration.

191.   On August 15, 2016, a video was posted to Defendant's website entitled "Amputee's Leg Accidentally Falls Off During Climb" at http://www.ebaumsworld.com/videos/amputees-leg-accidentally-falls-off-during-climb/85106034 and incorporated by reference herein.  "Amputee's Leg Accidentally Falls Off During Climb" copies significant portions of the "Woman with Prosthetic Leg Climbs Rock Wall" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

192.   **INFRINGEMENT #73:** Jukin acquired the rights to "Parking Lot Full of Terrible Drivers" on October 5, 2016, available at https://www.jukinmedia.com/licensing/view/942008 and incorporated by reference

41

AMENDED COMPLAINT

herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4376183522, and is awaiting issuance of the registration.

193.   On October 23, 2016, a video was posted to Defendant's website entitled "Apparently Croatian Drivers' Handbook Doesn't Include Parking" at http://www.ebaumsworld.com/videos/apparently-croatian-drivers-handbook-doesnt-include-parking/85172647 and incorporated by reference herein. "Apparently Croatian Drivers' Handbook Doesn't Include Parking" copies significant portions of the "Parking Lot Full of Terrible Drivers" video.

194.   **INFRINGEMENT #74:** Jukin acquired the rights to "Guy Singing in Car Crashes" on October 21, 2016, available at https://www.jukinmedia.com/licensing/view/943011 and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4353494522, and is awaiting issuance of the registration.

195.   On October 21, 2016, a video was posted to Defendant's website entitled "Guy Singing His Heart Out Hydroplanes and Flips His Car" at http://www.ebaumsworld.com/videos/guy-singing-his-heart-out-hydroplanes-and-flips-his-car/85170759 and incorporated by reference herein.  "Guy Singing His Heart Out Hydroplanes and Flips His Car" copies significant portions of the "Guy Singing in Car Crashes" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

196.   **INFRINGEMENT #75:** Jukin acquired the rights to "Guy Dresses Up as Comfortable Chair" on October 31, 2016, available at https://www.jukinmedia.com/licensing/view/943659 and incorporated by reference

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    herein. Jukin subsequently republished this video on its own channel. Jukin has

2    also filed an application for copyright registration with the United States Copyright

3    Office for this video, application case number 1-4353494587, and is awaiting

4    issuance of the registration.

5        197.   On November 2, 2016, a video was posted to Defendant's website

6    entitled "A Very Surprising Halloween Costume" at

7    http://www.ebaumsworld.com/videos/a-very-surprising-halloween-

8    costume/85180926 and incorporated by reference herein.  "A Very Surprising

9    Halloween Costume" copies significant portions of the "Guy Dresses Up as

10   Comfortable Chair" video.

11       198.   **INFRINGEMENT #76:** Jukin acquired the rights to "Haircut from

12   Hell" on December 11, 2015, available at

13   https://www.jukinmedia.com/licensing/view/943659 and incorporated by reference

14   herein. Jukin subsequently republished this video on its own channel. Jukin has

15   also filed an application for copyright registration with the United States Copyright

16   Office for this video, application case number 1-4376183570, and is awaiting

17   issuance of the registration.

18       199.   On November 2, 2016, a video was posted to Defendant's website

19   entitled "Haircut From Hell Epic Meltdown" at

20   http://www.ebaumsworld.com/videos/haircut-from-hell-epic-meltdown/85180924

21   and incorporated by reference herein.  "Haircut From Hell Epic Meltdown" copies

22   significant portions of the "Haircut from Hell" video.

23       200.   **INFRINGEMENT #77:** Jukin acquired the rights to "Girl Gets

24   Tossed from Boat and Hits Neck on Railing" on July 7, 2015, available at

25   https://www.jukinmedia.com/licensing/view/898831 and incorporated by reference

26   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

27   also filed an application for copyright registration with the United States Copyright

28   Office for this video, application case number 1-4376183617, and is awaiting

1   issuance of the registration.

2      201.   On October 30, 2016, a video was posted to Defendant's website

3   entitled "When Throwing Your Girlfriend Overboard Goes Painfully Wrong!" at

4   http://www.ebaumsworld.com/videos/when-throwing-your-girlfriend-overboard-

5   goes-painfully-wrong/85178339 and incorporated by reference herein.  "When

6   Throwing Your Girlfriend Overboard Goes Painfully Wrong!" copies significant

7   portions of the "Girl Gets Tossed from Boat and Hits Neck on Railing" video.

8      202.   **INFRINGEMENT #78:** Jukin acquired the rights to "Old Ladies

9   Argue in The Car" on November 1, 2016, available at

10  https://www.jukinmedia.com/licensing/view/943728 and incorporated by reference

11  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

12  also filed an application for copyright registration with the United States Copyright

13  Office for this video, application case number 1-4353494651, and is awaiting

14  issuance of the registration.

15     203.   On October 30, 2016, a video was posted to Defendant's website

16  entitled "Gramma and Ginga: Shut Your Damn Big Mouth, Will Ya?" at

17  http://www.ebaumsworld.com/videos/gramma-and-ginga-shut-your-damn-big-

18  mouth-will-ya/85178044 and incorporated by reference herein.  "Gramma and

19  Ginga: Shut Your Damn Big Mouth, Will Ya?" copies significant portions of the

20  "Old Ladies Argue in The Car" video.  Upon information and belief, the video

21  creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.

22  Jukin never gave permission for video to be posted to ebaumsworld.com.

23     204.   **INFRINGEMENT #79:** Jukin acquired the rights to "Tow Truck

24  Makes Things Worse" on October 29, 2013, available at

25  https://www.jukinmedia.com/licensing/view/6525 and incorporated by reference

26  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

27  also filed an application for copyright registration with the United States Copyright

28  Office for this video, application case number 1-4376183664, and is awaiting

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1    issuance of the registration.

2        205.   On October 29, 2016, a video was posted to Defendant's website

3    entitled "Rookie Tow Truck Driver Turns Accident A Into Total Loss" at

4    http://www.ebaumsworld.com/videos/rookie-tow-truck-driver-turns-accident-a-

5    into-total-loss/85177454 and incorporated by reference herein.  "Rookie Tow

6    Truck Driver Turns Accident A Into Total Loss" copies significant portions of the

7    "Tow Truck Makes Things Worse" video.  Upon information and belief, the video

8    creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.

9    Jukin never gave permission for video to be posted to ebaumsworld.com.

10       206.   **INFRINGEMENT #80:** Jukin acquired the rights to "Car Crashes

11   into Another Car and Dealership" on October 28, 2016, available at

12   https://www.jukinmedia.com/licensing/view/943487 and incorporated by reference

13   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

14   also filed an application for copyright registration with the United States Copyright

15   Office for this video, application case number 1-4353494835, and is awaiting

16   issuance of the registration.

17       207.   On October 28, 2016, a video was posted to Defendant's website

18   entitled "Tesla Flies Over Hill, Onto Mercedes and Into Dealership" at

19   http://www.ebaumsworld.com/videos/tesla-flies-over-hill-onto-mercedes-and-into-

20   dealership/85176766 and incorporated by reference herein.  "Tesla Flies Over Hill,

21   Onto Mercedes and Into Dealership" copies significant portions of the "Car

22   Crashes into Another Car and Dealership" video.  Upon information and belief, the

23   video creator did not post the video to ebaumsworld.com prior to its acquisition by

24   Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

25       208.   **INFRINGEMENT #81:** Jukin acquired the rights to "Drone Gets

26   Caught in Model's Hair" on October 20, 2016, available at

27   https://www.jukinmedia.com/licensing/view/942892 and incorporated by reference

28   herein.  Jukin subsequently republished this video on its own channel.  Jukin has

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    also filed an application for copyright registration with the United States Copyright

2    Office for this video, application case number 1-4376183711, and is awaiting

3    issuance of the registration.

4       209.  On October 27, 2016, a video was posted to Defendant's website

5    entitled "POV Footage Of A Drone Attack Of Civilians On Beach" at

6    http://www.ebaumsworld.com/videos/pov-footage-of-a-drone-attack-of-civilians-

7    on-beach/85175620 and incorporated by reference herein.  "POV Footage Of A

8    Drone Attack Of Civilians On Beach" copies significant portions of the "Drone

9    Gets Caught in Model's Hair" video.

10      210.  **INFRINGEMENT #82:** Jukin acquired the rights to "Life-Like Alien

11    Dolls" on November 9, 2016, available at

12    https://www.jukinmedia.com/licensing/view/944009 and incorporated by reference

13    herein.  Jukin subsequently republished this video on its own channel.  Jukin has

14    also filed an application for copyright registration with the United States Copyright

15    Office for this video, application case number 1-4353494929, and is awaiting

16    issuance of the registration.

17      211.  On November 6, 2016, a video was posted to Defendant's website

18    entitled "The Internet Is Freaking Out Over These Creepy Avatar 'Babies'" at

19    http://www.ebaumsworld.com/videos/the-internet-is-freaking-out-over-these-

20    creepy-avatar-babies/85184499 and incorporated by reference herein.  "The

21    Internet Is Freaking Out Over These Creepy Avatar 'Babies'" copies significant

22    portions of the "Life-Like Alien Dolls" video.  Upon information and belief, the

23    video creator did not post the video to ebaumsworld.com prior to its acquisition by

24    Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

25      212.  **INFRINGEMENT #83:** Jukin acquired the rights to "Bartender

26    Shows Off Cool Bottle Trick" on November 11, 2016, available at

27    https://www.jukinmedia.com/licensing/view/944150 and incorporated by reference

28    herein.  Jukin subsequently republished this video on its own channel.  Jukin has

1   also filed an application for copyright registration with the United States Copyright

2   Office for this video, application case number 1-4376451475, and is awaiting

3   issuance of the registration.

4       213.   On November 15, 2016, a video was posted to Defendant's website

5   entitled "Bartender Shows Us A Very Amazing Trick" at

6   http://www.ebaumsworld.com/videos/bartender-shows-us-a-very-amazing-

7   trick/85192403 and incorporated by reference herein.  "Bartender Shows Us A

8   Very Amazing Trick" copies significant portions of the "Bartender Shows Off

9   Cool Bottle Trick" video.

10      214.   **INFRINGEMENT #84:** Jukin acquired the rights to "Parents Prank

11  Kids With Turkey" on November 28, 2016, available at

12  https://www.jukinmedia.com/licensing/view/945253 and incorporated by reference

13  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

14  also filed an application for copyright registration with the United States Copyright

15  Office for this video, application case number 1-4376451669, and is awaiting

16  issuance of the registration.

17      215.   On November 26, 2016, a video was posted to Defendant's website

18  entitled "Dad Trolls His Three Daughters With Pregnant Turkey Prank" at

19  http://www.ebaumsworld.com/videos/dad-trolls-his-three-daughters-with-

20  pregnant-turkey-prank/85201396 and incorporated by reference herein.  "Dad

21  Trolls His Three Daughters With Pregnant Turkey Prank" copies significant

22  portions of the "Parents Prank Kids With Turkey" video.  Upon information and

23  belief, the video creator did not post the video to ebaumsworld.com prior to its

24  acquisition by Jukin.  Jukin never gave permission for video to be posted to

25  ebaumsworld.com.

26      216.   **INFRINGEMENT #85:** Jukin acquired the rights to "Driver with

27  Road Rage Gets Instant Karma" on February 11, 2016, available at

28  https://www.jukinmedia.com/licensing/view/926911 and incorporated by reference

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4376451776, and is awaiting issuance of the registration.

217.   On February 11, 2016, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Entitled Mercedes Road Rage Driver Instant Karma" at http://www.ebaumsworld.com/video/watch/84923837.

218.   On February 11, 2016, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Mercedes Driver Road Rage Driver Gets Instant Karma" at http://www.ebaumsworld.com/video/watch/84923761.

219.   On February 14, 2016, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Road Rager Gets Some Instant Karma" at http://www.ebaumsworld.com/video/watch/84928011.

220.   On April 12, 2016, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Jackass Serves Himself Instant Justice" at http://www.ebaumsworld.com/videos/jackass-serves-himself-instant-justice/84989930.

221.   On November 22, 2016, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Instant Karma For Road Raging Idiot" at http://www.ebaumsworld.com/videos/instant-karma-for-road-raging-idiot/85198720.

222.   The video, at all five links, copies significant portions of the "Driver with Road Rage Gets Instant Karma" video.  Upon information and belief, the

video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

223.  **INFRINGEMENT #86:** Jukin acquired the rights to "Don't Wheelie Inside the House" on November 2, 2015, available at https://www.jukinmedia.com/licensing/view/913580 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4376451823, and is awaiting issuance of the registration.

224.  On December 7, 2016, a video was posted to Defendant's website entitled "Motorcycle Wheelie In The House Fail" at http://www.ebaumsworld.com/videos/motorcycle-wheelie-in-the-house-fail/85210596 and incorporated by reference herein.  "Motorcycle Wheelie In The House Fail" copies significant portions of the "Don't Wheelie Inside the House" video.

225.  **INFRINGEMENT #87:** Jukin acquired the rights to "Puddle Jump Gone Wrong" on March 12, 2013, available at https://www.jukinmedia.com/licensing/view/4243 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4376451890, and is awaiting issuance of the registration.

226.  On December 7, 2016, a video was posted to Defendant's website entitled "Bored Kid Jumps Into A Water Filled Pothole" at http://www.ebaumsworld.com/videos/bored-kid-jumps-into-a-water-filled-pothole/85209895 and incorporated by reference herein.  "Bored Kid Jumps Into A Water Filled Pothole" copies significant portions of the "Puddle Jump Gone Wrong" video.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49

227.   **INFRINGEMENT #88:** Jukin acquired the rights to "Baby Says Swear Word Multiple Times" on January 4, 2017, available at https://www.jukinmedia.com/licensing/view/947731 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4353495033, and is awaiting issuance of the registration.

228.   On January 4, 2017, a video was posted to Defendant's website entitled "Siblings Argue About F-Word In The Backseat" at http://www.ebaumsworld.com/videos/siblings-argue-about-f-word-in-the-backseat/85232364 and incorporated by reference herein.  "Siblings Argue About F-Word In The Backseat" copies significant portions of the "Baby Says Swear Word Multiple Times" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

229.   **INFRINGEMENT #89:** Jukin acquired the rights to "Boy Rescues Twin Brother from Fallen Drawer" on January 3, 2017, available at https://www.jukinmedia.com/licensing/view/947619 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4353495097, and is awaiting issuance of the registration.

230.   On January 3, 2017, a video was posted to Defendant's website under the following title and at the following link, incorporated by reference herein: "Two Year Old Comes To The Rescue Of His Twin Brother" at http://www.ebaumsworld.com/videos/two-year-old-comes-to-the-rescue-of-his-twin-brother/85231264.

231.   On January 4, 2017, a video was posted to Defendant's website under

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

the following title and at the following link, incorporated by reference herein:

"Everyone's Favorite Aussie Narrates Twin Brother Adventure" at

http://www.ebaumsworld.com/videos/everyones-favorite-aussie-narrates-twin-

brother-adventure/85232028.

232.   The video, at both links, copies significant portions of the "Boy

Rescues Twin Brother from Fallen Drawer" video.  Upon information and belief,

the video creator did not post the video to ebaumsworld.com prior to its acquisition

by Jukin.  Jukin never gave permission for video to be posted to

ebaumsworld.com.

233.   **INFRINGEMENT #90:** Jukin acquired the rights to "Dog Eats

Banana" on December 27, 2016, available at

https://www.jukinmedia.com/licensing/view/947352 and incorporated by reference

herein.  Jukin subsequently republished this video on its own channel.  Jukin has

also filed an application for copyright registration with the United States Copyright

Office for this video, application case number 1-4353495161, and is awaiting

issuance of the registration.

234.   On December 31, 2016, a video was posted to Defendant's website

entitled "Dachshund Eats Banana Like A Human" at

http://www.ebaumsworld.com/videos/dachshund-eats-banana-like-a-

human/85228768 and incorporated by reference herein.  "Dachshund Eats Banana

Like A Human" copies significant portions of the "Dog Eats Banana" video.

235.   **INFRINGEMENT #91:** Jukin acquired the rights to "Digital

Assistant Almost Plays Inappropriate Content For Toddler" on December 30,

2016, available at https://www.jukinmedia.com/licensing/view/947529 and

incorporated by reference herein.  Jukin subsequently republished this video on its

own channel.  Jukin has also filed an application for copyright registration with the

United States Copyright Office for this video, application case number 1-

4355666235, and is awaiting issuance of the registration.

236.   On December 30, 2016, a video was posted to Defendant's website entitled "Amazon's Alexa Gone Absolutely Wild" at http://www.ebaumsworld.com/videos/amazon-alexa-gone-absolutely-wild/85227450 and incorporated by reference herein.  "Amazon's Alexa Gone Absolutely Wild" copies significant portions of the "Digital Assistant Almost Plays Inappropriate Content For Toddler" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

237.   **INFRINGEMENT #92:** Jukin acquired the rights to "Two-Year-Old Goes Skiing" on December 28, 2016, available at https://www.jukinmedia.com/licensing/view/947265 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-4355666309, and is awaiting issuance of the registration.

238.   On December 27, 2016, a video was posted to Defendant's website entitled "2 Year Old Hankster Skiing His First Powder Day!!!!" at http://www.ebaumsworld.com/videos/2-year-old-hankster-skiing-his-first-powder-day/85225400 and incorporated by reference herein.  "2 Year Old Hankster Skiing His First Powder Day!!!!" copies significant portions of the "Two-Year-Old Goes Skiing" video.  Upon information and belief, the video creator did not post the video to ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission for video to be posted to ebaumsworld.com.

239.   **INFRINGEMENT #93:** Jukin acquired the rights to "Excited Guy Gets Attacked by Cat" on December 24, 2016, available at https://www.jukinmedia.com/licensing/view/947235 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   Office for this video, application case number 1-4355666373, and is awaiting

2   issuance of the registration.

3        240.   On December 24, 2016, a video was posted to Defendant's website

4   entitled "How Not To Act around a Cat" at

5   http://www.ebaumsworld.com/videos/how-not-to-act-on-christmas-eve/85223628

6   and incorporated by reference herein.  "How Not To Act around a Cat" copies

7   significant portions of the "Excited Guy Gets Attacked by Cat" video.  Upon

8   information and belief, the video creator did not post the video to

9   ebaumsworld.com prior to its acquisition by Jukin.  Jukin never gave permission

10  for video to be posted to ebaumsworld.com.

11       241.   **INFRINGEMENT #94:** Jukin acquired the rights to "Woman Draws

12  Girl Twerking on Nose" on December 6, 2016, available at

13  https://www.jukinmedia.com/licensing/view/945924 and incorporated by reference

14  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

15  also filed an application for copyright registration with the United States Copyright

16  Office for this video, application case number 1-4355666450, and is awaiting

17  issuance of the registration.

18       242.   On December 23, 2016, a video was posted to Defendant's website

19  entitled "Twerking Mrs. Clause Is Just In Time For Christmas" at

20  http://www.ebaumsworld.com/videos/twerking-mrs-clause-is-just-in-time-for-

21  christmas/85222824 and incorporated by reference herein.  "Twerking Mrs. Clause

22  Is Just In Time For Christmas" copies significant portions of the "Woman Draws

23  Girl Twerking on Nose" video.

24       243.   **INFRINGEMENT #95:** Jukin acquired the rights to "E-Cig Explodes

25  in Man's Pocket" on November 23, 2016, available at

26  https://www.jukinmedia.com/licensing/view/945181 and incorporated by reference

27  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

28  also filed an application for copyright registration with the United States Copyright

AMENDED COMPLAINT

1   Office for this video, application case number 1-4404003452, and is awaiting

2   issuance of the registration.

3         244.   On November 27, 2016, a video was posted to Defendant's website

4   under the following title and at the following link, incorporated by reference

5   herein: "E-Cigarette Explodes In Mans Pocket" at

6   http://www.ebaumsworld.com/videos/e-cigarette-explodes-in-mans-

7   pocket/85202072.

8         245.   On November 28, 2016, a video was posted to Defendant's website

9   under the following title and at the following link, incorporated by reference

10  herein: "E-Cigs Exploding in Pockets -" at http://www.ebaumsworld.com/videos/e-

11  cigs-exploding-in-pockets/85203334.

12        246.   The video, at both links, copies significant portions of Jukin's "E-Cig

13  Explodes in Man's Pocket" video.

14  <u>**Other Infringing Videos**</u>

15        247.   In addition to the Original Videos described above, Defendant also

16  used the following Jukin Original Videos without Jukin's authorization. Upon

17  information and belief, the video creator did not post any of these videos to

18  ebaumsworld.com prior to their acquisition by Jukin.

19        248.   In each of the following cases, Defendant's Infringing Videos copy a

20  significant portion or the entirety of the Original Video.  Jukin reserves the right to

21  file copyright applications with respect to these videos and to amend this

22  Complaint to bring claims based on these videos.

| JUKIN ORIGINAL VIDEO AND ACQUISITION DATE | DEFENDANTS' INFRINGING VIDEO AND POST DATE |
|---|---|
| 1.  "High Dive Accident" (https://www.youtube.com/watch?v=VFKUKX9ToNI) – acquired | "This Girl Jumping From High Dive Board Results In Complete Disaster!" (http://www.ebaumsworld.com/video/watch/84737182/) – posted Sept. 16, |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

| | July 28, 2014 | 2015 |
|---|---|---|
| 2. | "Epic Fail – Drunk Guy With Bicycle Kick vs Punching Machine" (https://www.youtube.com/watch?v=_-xAYHWnzFs) – acquired June 7, 2015 | "Big Wave Launches Guide Airborne" (http://www.ebaumsworld.com/video/watch/84635585/) – posted on June 27, 2015 |
| 3. | "Giraffe Tries to Hump Motorcycles" (https://www.youtube.com/watch?v=dP-pXTeCiJU) – acquired Aug. 8, 2014 | "How Can You Tell If A Giraffe Likes Your Motorcycle?" (http://www.ebaumsworld.com/video/watch/84266594) – posted Oct. 9, 2014 |
| 4. | "Insane Roller Coaster" (https://www.youtube.com/watch?v=xv-rdyCByaE) – acquired July 15, 2015 | "This Crazy Dude May Give You Anxiety!" (http://www.ebaumsworld.com/video/watch/84702606/) – posted Aug. 19, 2015 |
| 5. | "French Bulldog Can't Reach Ball on Sofa Cushion" (https://www.youtube.com/watch?v=sVqTQqnds20) – acquired Aug. 14, 2014 | "Dogs Failing At Being Dogs Compilation" (http://www.ebaumsworld.com/video/watch/84538377/) – posted April 6, 2015 |
| 6. | "Brazilian Rodeo Kicks off with Helicopter Show" (https://www.youtube.com/watch?v=K16vRppBw6U) – acquired | "Insane Helicopter Pilot Dances Waltz in Rodeio Show" (http://www.ebaumsworld.com/video/watch/84267789) – posted Aug. 26, |

AMENDED COMPLAINT

**V E N A B L E L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Aug. 14, 2014 | 2014 |
| 7. | "ALS Ice Bucket Challenge FAIL" (https://www.youtube.com/watch?v=l8kjhmIM9JM) – acquired Aug. 19, 2014 | "ALS Ice Bucket Challenge FAIL" (http://www.ebaumsworld.com/video/watch/84258610) – posted Oct. 2, 2014 |
| 8. | "ALS Ice Bucket Challenge Bucket Falls on Girl" (https://www.youtube.com/watch?v=IYkTliRG3mU) – acquired Aug. 19, 2014 | "ALS Ice Bucket Challenge Gone Very Wrong" (http://www.ebaumsworld.com/video/watch/84259481) – posted Oct. 2, 2014 |
| 9. | "Cat Wants More Petting" (https://www.youtube.com/watch?v=JMScDk3ZMgw) – acquired Aug. 22, 2014 | "If You Pet This Cat, He'll Pet You Back" (http://www.ebaumsworld.com/video/watch/84266447) – posted Oct. 9, 2014 |
| 10. | "Cheese Roll Downhill Race Faceplant" (https://www.youtube.com/watch?v=OW2108LQ63U) – acquired Aug. 23, 2014 | "Epic Faceplant During The Cheese Rolling Run" (http://www.ebaumsworld.com/video/watch/84266800) – posted Oct. 9, 2014 |
| 11. | "ALS Ice Bucket Challenge Fail Tractor Hits Head" (https://www.youtube.com/watch?v=Jj4HE-IA0ig) – acquired Aug. 23, 2014 | "Ice Bucket Challenge Almost Kills This Guy" (http://www.ebaumsworld.com/video/watch/84274153) – posted Oct. 8, 2014 |
| 12. | "Roofer Dancing On Roof" (https://www.youtube.com/watch? | "Roof Tiler Dances To Latin Music On The Job" |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | v=dWnhSJZ6L58) – acquired Aug. 27, 2014 | (http://www.ebaumsworld.com/video/watch/84282322) – posted Sept. 9, 2014 |
| 13. | "Pit Bull Dog Goes Crazy for Bubbles" (https://www.youtube.com/watch?v=gSZeiGLUXEY) – acquired Aug. 27, 2014 | "Pit Bull Goes Crazy For Bubbles" (http://www.ebaumsworld.com/video/watch/84267188) – posted Aug. 25, 2014 |
| 14. | "Yorkie Dog Pets Owner's Face" (https://www.youtube.com/watch?v=vyZOEzEzm-Q) – acquired Aug. 27, 2014 | "Little Yorkie Dog Petting a Man's Face" (http://www.ebaumsworld.com/video/watch/84270246) – posted Oct. 9, 2014 |
| 15. | "Coyote Roams Streets Past Pedestrians" (https://www.youtube.com/watch?v=h0kcEa_uRuA) – acquired Aug. 28, 2014 | "Cleveland Coyote!" (http://www.ebaumsworld.com/video/watch/84272747) – posted Oct. 3, 2014 |
| 16. | "Surfer Swaps Surfboard (Video 2)" (https://www.youtube.com/watch?v=BOsVnB3Zix4) – acquired Aug. 28, 2014 | "Surfer Switches Board On A Huge Wave" (http://www.ebaumsworld.com/video/watch/84271422) – posted Aug. 29, 2014 |
| 17. | "Helpful Motorcyclist Gets Threatened" (https://www.youtube.com/watch?v=7IhTi0-7xhU) – acquired Sept. 2, 2014 | "Biker Gets Threatened For Being Helpful" (http://www.ebaumsworld.com/video/watch/84271502) – posted Aug. 29, 2014 |

AMENDED COMPLAINT

| | | |
|---|---|---|
| 18. | "Hammerhead Shark Hunts Near Swimmers" (https://www.youtube.com/watch?v=BLG2v8yD0Fk) – acquired Sept. 2, 2014 | "People Have close Call With Hammerhead Shark" (http://www.ebaumsworld.com/video/watch/84271494) – posted Aug. 24, 2014 |
| 19. | "Bald Eagle Steals GoPro Camera" (https://www.youtube.com/watch?v=r5mo50OyO1M) – acquired Sept. 2, 2014 | "Eagle Steals GoPro" (http://www.ebaumsworld.com/video/watch/84269011) – posted Aug. 27, 2014 |
| 20. | "Uphill Dirt Bike Crashes into Tree" (https://www.youtube.com/watch?v=I5ZoBIc735E) – acquired Sept. 2, 2014 | "Dirt Biker vs Tree" (http://www.ebaumsworld.com/video/watch/84267954) – posted Aug. 26, 2014 |
| 21. | "Little Girl Sad That Hello Kitty Is A Girl" (https://www.youtube.com/watch?v=ia8TApyPhH0) – acquired Sept. 2, 2014 | "Little Girl Goes Scary On Mom's Ass When She Discovers…" (http://www.ebaumsworld.com/video/watch/84275134) – posted Oct. 10, 2014 |
| 22. | "Woman Misses Building Implosion Because of Dog" (https://www.youtube.com/watch?v=3NzcqTyofnE) – acquired Sept. 15, 2014 | "Dog Trolls His Owner Into Missing Building Demolition" (http://www.ebaumsworld.com/video/watch/84287553) – posted Oct. 3, 2014 |
| 23. | "Stunt Plane Crashes into Ocean" (https://www.youtube.com/watch?v=ChcWmK7lq_I) – acquired | "Plane Crashes Into Pacific Ocean During Air Show" (http://www.ebaumsworld.com/video |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | Sept. 15, 2014 | /watch/84288321) – posted Oct. 9, 2014 |
|---|---|---|---|
| | 24. | "World Coyote Howling Champion Howls into Forest" (https://www.youtube.com/watch?v=vI_xEzMhGYo) – acquired Sept. 17, 2014 | "Hunter Does A Coyote Call" (http://www.ebaumsworld.com/video/watch/84289593) – posted Oct. 8, 2014<br><br>"Hunter Uses Coyote Call, Gets Terrifying Response" (http://www.ebaumsworld.com/video/watch/84290112) – posted Oct. 8, 2014 |
| | 25. | "Playful Puppy Rolls Down Hill" (https://www.youtube.com/watch?v=DVefdkqOkp8) – acquired Sept. 18, 2014 | "English Bulldog Puppy Loves Rolling Down The Hill" (http://www.ebaumsworld.com/video/watch/84293530) – posted Oct. 8, 2014 |
| | 26. | "Guys Tease Drunk Friend Trying to Puke in Public" (https://www.jukinmedia.com/licensing/view/13343) – acquired Sept. 19, 2014 | "Funny Encounter Between Two Drunks" (http://www.ebaumsworld.com/video/watch/84293728) – posted Oct. 9, 2014 |
| | 27. | "Girl Chugs Pint of Beer in 5.5 Seconds" (https://www.youtube.com/watch?v=dV-b0qIHBgA) – acquired Sept. 24, 2014 | "Look Ma! No Hands!" (http://www.ebaumsworld.com/video/watch/84300592) – posted Oct. 9, 2014 |
| | 28. | "Cat Drinks a Beer" | "Cat Drinks Beer" |

AMENDED COMPLAINT

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

|  |  | | |
|---|---|---|---|
| | | (https://www.youtube.com/watch?v=saB6nTVQ2sA) – acquired Oct. 1, 2014 | (http://www.ebaumsworld.com/video/watch/84308804/) – posted Oct. 2, 2014 |
| 29. | | "Rain Cloud Rolls in over Ocean at Insanely Fast Speed" (https://www.youtube.com/watch?v=UtjXGCVL1ng) – acquired Oct. 3, 2014 | "Wall of Rain Approaches Greece" (http://www.ebaumsworld.com/video/watch/84317015/) – posted Oct. 8, 2014 |
| 30. | | "Amazing Rope Swing Slow Motion Jump Fail Over Creek" (https://www.youtube.com/watch?v=4B_y-XogQr0) – acquired Oct. 3, 2014 | "The Best Tarzan Fail Ever" (http://www.ebaumsworld.com/video/watch/84315277/) – posted Oct. 7, 2014 |
| 31. | | "Videographer Almost Struck by Lightning" (https://www.youtube.com/watch?v=Egg9kCPz4PY) – acquired Oct. 10, 2014 | "Almost Got Struck By Lighting" (http://www.ebaumsworld.com/video/watch/84324935/) – posted Oct. 15, 2014 |
| 32. | | "Little Boy Dances to Local Pakistani Song" (https://www.youtube.com/watch?v=BbIaX1L5rVc) – acquired Oct. 14, 2014 | "Kid Dupstepping Like a Boss!" (http://www.ebaumsworld.com/video/watch/84327146/) – posted Oct. 16, 2014 |
| 33. | | "Driver Rear Ends Car after Road Rage Taunting" (https://www.youtube.com/watch?v=L-qvEgF12OA) – acquired Oct. 18, 2014 | "Two Angry Drivers Screwing With Each Other" (http://www.ebaumsworld.com/video/watch/84329173/) – posted Oct. 18, 2015 |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 34. | "Old Man Boxer Takes Out Young Boxer" (https://www.youtube.com/watch?v=h7tHWa1Zr9s) – acquired Oct. 20, 2014 | "Student Challenges His Old Boxing Trainer and Gets Knocked Out!" (http://www.ebaumsworld.com/video/watch/84449668/) – posted Feb. 3, 2015 |
| 35. | "Guy Speeds Off on Homemade Boat" (https://www.youtube.com/watch?v=ybpdNcMPs8s) – acquired Oct. 25, 2014 | "The Fastest Homemade Boat In The Amazon" (http://www.ebaumsworld.com/video/watch/84346016/) – posted Nov. 4, 2014 |
| 36. | "Rocker Beats Up Fan" (https://www.youtube.com/watch?v=Ip1ZEPXIO_w) – acquired Nov. 6, 2014 | "Fat Mike Kicks a Fan During a NOFX Concert in Sydney" (http://www.ebaumsworld.com/video/watch/84346720/) – posted Nov. 5, 2014 |
| 37. | "Soda Stream Causes Red Wine Explosion" (https://www.youtube.com/watch?v=bITUjh6pWkc) – acquired Nov. 6, 2014 | "Making Sparking Wine With SodaStream Machine Fail" (http://www.ebaumsworld.com/video/watch/84347319/) – posted Nov. 5, 2014 |
| 38. | "Roommate Cleans While Dancing in Underwear" (https://www.youtube.com/watch?v=L7R35qjky7w) – acquired Nov. 8, 2014 | "Roommate Gets Caught In The Act" (http://www.ebaumsworld.com/video/watch/84349584/) – posted Nov. 8, 2014 |
| 39. | "Kid Microwaves Glow Stick and it Blows Up in His Face" (https://www.youtube.com/watch? | "Microwaved Glo-Stick Explodes in Kid's Face" (http://www.ebaumsworld.com/video |

61

| | | |
|---|---|---|
| | v=iRUSQm5ZskQ) – acquired Nov. 10, 2014 | /watch/84351503/) – posted Nov. 10, 2014 |
| 40. | "Owl Smiles for the Camera" (https://www.jukinmedia.com/licensing/view/14456) – acquired Nov. 10, 2014 | "Laughing Owl" (http://www.ebaumsworld.com/video/watch/84349377/) – posted Nov. 7, 2014 |
| 41. | "Baby Plays Heavy Metal on Make-shift Drum Set" (https://www.youtube.com/watch?v=losTyef5Nxg) – acquired Nov. 10, 2014 | "A Baby Plays The Drums" (http://www.ebaumsworld.com/video/watch/84352721/) – posted Nov. 11, 2014<br><br>"A Baby Plays The Drums" (http://www.ebaumsworld.com/video/watch/84354378/) – posted Nov. 11, 2014 |
| 42. | "Multiple Boats Crash during Crew Race" (https://www.jukinmedia.com/licensing/view/14507) – acquired Nov. 11, 2014 | "Rowing Team's Competition Fail" (http://www.ebaumsworld.com/video/watch/84462782/) – posted Feb. 2, 2015 |
| 43. | "Wife Reveals Pregnancy to Husband through Box" (https://www.youtube.com/watch?v=DI2HsEAUdck) – acquired Nov. 18, 2014 | "Husband's Funny Reaction To Pregnancy News" (http://www.ebaumsworld.com/video/watch/84361608/) – posted Nov. 20, 2014 |
| 44. | "Ferret Jumps Short of Target" (https://www.youtube.com/watch?v=FkHbC1RSjv8) – acquired | "Ferret Takes A Leap Of Faith" (http://www.ebaumsworld.com/video/watch/84364833/) – posted Nov. 21, |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

| | | Nov. 18, 2014 | 2014 |
|---|---|---|---|
| | 45. | "Cat Gets Trapped in Plastic Box" (https://www.youtube.com/watch?v=YApmmxkXF6Y) – acquired Nov. 19, 2014 | "How To Trap A Cat With A Laser Pointer" (http://www.ebaumsworld.com/video/watch/84361697/) – posted Nov. 18, 2014 |
| | 46. | "Guy Farts Star Wars Imperial March" (https://www.youtube.com/watch?v=Q4-yIf5ocig) – acquired Nov. 19, 2014 | "This Guy Can Fart The Imperial Death March" (http://www.ebaumsworld.com/video/watch/84359845/ ) – posted Nov. 17, 2014 |
| | 47. | "Little Girl Dances Along with Subway Performers" (https://www.youtube.com/watch?v=g1tVbD2aQ7E) – acquired Dec. 5, 2014 | "Little Girl Initiates A Spontaneous Subway Dance Party" (http://www.ebaumsworld.com/video/watch/84376997/) – posted Dec. 5, 2014 |
| | 48. | "Baby Won't Let Mom Sleep" (https://www.youtube.com/watch?v=3DrB_rfiFu8) – acquired Dec. 7, 2014 | "Mom Sleeping With Baby Interrupts!" (http://www.ebaumsworld.com/video/watch/84377828/) – posted Dec. 5, 2014 |
| | 49. | "Kid Makes People Uncomfortable with Public Phone Calls" (https://www.youtube.com/watch?v=49p0snQwo0M) – acquired Dec. 7, 2014 | "British People React To Uncomfortable Things In Public" (http://www.ebaumsworld.com/video/watch/84378408/) – posted Dec. 6, 2014

"How To Make People Feel |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

| | | Uncomfortable" (http://www.ebaumsworld.com/video/watch/84378477/) – posted Dec. 6, 2014 |
|---|---|---|
| 50. | "The Grinch Steals Spotlight in Yoga Class" (https://www.youtube.com/watch?v=HsvyjePPFRs) – acquired Dec. 9, 2014 | "How To Unwind After Stealing Christmas" (http://www.ebaumsworld.com/video/watch/84380953/) – posted Dec. 9, 2014 |
| 51. | "Developer Hides Resignation Letter in Phone Game" (https://www.youtube.com/watch?v=opLuIroZVUQ) – acquired Dec. 12, 2014 | "Game Developer Quits, Leaves Surprise Ending For Boss" (http://www.ebaumsworld.com/video/watch/84384452/) – posted Dec. 12, 2014 |
| 52. | "Dog Balances Treat on Nose without Eating it" (https://www.youtube.com/watch?v=gbEn0U6raGw) – acquired Dec. 16, 2014 | "Dog Has The Discipline Of A Samurai" (http://www.ebaumsworld.com/video/watch/84387570/) – posted Dec. 16, 2014 |
| 53. | "Megatron Street Performer Calls Out Selfie Seeker" (https://www.youtube.com/watch?v=M5rpbCQlo6Q) – acquired Dec. 17, 2014 | "Megatron Slams This Generation's Obsession With Selfies" (http://www.ebaumsworld.com/video/watch/84387926/) – posted Dec. 17, 2014 |
| 54. | "Woman Drives Police Boot off Car at Bad Girls Club Audition" (https://www.youtube.com/watch?v=fC4uhOxHqk8) – acquired | "Woman Gets Her BMW Booted and Drives Off Anyway" (http://www.ebaumsworld.com/videos/woman-gets-her-bmw-booted-and- |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Dec. 21, 2014 | drives-off-anyway/85123445/) – posted Sept. 1, 2016 |
| 55. | "Dog Loves Jumping in Ball Pit" (https://www.youtube.com/watch?v=f3u3Xs8sQwQ) – acquired Jan. 4, 2015 | "Dog Loses His Sh*t In The Ball Pits" (http://www.ebaumsworld.com/video/watch/84696668/) – posted Aug. 14, 2015 |
| 56. | "Base Jumper Trips and Falls off Building" (https://www.youtube.com/watch?v=lv7GcS_v32Y) – acquired Jan. 12, 2015 | "Huge Trip and Fall Base Jump!" (http://www.ebaumsworld.com/video/watch/84599513/) – posted May 26, 2015 |
| 57. | "Rare Michigan Ermine Pops out of Tree" (https://www.youtube.com/watch?v=vkemK00kPo4) – acquired Jan. 15, 2015 | "Peek-A-Boo" (http://www.ebaumsworld.com/video/watch/84723918/) – posted Sept. 4, 2015 |
| 58. | "Baby Twins Play Peekaboo" (https://www.youtube.com/watch?v=PEQNzcnz0rU) – acquired Jan. 16, 2015 | "Peekaboo Twins" (http://www.ebaumsworld.com/video/watch/84434860/) – posted Jan. 23, 2015 |
| 59. | "Dog Rescued from Island in River" (https://www.youtube.com/watch?v=V8cSXS-xhnc) – acquired Jan. 20, 2015 | "Dog Rescue" (http://www.ebaumsworld.com/video/watch/84453267/) – posted Feb. 5, 2015 |
| 60. | "Little Kid Freaks out when Tortoises Mate" | "Oh My Goodness!" (http://www.ebaumsworld.com/video |

65

| | | | |
|---|---|---|---|
| | | (https://www.youtube.com/watch?v=bhftttaOiQ4) – acquired Jan. 23, 2015 | /watch/84433753/) – posted Jan. 23, 2015 |
| 61. | | "Guy Gets Stuck on Pole" (https://www.youtube.com/watch?v=sZC1Op7eKqg) – acquired Jan. 26, 2015 | "How to Prank Your Friends With a Lamp Post" (http://www.ebaumsworld.com/video/watch/84437894/) – posted Jan. 26, 2015 |
| 62. | | "Guy Pops Champagne Bottle with Butt" (https://www.youtube.com/watch?v=m1PnDWyAxRM) – acquired Jan. 26, 2015 | "The Grossest Way To Open A Beer" (http://www.ebaumsworld.com/video/watch/84436759/) – posted Jan. 25, 2015

"Party Boy Opens Champagne Bottle With His Butt Cheeks" (http://www.ebaumsworld.com/videos/party-boy-opens-champagne-bottle-with-his-butt-cheeks/85109456/) – posted Aug. 18, 2016 |
| 63. | | "Dog Frees Cat's Head Stuck in Cup" (https://www.youtube.com/watch?v=ZanVBv1XBIo) – acquired Jan. 26, 2015 | "Don't Move Buddy I got This" (http://www.ebaumsworld.com/video/watch/84436016/) – posted Jan. 24, 2015 |
| 64. | | "Little Kid Rocks on Electric Guitar Street Performance" (https://www.youtube.com/watch?v=LcD3z23KvOo) – acquired Jan. | "Awesome 12 Year Old Kid Rocks Out To AC-DC" (http://www.ebaumsworld.com/video/watch/84440055/) – posted Jan. 27, |

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | 29, 2015 | 2015 |
|---|---|---|---|
| | 65. | "Cat Punishes Bad Singer" (https://www.youtube.com/watch?v=SdBLgrp0VWo) – acquired Jan. 28, 2015 | "Spazaline is in an abusive relationship" (http://www.ebaumsworld.com/video/watch/84438287/) – posted Jan. 26, 2015 |
| | 66. | "Overloaded Truck Topples Over" (https://www.youtube.com/watch?v=VHqHI4wHuQk) – acquired Jan. 29, 2015 | "The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949/) – posted Sept. 7, 2016 |
| | 67. | "Student Plays Indiana Jones Theme because of Professor's Hat" (https://www.youtube.com/watch?v=wDuLNx7Q_RE) – acquired Jan. 29, 2015 | "Here Comes Indiana Jones!" (http://www.ebaumsworld.com/video/watch/84442665/) – posted Jan. 29, 2015 |
| | 68. | "Man Frees Young Buck from Fence" (https://www.youtube.com/watch?v=krMrQ6TtDe4) – acquired Jan. 29, 2015 | "Louisiana Man Frees Deer Caught in Fence" (http://www.ebaumsworld.com/video/watch/84445165/) – posted Jan. 30, 2015 |
| | 69. | "Man Plays Jenga with Mouse Trap, Loses" (https://www.youtube.com/watch?v=EA5Z1761ImI) – acquired Feb. 2, 2015 | "Want To Play A Game Of Mouse Trap Jenga?" (http://www.ebaumsworld.com/video/watch/84447359/) – posted Feb. 2, 2015 |
| | 70. | "Man Creates New Way to Shovel | "Snow shovel hack…" |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Snow" (https://www.youtube.com/watch?v=FNdUAatXLY4) – acquired Feb. 2, 2015 | (http://www.ebaumsworld.com/video/watch/84469793/) – posted Feb. 16, 2015 |
| 71. | "Thieves Slip on Ice Robbing Consignment Store" (https://www.youtube.com/watch?v=IfgFa3bHDXI) – acquired Feb. 3, 2015 | "Drunk Thief Gets Painful Instant Karma For Stealing Concrete Lion" (http://www.ebaumsworld.com/video/watch/84448748/) – posted Feb. 2, 2015 |
| 72. | "Friend Shows Off Freaky Neck Move" (https://www.youtube.com/watch?v=7rQhBlTkvt4) – acquired Feb. 3, 2015 | "Kid Moves His Head Like An Owl…" (http://www.ebaumsworld.com/video/watch/84456691/) – posted Feb. 7, 2015 |
| 73. | "Two Guys Freak Out over Missy Elliott's Superbowl Performance" (https://www.youtube.com/watch?v=BYef6JugQCM) – acquired Feb. 3, 2015 | "Super Bowl 2015 Halftime Show Reaction To Surprise Guest Missy" (http://www.ebaumsworld.com/video/watch/84449847/) – posted Feb. 3, 2015 |
| 74. | "Drone Crashes into Skyscraper Twice" (https://www.youtube.com/watch?v=YN1nLff6k0k) – acquired Feb. 4, 2015 | "Drone Goes Out Of Range And Crashes Into Skyscraper" (http://www.ebaumsworld.com/video/watch/84449666/) – posted Feb. 3, 2015 |
| 75. | "Sheep Raised by Collies Thinks She's a Dog" (https://www.youtube.com/watch?v=0y2ZxgJNlWs) – acquired Feb. | "After Growing up With Just Dogs, Sheep Believes its a Dog Too" (http://www.ebaumsworld.com/video/watch/84452282/) posted Feb. 4, |

| | | |
|---|---|---|
| | 5, 2015 | 2015 |
| 76. | "Girl Struggles to Walk in Heels on Ice" (https://www.youtube.com/watch?v=Yxl6gaa4n8c) – acquired Feb. 9, 2015 | "Stripper Has Trouble Getting Home In Her High Heals" (http://www.ebaumsworld.com/video/watch/84452929/) – posted Feb. 5, 2015 |
| 77. | "Kid Screams and Sings Chandelier" (https://www.youtube.com/watch?v=lDEWuLQDOCA) – acquired Feb. 13, 2015 | "How to Come Back From Being Scared" (http://www.ebaumsworld.com/video/watch/84476524/) – posted Feb. 19, 2015 |
| 78. | "Sea Lion Chases Child's Glove at Zoo" (https://www.youtube.com/watch?v=bOyAO0H1gck) – acquired Feb. 16, 2015 | "Sea Lion Playing Fetch With Little Girls Glove" (http://www.ebaumsworld.com/video/watch/84471319/) – posted Feb. 16, 2015 |
| 79. | "Drunk Guy Falls when Door Opens" (https://www.jukinmedia.com/licensing/view/16394) – acquired Feb. 18, 2015 | "Drunk Polish Guy Makes an Entrance" (http://www.ebaumsworld.com/video/watch/84481184/) – posted Feb. 23, 2015 |
| 80. | "Bass on 'Turn Down for What' Removes Snow on Car" (https://www.youtube.com/watch?v=IdM8bVwTyIU) – acquired Feb. 20, 2015 | "How to Remove Snow From Your Car" (http://www.ebaumsworld.com/video/watch/84497348/) – posted March 5, 2015 |
| 81. | "Behind the Back Ping Pong Shot" | "Game Winning Behind-The-Back |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=IumELWqOScA) – acquired Feb. 23, 2015 | Trick Shot" (http://www.ebaumsworld.com/video/watch/84512888/) – posted March 17, 2015<br><br>"Table Tennis Thus Life" (http://www.ebaumsworld.com/video/watch/84545494/) – posted April 12, 2015 |
| 82. | "Kid Hits Mid-Air Archery Target Over his Shoulder" (https://www.youtube.com/watch?v=KuvmR20yCe8) – acquired Feb. 23, 2015 | "Little Kid Makes Impressive Archery Shot" (http://www.ebaumsworld.com/video/watch/84487788/) – posted Feb. 26, 2015 |
| 83. | "Man Rescues Pelican with Fishing Wire Stuck on Beak" (https://www.youtube.com/watch?v=Q95plibVr3A) – acquired Feb. 24, 2015 | "Men Save Pelican With Fishing Line Wrapped Around Its Beak" (http://www.ebaumsworld.com/video/watch/84507025/) – posted March 12, 2015<br><br>"Good Samaritans Free Pelican Trapped in Fishing Line" (http://www.ebaumsworld.com/video/watch/84697908/) – posted Aug. 15, 2015 |
| 84. | "Friend Films Guy as He Poses for Picture" | "Goofball gets owned with a fake selfie" |

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=1hkZw8E_J1U) – acquired Feb. 23, 2015 | (http://www.ebaumsworld.com/video/watch/84474854/) – posted Feb. 23, 2015<br><br>"Trolled By Girlfriend During Photo Op" (http://www.ebaumsworld.com/video/watch/84626282/) – posted June 18, 2015 |
| 85. | "Dog Adds More Cowbell" (https://www.youtube.com/watch?v=ui0PwmmzJTE) – acquired Feb. 24, 2015 | "Needs More Cowbell" (http://www.ebaumsworld.com/video/watch/84481396/) – posted Feb. 23, 2015 |
| 86. | "Husky Puppy Tries to Talk" (https://www.youtube.com/watch?v=QNot4iC7K8s) – acquired Feb. 25, 2015 | "Talking Husky Puppy Has A Lot To Say" (http://www.ebaumsworld.com/video/watch/84485552/) – posted Feb. 25, 2015 |
| 87. | "Attempted Car Thief Hits Self in Head with Brick" (https://www.youtube.com/watch?v=jdQw9dGrAEU) – acquired Feb. 27, 2015 | "Instant Karma for this Stupid Thief!" (http://www.ebaumsworld.com/video/watch/84492743/) – posted March 2, 2015<br><br>"When Brick Throwing Backfires" (http://www.ebaumsworld.com/videos/when-brick-throwing-backfires/85110456/) – posted Aug. |

71

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

|  |  |  |
|---|---|---|
| | | 19, 2016 |
| 88. | "Playful Kitten Yelled at by Cranky Cat" (https://www.youtube.com/watch?v=N2y4JioxUMs) – acquired March 2, 2015 | "Asshole Instantly Regrets Trying To Fuck With Someone Who Was Minding Their Own Business" (http://www.ebaumsworld.com/video/watch/84494400/) – posted March 2, 2015 |
| 89. | "Skier Flips into Tree and Lands in Hospital" (https://www.youtube.com/watch?v=nlKQoXPGY7Q) – acquired March 3, 2015 | "Trees Are Hard To See In a Snow Storm!" (http://www.ebaumsworld.com/video/watch/84507037/) – posted March 12, 2015 |
| 90. | "Dog Taken out by Guy on Slip N Slide" (https://www.youtube.com/watch?v=RtOUBXDcrB0) – acquired March 2, 2015 | "Dog Gets Destroyed In Slow Motion On a Slip-n-Slide" (http://www.ebaumsworld.com/video/watch/84667497/) – posted July 22, 2015 |
| 91. | "Jumping on Exercise Ball Prank" (https://www.youtube.com/watch?v=wfu1GlIF67c) – acquired March 4, 2015 | "F.R.I.E.N.D.S" (http://www.ebaumsworld.com/video/watch/84894989/) – posted Jan. 13, 2016 |
| 92. | "Talented Rapping Dog" (https://www.youtube.com/watch?v=oEejgX1NANE) – acquired March 4, 2015 | "Rocky the Yorkshire Dog Raps Insanely Fast" (http://www.ebaumsworld.com/video/watch/84496539/) – posted March 4, 2015 |
| 93. | "Guy Makes Model Teeth Scream" | "Screaming Teeth" (http://www.ebaumsworld.com/video |

| | | |
|---|---|---|
| | (https://www.jukinmedia.com/licensing/view/16719) – acquired March 5, 2015 | /watch/84498812/) – posted March 6, 2015 |
| 94. | "Sledding in Shopping Cart Towed by Truck" (https://www.youtube.com/watch?v=UbqpayDui8I) – acquired March 6, 2015 | "Parking Lot Shopping Cart Sledding" (http://www.ebaumsworld.com/video/watch/84521972/) – posted March 23, 2015 |
| 95. | "Baby Goes Body Surfing with Dad" (https://www.youtube.com/watch?v=grpr4-G0EeU) – acquired March 6, 2015 | "AWESOME FOOTAGE SHOWS BABY TEARING UP SOME WAVES" (http://www.ebaumsworld.com/video/watch/84511530/) – posted March 16, 2015 |
| 96. | "Grandma Falls for Ping Pong Save" (https://www.youtube.com/watch?v=s0BCnhCMoDY) – acquired March 9, 2015 | "Grandma Loves Ping Pong" (http://www.ebaumsworld.com/video/watch/84502400/) – posted March 9, 2015 |
| 97. | "Beer Bong Guy Blows Beer into Girl's Face" (https://www.youtube.com/watch?v=0Z_AVl8Ds2I) – acquired Mar. 10, 2015 | "Frat Douche Destroys Girl With Weird Beer Bong Prank" (http://www.ebaumsworld.com/videos/guy-pranks-girl-with-nasty-beer-bong-prank/84991197/) – posted Apr. 13, 2016 |
| 98. | "Cat Hides to Sneak Attack other Cat" (https://www.youtube.com/watch? | "Ninja Cat Attack" (http://www.ebaumsworld.com/video/watch/84542798/) – posted Apr. 10, |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | v=cvJ2BDkcLjE) – acquired Mar. 14, 2015 | 2015 |
| 99. | "Bird Plucks Fur off Sleeping Dog" (https://www.youtube.com/watch?v=TjkNkrVcT3E) – acquired Mar. 14, 2015 | "Birds take advantage of an Old Dog, lol" (http://www.ebaumsworld.com/video/watch/84510668/) – posted Mar. 14, 2015 |
| 100. | "Cop Stun Guns Naked Man in the Junk" (https://www.youtube.com/watch?v=TgQiTPkAwNQ) – acquired Mar. 17, 2015 | "Cops Shoots [sic] Naked Man In The Groin With Taser Gun" (http://www.ebaumsworld.com/video/watch/84512434/) – posted Mar. 17, 2015 |
| 101. | "Labrador Retriever Smiles on Command" (https://www.youtube.com/watch?v=J26RRpg-FX4) – acquired Mar. 17, 2015 | "Ultimate Dog Trick" (http://www.ebaumsworld.com/video/watch/84517311/) – posted Mar. 19, 2015 |
| 102. | "Baby Dances to Turn Down for What" (https://www.youtube.com/watch?v=1ctchcuX60s) – acquired Mar. 20, 2015 | "Baby Dancing To Turn Down For What" (http://www.ebaumsworld.com/video/watch/84670883/) – posted July 25, 2015 |
| 103. | "Ice Skater Propels Himself with Chainsaw" (https://www.youtube.com/watch?v=8PhQijiAl84) – acquired Mar. 27, 2015 | "Ice Skating With a Chainsaw" (http://www.ebaumsworld.com/video/watch/84609593/) – posted June 3, 2015 |
| 104. | "Gangnam Style Karate Nutshot | "Guy Beats Opponent With Sneaky |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | "Win" (https://www.youtube.com/watch?v=X3GifphtS6s) – acquired Dec. 12, 2012 | Ninja Style Move" (http://www.ebaumsworld.com/videos/guy-beats-opponent-with-sneaky-ninja-style-move/85077934/) – posted July 12, 2016 |
| 105. | "London Underground Escalator Slide Fail" (https://www.youtube.com/watch?v=tZMaEPPw1Zs) – acquired June 3, 2013 | "Guy Has Epic Wipeout On Escalator" (http://www.ebaumsworld.com/watch/84929042/) – posted Feb. 16, 2016 |
| 106. | "Guy Runs and Slides down Upwards Escalator" (https://www.youtube.com/watch?v=jK3OyXOMQYc) – acquired Aug. 2, 2013 | "Idiot Attempts To Slide Down An Escalator" (http://www.ebaumsworld.com/videos/sliding-down-an-escalator/84997319/) – posted Apr. 18, 2016 |
| 107. | "Ballet Dancer Gets Her Wisdom Teeth Out" (https://www.youtube.com/watch?v=-pi7LZh2LKY) – acquired Apr. 21, 2016 | "When Dancers Get Their Wisdom Teeth Out" (http://www.ebaumsworld.com/videos/when-dancers-get-their-wisdom-teeth-out/85001188/) – posted Apr. 21, 2016 |
| 108. | "Fake Shark Attack Scares Grandma" (https://www.youtube.com/watch?v=va-4dicX8DA) – acquired May 19, 2015 | "Grandma Shark Scare Prank" (http://www.ebaumsworld.com/watch/84784057/) – posted October 20, 2015  "I'm told not to tap the glass but I |

75

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | do"<br>(http://www.ebaumsworld.com/video/watch/84912640/) – posted January 29, 2016 |
| 109. | "Woman Quickly Putting Spam in Mailboxes"<br>(https://www.youtube.com/watch?v=WKKXo5woHCE) – acquired Oct. 1, 2015 | "Top Viral Video of The Week 3 February 2016"<br>(http://www.ebaumsworld.com/video/watch/84930855/) – posted Feb. 17, 2016 |
| 110. | "Horny Turtle Humps Sneaker"<br>(https://www.jukinmedia.com/licensing/view/658) – acquired Mar. 24, 2009 | "You only have to learn this lesson once…"<br>(https://www.facebook.com/ebaumsworld/videos/vb.286683382423/10153160050892424/?type=2&theater) – posted Aug. 14, 2015 |
| 111. | "Girl Can't Figure Out MPH Math Question"<br>(https://www.youtube.com/watch?v=TgQiTPkAwNQhttps://www.youtube.com/watch?v=m2eyq9qTOQY) – acquired May 13, 2016 | "If you're going 80 miles per hour"<br>(http://www.ebaumsworld.com/videos/if-youre-going-80-miles-per-hour/85025677/) – posted May 13, 2016<br><br>"Ditzy Girl Can't Figure Out A Simple Math Question"<br>(http://www.ebaumsworld.com/videos/ditzy-girl-cant-figure-out-a-simple-math-question/85108174/) – posted Aug. 17, 2016 |
| 112. | "Workers Drop Cases of Beer | "How Not To Unload Beer From |

AMENDED COMPLAINT

| | | from Truck" (https://www.youtube.com/watch?v=mBbV8EoG5J4) – acquired Dec. 3, 2015 | Truck" (http://www.ebaumsworld.com/video/watch/84517311/http://www.ebaumsworld.com/video/watch/84854380/) – posted Dec. 8, 2015<br><br>"How Many Idiots Does It Take To Unload A Truck Of Beer?" (http://www.ebaumsworld.com/videos/three-idiots-unload-a-beer-truck/84991601/) – posted Apr. 13, 2016 |
|---|---|---|---|
| | 113. | "Drunk Guy Fights Bush and Loses" (https://www.youtube.com/watch?v=WVvsvIDshl0) – acquired June 16, 2015 | "Drunk Kid Loses a Fight With a Bush" (http://www.ebaumsworld.com/video/watch/84725720/) – posted Sept. 6, 2015 |
| | 114. | "Drunk Guy Gets Hurt Trying to Attack Woman at Bus Stop" (https://www.youtube.com/watch?v=yMN38q5AYR4) – acquired Aug. 12, 2015 | "Drunk Idiot Gets Tased While Running Away From Cops & Drinking a Be" (http://www.ebaumsworld.com/video/watch/84725730/) – posted Sept. 6, 2015 |
| | 115. | "Basset Hound Clown Car" (https://www.youtube.com/watch?v=cG4CEr2aiSg) – acquired Mar. 12, 2014 | "Basset hound clown car" (http://www.ebaumsworld.com/video/watch/84485035/) – posted Feb. 25, 2015 |
| | 116. | "Dog Dressed as Football Player" | "football dog" |

AMENDED COMPLAINT

|  | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=ggGLFCi1R64) – acquired Mar. 31, 2014 | (http://www.ebaumsworld.com/video/watch/84288378/) – posted Oct. 8, 2014 |
| 117. | "Yo-Yo Trick Hits Eye" (https://www.youtube.com/watch?v=gbXSufuLTfM) – acquired May 6, 2014 | "Yo-Yo guy Nearly Knocks Himself Out" (http://www.ebaumsworld.com/videos/yo-yo-guy-bashes-himself-in-the-face/85045853/) – posted June 6, 2016 |
| 118. | "Longest Fart Ever" (https://www.youtube.com/watch?v=oYYsj6YTDwg) – acquired May 15, 2014 | "Guy Releases An Epic Fart" (http://www.ebaumsworld.com/video/watch/84074790/) – posted Oct. 8, 2014 |
| 119. | "Bench Press Safety Bars Fail" (https://www.youtube.com/watch?v=y1zB-Bu6V44) – acquired May 29, 2014 | "This Weightlifter Really Needs To Rethink His Technique" (http://www.ebaumsworld.com/videos/this-weightlifter-really-needs-to-rethink-his-technique/85097350/) – posted Aug. 4, 2016<br><br>"Instant Karma When Showoff Tries To Lift By Himself" (http://www.ebaumsworld.com/videos/instant-karma-for-muscle-man-gym-show-off/85105293/) – posted Aug. 14, 2016 |
| 120. | "Keyboard Collapses during Choir Recital" | "Choir Piano FAIL" (http://www.ebaumsworld.com/video |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | | |
|---|---|---|---|
| | | (https://www.youtube.com/watch?v=t2LQq63143E) – acquired Mar. 27, 2015 | /watch/84529309/) – posted Mar. 29, 2015 |
| 121. | | "Dog Moves Bowl to Eat Closer to Friend" (https://www.youtube.com/watch?v=jdM5IHoGgbY) – acquired Apr. 24, 2015 | "Rescued Puppy Refuses To Eat Alone" (http://www.ebaumsworld.com/video/watch/84551517/) – posted Apr. 17, 2015 |
| 122. | | "Guy Flips off Crowd, Falls off Truck" (https://www.jukinmedia.com/licensing/view/893187) – acquired Mar. 26, 2015 | "When Acting Hard Goes Wrong" (http://www.ebaumsworld.com/video/watch/84525256/) – posted Mar. 25, 2015  "Hipster Doofus Flips Off Crowd, Gets Instant Karma" (http://www.ebaumsworld.com/videos/hipster-doofus-flips-off-crowd-gets-instant-karma/85043898/) – posted June 3, 2016 |
| 123. | | "Woman Asks For Cigarette" (https://www.youtube.com/watch?v=h6oCNJ_AVGs) – acquired Mar. 30, 2015 | "Ya"ll [sic] Got a Cigarette—I'm Addicted!!!!!!!!!!!!!" (http://www.ebaumsworld.com/video/watch/84529606/) – posted Mar. 20, 2015  "You have a cigarette? The Remix" (http://www.ebaumsworld.com/video/watch/84541003/) – posted Apr. 8, |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | 2015<br><br>"Crazy Women [sic] Ask For A Cigarette and Her Reaction To Being Told 'we don't smoke' is Priceless!" (http://www.ebaumsworld.com/videos/crazy-women-ask-for-a-cigarette-and-her-reaction-to-being-told-we-dont-smoke-is-priceless/85016842/) – posted May 4, 2016<br><br>"Ronda Rousey 10 years after getting knocked out by Holly…" (https://www.facebook.com/ebaumsworld/videos/10153355601892424/) – posted Nov. 18, 2015<br><br>"Hey, y'all got a cigarette?" (https://instagram.com/p/1BZ6hkhtrz/?taken-by=ebaumsworld) |
| 124. | "Teacher Gets Hit in Nuts During Demonstration" (https://www.youtube.com/watch?v=ax2HRGd8Rcg) – acquired Apr. 2, 2015 | "How This Physics Teacher Almost Lost His Job…" (http://www.ebaumsworld.com/video/watch/84534478/) – posted Apr. 2, 2015 |
| 125. | "Elmo and Cookie Monster Share Some Adult Fun" (https://www.youtube.com/watch? | "Elmo And Cookie Monster Having A Damn Good Time" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

| | | | |
|---|---|---|---|
| | | v=-_49VS4nuao) – acquired Apr. 6, 2015 | /watch/84536232/) – posted Feb. 3, 2015<br>"Elmo gets it…"<br>(http://www.ebaumsworld.com/video/watch/84628187/) – posted May 20, 2015 |
| | 126. | "School Fight Ends in Patty Cake" (https://www.youtube.com/watch?v=ioTiEZCGekA) – acquired Apr. 4, 2015 | "School Fight with a Surprising Result"<br>(http://www.ebaumsworld.com/video/watch/84536555/) – posted Apr. 4, 2015 |
| | 127. | "Pool Jumper Trips on Spiked Fence"<br>(https://www.youtube.com/watch?v=h-Uyl3aPsGQ) – acquired Apr. 10, 2015 | "Pool Jump Painful Fail"<br>(http://www.ebaumsworld.com/video/watch/84754833/) – posted Sept. 30, 2015 |
| | 128. | "Teacher Performs Liquid Methane Demo"<br>(https://www.youtube.com/watch?v=W_5m71oyNys) – acquired Apr. 7, 2015 | "Science Teacher Sets Floor On FIRE"<br>(http://www.ebaumsworld.com/videos/science-teacher-sets-floor-on-fire/84969985/) – posted Mar. 26, 2016<br><br>"Science Is Awesome!"<br>(http://www.ebaumsworld.com/videos/science-is-awesome/85087104/) – posted July 23, 2016 |
| | 129. | "Gun Flies out of Man's Hands" | "Redneck Gunslinger Fail" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

| | | (https://www.youtube.com/watch?v=kv4ZsFTwbwM) – acquired Apr. 9, 2015 | (http://www.ebaumsworld.com/video/watch/84552073/) – posted Apr. 18, 2015 |
|---|---|---|---|
| 130. | | "Two Girls Freak out on Slingshot Ride" (https://www.youtube.com/watch?v=ACOJbRV_k-k) – acquired Apr. 9, 2015 | "Little Girls Freak Out On Slingshot Ride" (https://twitter.com/WORLDSTAR/status/708711158480371712) – posted Apr. 14, 2015 |
| 131. | | "Man Makes Himself Appear and Disappear in the Dark" (https://www.youtube.com/watch?v=yb_PFwwlfS8) – acquired Apr. 12, 2015 | "HEHEHEHEHEH" (http://www.ebaumsworld.com/video/watch/84543273/) – posted Apr. 10, 2015 |
| 132. | | "Man Gets Stuck in Seatbelt" (https://www.youtube.com/watch?v=diQKUWACkQY) – acquired Apr. 14, 2015 | "Old guy Stuck in Seatbelt" (http://www.ebaumsworld.com/video/watch/84547744/) – posted Apr. 14, 2015<br><br>"Old man doesn't get seatbelts" (http://www.ebaumsworld.com/video/watch/84786822/) – posted Oct. 21, 2015 |
| 133. | | "Blue and Gold Macaw Loves to be Vacuumed" (https://www.youtube.com/watch?v=xRbC6ePUHUg) – acquired Apr. 16, 2015 | "Blue & Gold Macaw Loves To Be Vacuumed" (http://www.ebaumsworld.com/video/watch/84547039/) – posted Apr. 13, 2015 |
| 134. | | "Girls Twerk During Dance | "School Play Gone Bad" |

| | | |
|---|---|---|
| | School Performance" (https://www.youtube.com/watch?v=IQbDmCKGtuU) – acquired Apr. 17, 2015 | (http://www.ebaumsworld.com/video/watch/84590225/) – posted May 11, 2015 |
| 135. | "Kid Makes a Gaffe Asking to Pet Neighbor's Kitty" (https://www.youtube.com/watch?v=Ndm0uXQX_Rk) – acquired Apr. 18, 2015 | "Can I pet your titties?" (http://www.ebaumsworld.com/video/watch/84551557/) – posted Apr. 17, 2015 |
| 136. | "German Shepherd Puppies Chase Mom" (https://www.facebook.com/photo.php?v=687152524695170) – acquired Sept. 14, 2015 | "A beautiful Mama German Shepard Playing With Her Babies" (http://www.ebaumsworld.com/video/watch/84740785/) – posted Sept. 20, 2015 |
| 137. | "Young Kid and Grandpa Play Pie-in-the-Face Game" (https://www.youtube.com/watch?v=RRqQYoNFhrs) – acquired Apr. 20, 2015 | "Check Out This Pie To The Face Game" (http://www.ebaumsworld.com/video/watch/84727874/) – posted Apr. 20, 2015 |
| 138. | "Domesticated Bear Walks Upright like Humans" (https://www.youtube.com/watch?v=9GBpeFJtka8) – acquired May 6, 2015 | "Creepy Walking Black Bear" (http://www.ebaumsworld.com/video/watch/84575098/) – posted May 7, 2015  "Bear Does An Amazing Human Impression" (http://www.ebaumsworld.com/videos/bear-does-an-amazing-human- |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | impression/85016645/) – posted May 4, 2016

"Bear Pretending To Be A Human In a Laotian Zoo" (http://www.ebaumsworld.com/video s/bear-pretending-to-be-a-human-in-laotian-zoo/85016124/) – posted May 4, 2016 |
| 139. | "Nurse Technician Moved to Tears Seeing Paraplegic Walk" (https://www.youtube.com/watch?v=75odu9sxwEA) – acquired Apr. 24, 2015 | "This video will make your heart smile" (https://twitter.com/ebaumsworld/stat us/590947561676079105) – posted Apr. 22, 2015 |
| 140. | "Guy Pranks Brother with Flamethrower Deodorant Prank" (https://www.youtube.com/watch?v=_PLyHRoDhVc) – acquired Apr. 28, 2015 | "Try Not To Laugh Compilation" (http://www.ebaumsworld.com/video /watch/84916106/) – posted Feb. 2, 2016 |
| 141. | "Kittens Use Shoe Organizer as House" (https://www.youtube.com/watch?v=S3bWYXOEziQ) – acquired Apr. 27, 2015 | "Kittens Fighting Over Who's Cutest" (http://www.ebaumsworld.com/video /watch/84567611/) – posted May 1, 2015 |
| 142. | "Puppy Tries to Bark Away the Hiccups" (https://www.youtube.com/watch?v=WoCbrq3VHVw) – acquired | "Adorable Puppy Doesn't Understand Hiccups" (http://www.ebaumsworld.com/video /watch/84565278/) – posted Apr. 30, |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | Apr. 29, 2015 | 2015 |
|---|---|---|---|
| | 143. | "Guy Makes Prank Call to Pest Control" (https://www.youtube.com/watch?v=w3VP5LO-lGc) – acquired Apr. 28, 2015 | "How prank calls should be done" (http://www.ebaumsworld.com/videos/how-prank-calls-should-be-done/85104246/) – posted Aug. 13, 2016 |
| | 144. | "Girl Falls off Toy Bike While Singing" (https://www.youtube.com/watch?v=YK2SJ2gLrcM) – acquired Apr. 30, 2015 | "Big Girl Fails Trying To Ride Kid's Toy While Singing R. Kelly" (http://www.ebaumsworld.com/videos/big-gal-trying-to-ride-kids-toy-while-singing-r-kelly/85131221/) – posted Sept. 8, 2016 |
| | 145. | "Drunk Guy Tries to Carry Tray of Beers" (https://www.youtube.com/watch?v=DqbSgFaH3B0) – acquired Apr. 29, 2015 | "The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949/) – posted Sept. 7, 2016 |
| | 146. | "Man Hula Hoops with Giant Tractor Trailer" (https://www.youtube.com/watch?v=jcqRPdvb18w) – acquired May 7, 2015 | "Hula Hoop Man Hulas With a Tractor Tire to Prove He's Manlier Than You" (http://www.ebaumsworld.com/video/watch/84712876/) – posted Aug. 27, 2015 |
| | 147. | "Drone Captures Man Sunbathing on Wind Turbine" (https://www.youtube.com/watch?v=KX8cuGiQb4Y) – acquired Aug. 27, 2015 | "Drone Catches a Man Sunbathing On a Wind Turbine" (http://www.ebaumsworld.com/video/watch/84790606/) – posted Aug. 27, 2015 |

85

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 148. | "Airplane Narrowly Misses Speedboat" (https://www.youtube.com/watch?v=JnRA8bFnhTI) – acquired May 6, 2015 | "Plane Nearly Smashes Into A Boat!" (http://www.ebaumsworld.com/video/watch/84710322/) – posted Aug. 25, 2015 |
| 149. | "Man Jumps Across Window Ledges 40 Stories High" (https://www.youtube.com/watch?v=8AHgBX4VO_M) – acquired May 7, 2015 | "Do you have the balls this guy has?" (https://twitter.com/ebaumsworld/status/596825023052009472) – posted May 8, 2015 |
| 150. | "Parents Catch 12-Year-Old Son Dancing in the Shower" (https://www.youtube.com/watch?v=EZF1sZnBYJA) – acquired May 6, 2015 | "Dad Finds Out Why Son Takes Extra Long Showers" (http://www.ebaumsworld.com/video/watch/84573868/) – posted May 6, 2015 |
| 151. | "Leaving Gas Pump with Nozzle Intact Causes Collateral Damage" (https://www.youtube.com/watch?v=p0unzOimCRA) – acquired May 7, 2015 | "Car Drives Off With Gas Hose and It Snaps Into Girl's Face!" (http://www.ebaumsworld.com/video/watch/84577582/) – posted May 9, 2015 |
| 152. | "Girl Gets Leg Caught on Rope Swing" (https://www.youtube.com/watch?v=zzHbvyRSbNI) – acquired July 28, 2015 | "Girl Fails At Using Rope Swing" (http://www.ebaumsworld.com/video/watch/84677382/) – posted July 30, 2015 |
| 153. | "Fish Tries to Eat Woman's Hand" (https://www.youtube.com/watch?v=36SD8ERdBts) – acquired May | "How To Fish" (http://www.ebaumsworld.com/video/watch/84609625/) – posted June 3, |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | 14, 2015 | 2015 |
|---|---|---|---|
| 154. | | "Coal Burning Stove Explodes in Garage" (https://www.youtube.com/watch?v=_bzv2Mm91HE) – acquired May 13, 2015 | "These idiots threw an aerosol can into a wooden stove" (https://twitter.com/ebaumsworld/status/605859646021115907) – posted June 2, 2015 |
| 155. | | "Golfer Fails at Happy Gilmore Shot" (https://www.youtube.com/watch?v=cwk_P7-O8Fw) – acquired May 28, 2015 | "Happy Gilmore Shot Ends With A Broken Golf Club" (http://www.ebaumsworld.com/video/watch/84760483/) – posted October 4, 2015 |
| 156. | | "Deaf Man Does Finger Show for Audience" (https://www.youtube.com/watch?v=8F_fNtmU3U4) – acquired May 15, 2015 | "Finger Tutting By A Deaf Guy" (http://www.ebaumsworld.com/video/watch/84777658/) – posted Oct. 15, 2015 |
| 157. | | "Little Boy Tells off Monkey on Car" (https://www.youtube.com/watch?v=_RW_fIWuG2c) – acquired May 18, 2015 | "Little Kid Tells Monkeys To F*ck Off" (http://www.ebaumsworld.com/video/watch/84585553/) – posted May 15, 2015

"Kid's Response To A Monkey On His Car Is Well Thought Out And Logical" (http://www.ebaumsworld.com/videos/kids-response-to-a-monkey-on-his-car-is-well-thought-out-and- |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | | logical/85131291/) – posted Sept. 9, 2016 |
| 158. | "Bulldog Hates Life Jacket" (https://www.youtube.com/watch?v=ZSH1yVjPhyI) – acquired May 19, 2015 | "Bulldog Hates Life Vest" (http://www.ebaumsworld.com/video/watch/84722460/) – posted Sept. 3, 2015 |
| 159. | "Gator Rips Off Car Bumper" (https://www.youtube.com/watch?v=ynhumAumc8Q) – acquired May 22, 2015 | "Alligator VS Nissan" (http://www.ebaumsworld.com/video/watch/84595190/) – posted May 22, 2015 |
| 160. | "Guy Uses His Hands as Makeshift Birdbath for Pet Finch" (https://www.youtube.com/watch?v=JVnT6W8i_K8) – acquired June 4, 2015 | "Human Birdbath" (http://www.ebaumsworld.com/videos/human-birdbath/85032998/) – posted May 21, 2016 |
| 161. | "Brand New Corvette Speeds off Road" (https://www.youtube.com/watch?v=Wqtl7fXDKu4) – acquired May 24, 2015 | "Guy Crashes His Brand New Corvette" (http://www.ebaumsworld.com/video/watch/84595517/) – posted May 23, 2015 |
| 162. | "Man Struggles to Drink Water in Iceland Wind" (https://www.youtube.com/watch?v=IzVrTdCFejo) – acquired May 25, 2015 | "Taking A Drink In Strong Winds Isn't Easy" (http://www.ebaumsworld.com/video/watch/84601572/) – posted May 28, 2015 |
| 163. | "Man Shows off Animal Impressions" | "The Human Animal" (http://www.ebaumsworld.com/video |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=2Qa9YDgtcaM) – acquired May 26, 2015 | s/the-human-animal/85001470/) – posted Apr. 22, 2016 |
| 164. | "Man Uses Fishing Rod to Play Catch with Son" (https://www.youtube.com/watch?v=tTQT21CeeS0) – acquired May 27, 2015 | "How a Lazy Dad Plays Baseball With His Kid" (http://www.ebaumsworld.com/video/watch/84609010/) – posted June 3, 2015 |
| 165. | "Man Catches Gopher in Gallon Jug" (https://www.youtube.com/watch?v=VysEvGe_bcA) – acquired May 27, 2015 | "Get Rid of That Gopher Problem With a Gallon Jug" (http://www.ebaumsworld.com/video/watch/84601569/) – posted May 28, 2015 |
| 166. | "Camaro Driver Attempts Burnout and Knocks over Lamppost" (https://www.youtube.com/watch?v=7EocDUQyrxo) – acquired June 3, 2015 | "Instant Karma for Muscle Car Showoff" (http://www.ebaumsworld.com/video/watch/84607549/) – posted June 2, 2015 |
| 167. | "Kid Eats Ghost Pepper then Freaks Out" (https://www.youtube.com/watch?v=_Fex-9ky00g) – acquired June 3, 2015 | "Don't Swallow It! Clueless Kid Swallows Ghost Pepper, Instantly Regrets It" (http://www.ebaumsworld.com/video/watch/84605548/) – posted May 31, 2015  "Best viral videos of the Week 2 February 2016" (http://www.ebaumsworld.com/video |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | /watch/84924464/) – posted Feb. 11, 2016 |
| 168. | "Drunk Guy Tries to Bicycle Kick a Punching Machine" (https://www.youtube.com/watch?v=_-xAYHWnzFs) – acquired June 7, 2015 | "Drunk Guy Vs. Punching Machine" (http://www.ebaumsworld.com/video/watch/84639609/) – posted June 30, 2015 |
| 169. | "Kid Gets Emotional About New Arm Cast" (https://www.youtube.com/watch?v=5-NXguyFFko) – acquired June 5, 2015 | "Kid Overly Excited Over His New Cast" (http://www.ebaumsworld.com/video/watch/84611566/) – posted June 5, 2015 |
| 170. | "Fierce German Shepherd Scares Toy Tiger" (https://www.youtube.com/watch?v=9PT01T0bYyM) – acquired June 8, 2015 | "German Shepherd Scared of Stuffed Toy Tiger" (http://www.ebaumsworld.com/video/watch/84617960/) – posted June 10, 2015 |
| 171. | "Bear Piggyback Ride" (https://www.youtube.com/watch?v=uU5-zxDrhd0) – acquired June 11, 2015 | "Man Riding On Shoulders of Bear" (http://www.ebaumsworld.com/video/watch/84620818/) – posted June 13, 2015 |
| 172. | "Construction Workers Play Whack-A-Mole" (https://www.youtube.com/watch?v=rjMeqH_yAEA) – acquired June 6, 2015 | "Construction Workers Play Whack-A-Mole" (http://www.ebaumsworld.com/video/watch/84614593/) – posted June 8, 2015 |
| 173. | "Biker Crashes after Cursing Out Driver" | "This asshole got served some sweet instant karma" |

90

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=DRv0xQjEQs0) – acquired June 9, 2015 | (https://twitter.com/ebaumsworld/status/608720427821723650) – posted June 10, 2015 |
| 174. | "Looney Tunes Mascots Do the Whip and Nae Nae" (https://www.youtube.com/watch?v=cG5GY3hC-d8) – acquired June 10, 2015 | "Bugz Bunny Kills the Whip" (http://www.ebaumsworld.com/video/watch/84672391/) – posted July 27, 2015 |
| 175. | "Woman Throws Purse over Fence to Foil Attempted Robbery" (https://www.youtube.com/watch?v=lllQIThw38g) – acquired June 11, 2015 | "Woman Outsmarts Robbers" (http://www.ebaumsworld.com/video/watch/84618021/) – posted June 10, 2015 |
| 176. | "Prankster Hides Hot Sauce in Friend's Drink" (https://www.youtube.com/watch?v=1OS16VDypkc) – acquired June 12, 2015 | "Hot Sauce Prank Done Right" (http://www.ebaumsworld.com/video/watch/84619242/) – posted July 30, 2015 |
| 177. | "2-Year-Old Gets into the Music Playing Guitar Hero" (https://www.youtube.com/watch?v=bidW4aa-Z6M) – acquired June 12, 2015 | "2 Year Old Playing Bulls On Parade On Guitar Hero" (http://www.ebaumsworld.com/video/watch/84620406/) – posted June 12, 2015 |
| 178. | "Queen's Guard Push Tourist Out of Their Way" (https://www.youtube.com/watch?v=NTr50aHGDnI) – acquired June 16, 2015 | "The Queen's Guards Don't Like Stopping For Tourists" (http://www.ebaumsworld.com/video/watch/84624324/) – posted June 16, 2015 |

AMENDED COMPLAINT

| | | "The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949/) – posted Sept. 7, 2016 |
|---|---|---|
| 179. | "Weightlifter Holds Up 100lbs While Doing Chair Splits" (https://www.youtube.com/watch?v=_T7PnGJPswg) – acquired June 17, 2015 | "Badass Weightlifter Holds Up 100lbs While Doing Chair Splits" (http://www.ebaumsworld.com/video/watch/84627864/) – posted June 19, 2015 |
| 180. | "Acrobatic Surfers Perform Various Poses Riding Single Wave" (https://www.youtube.com/watch?v=WogxcCMg7u0) – acquired Aug. 7, 2015 | "Tandem Surfing Skills" (http://www.ebaumsworld.com/video/watch/84696423/) – posted Aug. 14, 2015 |
| 181. | "Sugar Glider Tries to Glide on Wind from Fan" (https://www.youtube.com/watch?v=JXx57XTzgVY) – acquired June 21, 2015 | "The sugar glider take off with fan" (http://www.ebaumsworld.com/videos/the-bat-take-off-with-fan/84977043/) – posted Apr. 2, 2016 |
| 182. | "Guy Slices Nose of Friend with Sword" (https://www.youtube.com/watch?v=9vEEtLBfy4Y) – acquired June 21, 2015 | "Drunk Idiot Chops Off His Friend's Nose…" (http://www.ebaumsworld.com/video/watch/84628239/) – posted June 20, 2015 |
| 183. | "Guy Crashes into Pool Using | "A homemade dive board doesn't |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

92

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Table as Diving Board" (https://www.youtube.com/watch?v=PHokP_aIx7A) – acquired July 7, 2015 | sound like a safe thing to use" (https://twitter.com/ebaumsworld/status/613454469049643008) – posted June 23, 2015 |
| 184. | "Teen Riding Tandem on WaveRunner Falls Overboard" (https://www.youtube.com/watch?v=UubrqcBkjLU) – acquired July 7, 2015 | "GoPro Captures Girl getting Launched Off a Jet Ski!" (http://www.ebaumsworld.com/video/watch/84663818/) – posted July 20, 2015 |
| 185. | "Two Guys Collide While Trying to Jump Over Bonfire" (https://www.youtube.com/watch?v=rOBB5KDn60w) – acquired June 23, 2015 | "Bonfire Jumping goes Wrong!" (http://www.ebaumsworld.com/video/watch/84636297/) – posted June 27, 2015 |
| 186. | "Cat Acts as Dentist" (https://www.youtube.com/watch?v=RSDqb-R58Es) – acquired June 26, 2015 | "Dentist Cat Checks Out Someone's Teeth And Is Appalled" (http://www.ebaumsworld.com/video/watch/84757204/) – posted Oct. 2, 2015 |
| 187. | "Cat Freaks Out when Flower Gets Put on Head" (https://www.youtube.com/watch?v=l1PLgdjnb08) – acquired June 27, 2015 | "How To Break A Cat" (http://www.ebaumsworld.com/video/watch/84637932/) – posted June 29, 2015 |
| 188. | "Guy Shatters Glass Table with Sword" (https://www.youtube.com/watch?v=upb1XMwKTSI) – acquired | "Chopping A Watermelon On a Glass Table is a BAD Idea" (http://www.ebaumsworld.com/video/watch/84638256/) – posted June 29, |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | June 28, 2015 | 2015 |
|---|---|---|
| 189. | "Girl Backflops off Waterslide" (https://www.youtube.com/watch?v=_QkT9SftSko) – acquired Sept. 16, 2015 | "This backflop is perfect" (https://twitter.com/ebaumsworld/status/616668280061886466) – posted July 2, 2015 |
| 190. | "Guy Gets Excited Over Hailstorm" (https://www.youtube.com/watch?v=72Lnvyz5ki0) – acquired July 2, 2015 | "Guy Blown Away By Surprise Hailstorm" (http://www.ebaumsworld.com/video/watch/84647237/) – posted July 6, 2015 |
| 191. | "Cyclists Ride Down Abandoned Bobsled Track" (https://www.facebook.com/tarik.XC/videos/10204687466806722/) – acquired July 10, 2015 | "Cyclist Rides Down Abandoned Bobsled Track" (http://www.ebaumsworld.com/video/watch/84652482/) – posted July 10, 2015 |
| 192. | "Firework Sparks Spray Man in the Face" (https://www.youtube.com/watch?v=yPYYhXIFJiY) – acquired July 20, 2015 | "Instant Karma for Idiot with Firework in his Pants" (http://www.ebaumsworld.com/videos/stupid-guy-puts-firework-in-his-pants/85072195/) – posted July 5, 2016 |
| 193. | "Rally Car Almost Crashes into Tractor" (https://www.youtube.com/watch?v=c31qcSJsHLM) – acquired July 11, 2015 | "Rally Car Almost Hits Tractor During Race" (http://www.ebaumsworld.com/video/watch/84652357/) – posted July 10, 2015 |
| 194. | "Dog Hates Ear Drops" (https://www.youtube.com/watch? | "Denver The Guilty Dog Hates His Ear Medicine" |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | v=Aw_1V1yguvE) – acquired July 14, 2015 | (http://www.ebaumsworld.com/video /watch/84655630/) – posted July 13, 2015 |
| 195. | "Road Rage Against Motoryclist Turns Physical" (https://www.youtube.com/watch? v=_ZueHaDP4hU) – acquired July 14, 2015 | "Road Rage Against Motorcyclist Turns Physical" (http://www.ebaumsworld.com/video /watch/84656865/) – posted July 15, 2015 |
| 196. | "Woman Records Call from Creepy Telemarketer" (https://www.youtube.com/watch? v=scPr3xBX2nQ) – acquired July 15, 2015 | "Crazy Telemarketer Gets Caught on Tape" (http://www.ebaumsworld.com/video /watch/84658241/) – posted July 15, 2015 |
| 197. | "Dog Cuddles with Toddler in Her Crib" (https://www.facebook.com/kristin nc2002/videos/vb.193901720/101 01749429937120/) – acquired July 25, 2015 | "Perfect Guard Dog!" (http://www.ebaumsworld.com/video /watch/84676608/) – posted July 30, 2015 |
| 198. | "Man Shows Off Epic Roman Candle Guns" (https://www.youtube.com/watch? v=RzZefx6dE8M) – acquired Aug. 14, 2015 | "Dual Wielding Roman Candle Miniguns!" (http://www.ebaumsworld.com/video /watch/84706088/) – posted Aug. 22, 2015 |
| 199. | "Wrestler Performs Back Breaking Move on Female Opponent" (https://vine.co/v/evOWKKDIvaU ) – acquired July 21, 2015 | "Big Dude Puts a Brutal Back Breaker On a Female Wrestler" (http://www.ebaumsworld.com/video /watch/84663893/) – posted July 20, |

95

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 1 | | 2015 |
| 2 | 200. "Human Battering Ram Stunt Goes Wrong" (https://www.youtube.com/watch?v=ROT-XQD4Ugs) – acquired Mar. 20, 2015 | "Stuntman Gets Set on Fire And Run Over" (http://www.ebaumsworld.com/video/watch/84670490/) – posted July 25, 2015 |
| 7 | 201. "Husky Greets Owner after Long Trip Away" (https://www.jukinmedia.com/licensing/view/899884) – acquired July 24, 2015 | "This husky lost his shit from seeing his owner for the first time in 6 months" (https://twitter.com/ebaumsworld/status/624303560440676352) – posted July 23, 2015 |
| 13 | 202. "Cat Jumps onto Family's Chicken Dinner" (https://www.youtube.com/watch?v=0f679wqZttE) – acquired July 24, 2015 | "Cat Jumps Into Man's Chicken Dinner" (http://www.ebaumsworld.com/video/watch/84671114/) – posted July 26, 2015 |
| 18 | 203. "Most Flutter Presses in Five Minutes Using 40% of One's Body Weight" (https://recordsetter.com/world-record/flutter-presses-five-minutes-pressing-40-ones-body-weight/17547) – acquired July 14, 2015 | "Blue Angels Low Flyby Sends Beach Umbrellas Flying" (http://www.ebaumsworld.com/video/watch/84655500/) – posted July 13, 2015 |
| 26 | 204. "Residents Receive Complaints About BBQ Smoke" (https://www.facebook.com/red.m | "BBQ Outlaws" (http://www.ebaumsworld.com/video/watch/84672618/) – posted July 27, |

96

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | an.jordan/videos/vb.1333976402/1<br>0207293333714976/?type=2&thea<br>ter) – acquired July 28, 2015 | 2015 |
| 4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | 205. | "Window Gets Smashed by Hells<br>Angels"<br>(https://www.youtube.com/watch?<br>v=1I6Vm1m4Bxc) – acquired July<br>29, 2015 | "Guy's Car Window Smashed By<br>Hell's Angels"<br>(http://www.ebaumsworld.com/video<br>/watch/84673052/) – posted July 27,<br>2015<br><br>"Hell's Angels Ride By And Shatter<br>Guy's Window"<br>(http://www.ebaumsworld.com/video<br>/watch/84680907/) – posted Aug. 3,<br>2015 |
| 15<br>16<br>17<br>18<br>19<br>20 | 206. | "Friends Stuff Twizzlers in<br>Sleeping Guy's Mouth during<br>Road Trip"<br>(https://www.youtube.com/watch?<br>v=zmQhLX467l0) – acquired July<br>28, 2015 | "Sleeping Guy Gets Twizzlered"<br>(http://www.ebaumsworld.com/video<br>/watch/84675110/) – posted July 29,<br>2015 |
| 21<br>22<br>23<br>24<br>25 | 207. | "Ear Stretch Rips Earlobe"<br>(https://www.youtube.com/watch?<br>v=YH7UQgDiwX8) – acquired<br>Sept. 2, 2015 | "Girl Tries To Stretch Her Earlobe,<br>But Tears It Instead!"<br>(http://www.ebaumsworld.com/video<br>/watch/84722544/) – posted Sept. 3,<br>2015 |
| 26<br>27<br>28 | 208. | "Man Crashes Porsche 918 Spyder<br>in Resort Parking Lot"<br>(https://www.youtube.com/watch? | "Guy Crashes His Million Dollar<br>Porsche 918 Showing Off…"<br>(http://www.ebaumsworld.com/video |

97

| | | |
|---|---|---|
| | v=2-U6sxmzjnw) – acquired Aug. 1, 2015 | /watch/84680722) – posted Aug. 2, 2015 |
| 209. | "Racist Lady Tells Hispanic Woman to Speak English" (https://www.facebook.com/photo.php?v=532661783550190) – acquired Aug. 4, 2015 | "Racist Old Lady Gets Called Out at IHOP" (http://www.ebaumsworld.com/video/watch/84685657/) – posted Aug. 5, 2015<br><br>"A white lady at Ihop insults my mom…" (http://www.ebaumsworld.com/video/watch/84680445/) – posted Aug. 2, 2015 |
| 210. | "Camper Asks Michael Jordan "WHAT ARE THOSE!?!?"" (https://www.youtube.com/watch?v=NpT1XFDjJKA) – acquired Aug. 4, 2015 | "Some Brave Kid Asked Michael Jordan: "What Are Those?!" (http://www.ebaumsworld.com/video/watch/84684136/) – posted Aug. 5, 2015 |
| 211. | "Donnie Baker Offers to Train Ronda Rousey" (https://www.youtube.com/watch?v=r8yqD-t6Otk) – acquired Aug. 5, 2015 | "Donnie Baker Challenges Ronda Rousey" (http://www.ebaumsworld.com/video/watch/84686485/) – posted Aug. 6, 2015 |
| 212. | "Fox Goes after Human after Failed Chicken Hunt" (https://twitter.com/plateindestate/status/628949471309787136) – acquired Aug. 6, 2015 | "Hungry Fox Thinks the Camera Man Looks Delicious…and ATTACKS!" (http://www.ebaumsworld.com/video/watch/84687591/) – posted June 7, |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

|  |  |  |
|---|---|---|
|  |  | 2015 |
| 213. | "Octopus Captures and Eats Seagull" (https://www.youtube.com/watch?v=2p2RR3g8UOM) – acquired Mar. 11, 2016 | "Octopus Catches a Seagull and Drowns It!" (http://www.ebaumsworld.com/videos/octopus-catches-a-seagull-and-drowns-it/84955387/) – posted Mar. 11, 2016 <br><br> "Octopus Snatches A Seagull, Ruins Everyone's Day" (http://www.ebaumsworld.com/videos/octopus-snatches-a-seagull-ruins-everyones-day/84952751/) – posted Mar. 9, 2016 |
| 214. | "3-Year-Old Tries to Break Board in Taekwondo" (https://www.facebook.com/peaktkdtemecula/videos/822483117850022/) – acquired Aug. 9, 2015 | "Little Boy Trying to Break a Board in Taekwondo" (http://www.ebaumsworld.com/video/watch/84690110/) – posted Aug. 10, 2015 |
| 215. | "English Bulldog Loves to Play with Box Tops" (https://www.youtube.com/watch?v=tGiKYlN0pDM) – acquired Aug. 12, 2015 | "This English Bulldog Loves His Box" (http://www.ebaumsworld.com/video/watch/84692284/) – posted Aug. 11, 2015 |
| 216. | "Spectators Almost Hit after Rally Car Loses Control" (https://www.youtube.com/watch?v=x-DWOPtlJIE) – acquired Aug. | "Spectators Flee From Out of Control Rally Car" (http://www.ebaumsworld.com/video/watch/84692605/) – posted Aug. 11, |

99

| | | 12, 2015 | 2015 |
|---|---|---|---|
| | 217. | "Baby Scowls at Parents Trying to Make Him Smile" (https://www.youtube.com/watch?v=JIJ7b9YUduE) – acquired Aug. 17, 2015 | "This Grumpy Baby is Adorably Upset" (http://www.ebaumsworld.com/video/watch/84702891/) – posted Aug. 19, 2015<br><br>"This Truck Driver Gives 0 F*cks About A Flooded Road!" (http://www.ebaumsworld.com/video/watch/84809840/) – posted Nov. 9, 2015 |
| | 218. | "Stuntmen Perform Amazing Takedown" (https://instagram.com/p/6BJUfCJ84E/) – acquired Aug. 13, 2015 | "Insane Take Down" (http://www.ebaumsworld.com/video/watch/84694633/) – posted Aug. 12, 2015 |
| | 219. | "Toddler Instructs Family in Fitness Routine" (https://www.youtube.com/watch?v=BhmrJyuEUZY) – acquired Aug. 14, 2015 | "Best viral videos of the Week!" (http://www.ebaumsworld.com/video/watch/84916972/) – posted Feb. 3, 2016 |
| | 220. | "Lady Becomes Belligerent After Refusing to Listen to Authorities" (https://www.jukinmedia.com/licensing/view/908134) – acquired Aug. 15, 2015 | "Angry Lady Thrown Off Plane Because She Won't Crate Her Dog!" (http://www.ebaumsworld.com/video/watch/84698043/) – posted Aug. 15, 2015 |
| | 221. | "Cat Pole Dances with Man" (https://www.youtube.com/watch? | "German Guy Works A Stripper Pole With his Cat" |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | v=GN4_ctWUGMI) – acquired Aug. 17, 2015 | (http://www.ebaumsworld.com/video/watch/84699195/) – posted Aug. 17, 2015 |
| 222. | "Waitress Verbally Massacres Family Ordering at Restaurant" (https://www.facebook.com/lanetta.maxfield/videos/10207652248843778/) – acquired Aug. 19, 2015 | "This Woman is the Rudest Waitress of All Time" (http://www.ebaumsworld.com/video/watch/84854149/) – posted Dec. 8, 2015 |
| 223. | "Giant Red Ball Art Piece Rolls Loose Down Ohio Streets" (https://instagram.com/p/6lKKzRoR2-/?taken-by=jeremy419) – acquired Aug. 21, 2015 | "Giant Red Ball Breaks Free From Art Installation In Toledo" (http://www.ebaumsworld.com/video/watch/84706993/) – posted Aug. 22, 2015 |
| 224. | "Plane Crashes during Shoreham Air Show" (https://www.youtube.com/watch?v=pvHplYmh2f8) – acquired Aug. 22, 2015 | "Shoreham Air Show Plane Crash [Better Angle]" (http://www.ebaumsworld.com/video/watch/84706430/) – posted Aug. 22, 2015 |
| 225. | "Good Samaritan Pulls Over Intoxicated Driver" (https://www.jukinmedia.com/licensing/view/908597) – acquired Aug. 23, 2015 | "Man Stops a Lunatic Driver After Witnessing Her Driving Recklessly!" (http://www.ebaumsworld.com/video/watch/84707706/) – posted Aug. 23, 2015 |
| 226. | "Guy Tries to Free SUV from Tow Truck" (https://www.youtube.com/watch?v=O2BMu7pdX0o) – acquired Aug. 27, 2015 | "Crazy Guy in SUV Tries to Escape Tow Truck But Fails" (http://www.ebaumsworld.com/video/watch/84711870/) – posted Aug. 26, 2015 |

101

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 227. | "Dad is Stoked When His Kid Gets A Doll At the Toy Store" (https://www.jukinmedia.com/licensing/view/908608) – acquired Aug. 25, 2015 | "Awesome Dad Has Best Response After Son Buys "Girly" Ariel Doll" (http://www.ebaumsworld.com/video/watch/84712974/) – posted Aug. 27, 2015<br><br>"How Would You Feel If Your Son Chose This" (http://www.ebaumsworld.com/videos/how-would-you-feel-if-your-son-chose-this/85073696/) – posted July 7, 2016 |
| 228. | "Man Puts Electrode Massaging Pads on Face" (https://www.youtube.com/watch?v=Ch1PwZay4wk) – acquired Aug. 24, 2015 | "Having Fun With An Electrode Massager" (http://www.ebaumsworld.com/video/watch/84709392/) – posted Aug. 24, 2015 |
| 229. | "Jogger and Dog Trip over Gate" (https://www.youtube.com/watch?v=lbqBkaTWcZM) – acquired Sept. 2, 2015 | "Let's Play 'Guess What Happens Next'" (http://www.ebaumsworld.com/video/watch/84722030/) – posted Sept. 3, 2015<br><br>"Majestic Leap With Dog" (https://www.facebook.com/ebaumsworld/videos/vb.286683382423/10153204885172424/?type=2&theater) – posted Sept. 2, 2015 |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 230. | "Drone Captures Man Sunbathing on Wind Turbine" (https://www.jukinmedia.com/licensing/view/908978) – acquired Aug. 27, 2015 | "Drone Catches a Man Sunbathing on a Wind Turbine" (http://www.ebaumsworld.com/video/watch/84712650/) – posted Aug. 27, 2015 |
| 231. | "Girl Passes Out Twice on Slingshot Ride" (https://www.youtube.com/watch?v=URSj-Lk3vo4) – acquired Aug. 31, 2015 | "People Rebooting Compilation!" (http://www.ebaumsworld.com/videos/people-rebooting-compilation/84976143/) – posted Apr. 1, 2016 |
| 232. | "Crocodile Bites Foot off Another Crocodile" (https://www.youtube.com/watch?v=JLy-Iiy_Zp4) – acquired Aug. 28, 2015 | "Crocodile Tears Off His Buddies [sic] Arm During Feeding Frenzy" (http://www.ebaumsworld.com/video/watch/84715060/) – posted Aug. 28, 2015 |
| 233. | "Guy Gives Interesting Latte Art Tutorial" (https://www.youtube.com/watch?v=a1FNSgqdhNk) – acquired Aug. 31, 2015 | "Barista Shows Off His Talent" (http://www.ebaumsworld.com/video/watch/84782530/) – posted October 19, 2015 |
| 234. | "Guy Freaks Out as Boat Approaches Edge" (https://www.youtube.com/watch?v=DYzT-Pk6Ogw) – acquired Sept. 8, 2015 | "It do go down!" (http://www.ebaumsworld.com/video/watch/84736920/) – posted Sept. 16, 2015 |
| 235. | "Guy Picks Up Car and Moves It Out of Parking Spot" (https://www.youtube.com/watch? | "How To Get Out of a Tight Parking Spot" (http://www.ebaumsworld.com/video |

| | | |
|---|---|---|
| | v=SyItdXnYvFQ) – acquired Sept. 4, 2015 | /watch/84723635/) – posted Sept. 4, 2015 |
| 236. | "Toddler Completes Homemade Ninja Warrior Course" (https://www.youtube.com/watch?v=OmrnVpZ8wTQ) – acquired Sept. 4, 2015 | "The Tiny Ninja Warrior!" (http://www.ebaumsworld.com/video/watch/84724305/) – posted Sept. 5, 2015 |
| 237. | "Aerosmith's Steven Tyler Sings with Street Musician" (https://www.youtube.com/watch?v=-v1l897H7a4) – acquired Sept. 6, 2015 | "Aerosmith Steven Tyler sang with the street musician!" (http://www.ebaumsworld.com/video/watch/84725143/) – posted Sept. 5, 2015 |
| 238. | "Man Rescues Tangled Deer" (https://www.facebook.com/kristy.z.moss/videos/919044894803915/) – acquired Sept. 6, 2015 | "Man separates 2 fighting bucks" (http://www.ebaumsworld.com/video/watch/84725226/) – posted Sept. 5, 2015 |
| 239. | "Baby Tries to Scare Dad When Cutting Her Nails" (https://www.jukinmedia.com/licensing/view/909569) – acquired Sept. 16, 2015 | "Baby Fake Cries Every Time His Dad Tries to Cut His Fingernails!" (http://www.ebaumsworld.com/video/watch/84733900/) – posted Sept. 14, 2015<br><br>"Tiny Baby Learns How to Prank her own Dad!" (http://www.ebaumsworld.com/video/watch/84732832/) – posted Sept. 13, 2015 |
| 240. | "Cats Play Handmade Game of | "Two Kittens Playing Whack-A- |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Whack-a-Mole" (https://www.youtube.com/watch?v=Jtmp0tZL0YY) – acquired Sept. 23, 2015 | Mole…ehm…Whack-A-Kitten Are Adorable" (http://www.ebaumsworld.com/video/watch/84757206/) – posted Oct. 2, 2015 |
| 241. | "Man Catches Thief Stealing from Car" (https://www.jukinmedia.com/licensing/view/909949https://www.facebook.com/ericka.viverette/videos/10100210743865585/) – acquired Sept. 14, 2015 | "Lady Caught Red-Handed Stealing Out of Guy's Car" (http://www.ebaumsworld.com/video/watch/84731839/) – posted Sept. 12, 2015;<br><br>"When you catch a thief stealing from your car." (http://www.ebaumsworld.com/video/watch/84857098/) – posted Dec. 10, 2015 |
| 242. | "Guy Stumps Girlfriend with Spelling Prank" (www.youtube.com/watch?v=30JZwjWL9w0) – acquired Sept. 14, 2015 | "Guy Asks His Girlfriend What E-Y-E-S Spells And Hilarity Ensues" (http://www.ebaumsworld.com/video/watch/84733030/_ - posted Sept. 13, 2015 |
| 243. | "Woman Announces Pregnancy To Husband On His Birthday" (https://www.facebook.com/100009852761459/videos/164751207196637) – acquired Sept. 13, 2015 | "Best Birthday Present I Pregnancy Test Reaction" (http://www.ebaumsworld.com/video/watch/84735920/) – posted Sept. 16, 2015 |
| 244. | "Dog Covers Sleeping Baby with Blanket" | "Loyal Dog Tucks a Sleeping Newborn Baby Into Bed" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

|  |  |  |
|---|---|---|
|  | (https://www.youtube.com/watch?v=FGproEvedkI) – acquired Sept. 26, 2015 | (http://www.ebaumsworld.com/video/watch/84758523/) – posted Oct. 2, 2015 |
| 245. | "Baseball Fan Flips Off Wave" (https://www.youtube.com/watch?v=nfQpl30a3-A) – acquired Sept. 15, 2015 | "Man at White Sox Game Reacts Perfectly to The Wave" (http://www.ebaumsworld.com/video/watch/84734043/) – posted Sept. 15, 2015 |
| 246. | "Race Cars Almost Collide In World Figure 8 Race" (https://www.youtube.com/watch?v=wZKqhvch3mU) – acquired Sept. 17, 2015 | "Figure 8 racing" (http://www.ebaumsworld.com/video/watch/84741081/) – posted Sept. 21, 2015 |
| 247. | "Bagpiper Overpowers Hate Preacher with Noise" (https://www.youtube.com/watch?v=JwLaDzKFiBY) – acquired Sept. 19, 2015 | "Boy takes down hate preacher in the most Scottish way possible" (http://www.ebaumsworld.com/video/watch/84746338/) – posted Sept. 23, 2015 |
| 248. | "Toddler Gives Marriage Advice" (https://www.facebook.com/sherryischerry/videos/984276941615721/) – acquired Sept. 21, 2015 | "6 year old girl gave her mom a wake up calls a lesson of life after her parents been divorced" (http://www.ebaumsworld.com/video/watch/84743673/) – posted Sept. 23, 2015 |
| 249. | "Little Girl Explains Weddings to Father" (https://www.youtube.com/watch?v=p6ZojleXMn4) – acquired Sept. | "You do NOT understand weddings. AT ALL" (http://www.ebaumsworld.com/video/watch/84740857/) – posted Sept. 20, |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | 20, 2015 | 2015 |
|---|---|---|---|
| 250. | | "Man Sings to Dying Wife" (https://www.youtube.com/watch?v=wWPOG_hxkTE) – acquired Sept. 21, 2015 | "Man sings to 93 year old dying wife" (http://www.ebaumsworld.com/video/watch/84742544/) – posted Sept. 21, 2015 |
| 251. | | "Rat Takes Pizza Home On The Subway" (https://www.youtube.com/watch?v=UPXUG8q4jKU) – acquired Sept. 21, 2015 | "New York City rat taking pizza home on the subway" (http://www.ebaumsworld.com/video/watch/84743282/) – posted Sept. 22, 2015; <br><br> "Master Splinter headed off to feed #TMNT" (http://www.ebaumsworld.com/video/watch/84742587/) – posted Sept. 22, 2015; <br><br> "#PizzaRat for President!" (https://twitter.com/ebaumsworld/status/646064460847710208) – posted Aug. 28, 2014 |
| 252. | | "Angry Jogger Yells at Man with Stroller" (https://www.jukinmedia.com/licensing/view/910643) - acquired Sept. 22, 2015 | "Christopher Columbus of Brooklyn!" (http://www.ebaumsworld.com/video/watch/84746484/) – posted Sept. 23, 2015 |

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 253. | "Boston Fisherman Freaks Out over Mysterious Fish" (https://www.facebook.com/mikeybrgn/videos/10200957083166738/) – acquired Sept. 25, 2015 | "Guy with a Boston Accent Sees a Weird Fish and Loses His Mind" (http://www.ebaumsworld.com/video/watch/84746487/) – posted Sept. 23, 2014 |
| 254. | "Cyclist Rides Bicycle Upstairs" (https://www.youtube.com/watch?v=bJGM6hp4vy0) – acquired Sept. 23, 2015 | "Biking Up Stairs LIKE A BOSS!" (http://www.ebaumsworld.com/video/watch/84743299/) – posted Sept. 22, 2015 |
| 255. | "How to Ruin a Beautiful Car" (https://www.youtube.com/watch?v=KNsjvZk8nT0) – acquired Oct. 5, 2015 | "Show-off Fail: Man Ruins His $400K Lamborghini" (http://www.ebaumsworld.com/video/watch/84763988/) – posted Oct. 6, 2014;  "How to Ruin a Beautiful Car" (http://www.ebaumsworld.com/video/watch/84763940/) – posted Oct. 6, 2014;  "Lamborghini catches Fire in Traffic" (http://www.ebaumsworld.com/video/watch/84769993/) – posted Oct. 10, 2014 |
| 256. | "Little Girl Catches Fish with Barbie Fishing Pole" (https://www.youtube.com/watch?v=KXYpJupNLSA) – acquired | "Little Girl Catches Huge Bass With Her Barbie Fishing Pole" (http://www.ebaumsworld.com/video/watch/84747790/) – posted Sept. 24, |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | Sept. 24, 2015 | 2015 |
|---|---|---|---|
| | 257. | "Synchronized Cycling" (https://www.facebook.com/1452603751725097/videos/1488735751445230/) – acquired Sept. 24, 2015 | "Synchronized Cycling!" (http://www.ebaumsworld.com/video/watch/84785256/) – posted Oct. 21, 2015 |
| | 258. | "Air Drumming on the Subway" (https://www.youtube.com/watch?v=-QJuQWb648U) – acquired Sept. 28, 2015 | "The Most Metal Air Drummer Ever" (http://www.ebaumsworld.com/video/watch/84748781/) – posted Sept. 25, 2015 |
| | 259. | "Wheel Gets Launched by Airbags and Smashes Car Window" (https://www.youtube.com/watch?v=hfgxAL3t2Tw) – acquired Sept. 28, 2015 | "3 Airbags Vs 1 Wheel" (http://www.ebaumsworld.com/video/watch/84751679/) – posted Sept. 28, 2015;<br><br>"3 cars airbags 1 wheel One smashed civic!" (http://www.ebaumsworld.com/video/watch/84756471/) – posted Oct. 1, 2015;<br><br>"Genius Deploys an Airbag Under a Spare Tire" (http://www.ebaumsworld.com/video/watch/84776289/) – posted Oct. 14, 2015;<br><br>"Funny Epic Fails 2016" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | | |
|---|---|---|---|
| | | | s/funny-epic-fails-2016/84946769/) – posted March 3, 2016 |
| 260. | "Speedy Cook Makes Red Bean Pancakes" (https://www.youtube.com/watch?v=O7ynu6QrS-Q) - acquired Oct. 4, 2015 | | "People are awesome" (http://www.ebaumsworld.com/video/watch/84808366/) – posted Nov. 6, 2015 |
| 261. | "Black Bear Chews On Girl's Kayak" (https://www.youtube.com/watch?v=nU5cMZymSr0) – acquired Sept. 30, 2015 | | "Don't eat my boat bear!" (http://www.ebaumsworld.com/video/watch/84755727/) – posted Oct. 1, 2015;  "Woman Thanks Alaska Bear For Not Eating Hayak; Bear Promptly Eats Kayak" (http://www.ebaumsworld.com/video/watch/84755476/) – posted Oct. 1, 2015;  "Bear Chews On Kayak, Girl Absolutely Loses Her Shit" (http://www.ebaumsworld.com/video/watch/84754533/) – posted Sept. 30, 2015 |
| 262. | "Dad and Kid Reenact Wrestling Moves" (https://www.youtube.com/watch?v=K5PqBfXrtIM) – acquired Oct. | | "How To Lay The Smackdown On Your Kid" (http://www.ebaumsworld.com/video/watch/84755922/) posted Oct. 1, |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | 1, 2015 | 2015 |
|---|---|---|---|
| 263. | | "Percussionist Plays Drums Upside-Down" (https://www.youtube.com/watch?v=hbf_wBvTJw0) – acquired Oct. 3, 2015 | "Wait For It…" (http://www.ebaumsworld.com/video/watch/84758650/) – posted Oct. 2, 2015 |
| 264. | | "Moose Plays with Drone" (https://www.youtube.com/watch?v=kKUXekVa-Kc) – acquired Oct. 3, 2015 | "Moose plays with drone!" (http://www.ebaumsworld.com/video/watch/84759619/) – posted Oct. 3, 2015 |
| 265. | | "T-Rex Tries Out Aerial Class" (https://www.youtube.com/watch?v=VGcMDemV4WA) – acquired Oct. 3, 2015 | "T-Rex Works This Stripper Pole Like A Pro" (http://www.ebaumsworld.com/video/watch/84767561/) – posted Oct. 8, 2015 |
| 266. | | "Plastic Water Tank Rolls Beside Road" (https://www.facebook.com/jake.taylor.731/videos/10207331906803110/) – acquired Oct. 4, 2015 | "Windy day in Canterbury" (http://www.ebaumsworld.com/video/watch/84760523/) – posted Oct. 4, 2015 |
| 267. | | "Semi Truck Drives through Flooded Highway" (https://www.youtube.com/watch?v=Xl2rCWGgyog) – acquired Oct. 5, 2015 | "18 Wheeler Plows Through flood Waters" (http://www.ebaumsworld.com/video/watch/84760809/) – posted Oct. 5, 2015; "Truck vs Flood Thug Life version" (http://www.ebaumsworld.com/video |

111

| | | |
|---|---|---|
| | | /watch/84806235/) – posted Nov. 5, 2015 |
| 268. | "Sister in Clown Costume Scares Brother" (https://www.youtube.com/watch?v=xy3au-1N4sY) – acquired Oct. 5, 2015 | "Sister Scares The Shit out of her Brother" (http://www.ebaumsworld.com/video/watch/84766260/) – posted Oct. 8, 2015 |
| 269. | "Dinosaur Strips for the First Time" (https://www.facebook.com/ClintonBrentwoodLee/videos/10156050026835403/) – acquired Oct. 7, 2015 | "What everyone needs at their bachelor party…a dino stripper!" (http://www.ebaumsworld.com/video/watch/84764553/) – posted Oct. 6, 2015 |
| 270. | "Girl Performs Barbell Jerk with 170 lbs" (www.youtube.com/watch?v=iVNbE52FIek) – acquired Oct. 19, 2015 | "Girl Performs Barbell Jerk with 170 ls" (http://www.ebaumsworld.com/video/watch/84785041/) – posted Oct. 20, 2015 |
| 271. | "Thousands of Baby Crabs Swarm Beach" (https://www.youtube.com/watch?v=zFdoedMG5yU) – acquired Oct. 12, 2015 | "Wait a minute….that's not sand!" (http://www.ebaumsworld.com/video/watch/84773065/) – posted Oct. 12, 2015 |
| 272. | "Dog Sits Behind Owner on Motorcycle" (https://www.facebook.com/david.barnes.108889/videos/892961020779816/) – acquired Jun. 25,2015 | "Cool Dog Sits On Motorcycle With Owner" (http://www.ebaumsworld.com/video/watch/84776857/) – posted Oct. 15, 2015 |

AMENDED COMPLAINT

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 273. | "Puppy Finds New Enemy in Door Stop" (https://instagram.com/p/8ijDphyRJZ/) – acquired Oct. 20, 2015 | "Puppy vs Doorstop!" (http://www.ebaumsworld.com/video/watch/84786815/) – posted Oct. 21, 2015 |
| 274. | "Little Thug Does a Magic Trick" (https://www.youtube.com/watch?v=6Xw--nJ1c7k) – acquired Oct. 10, 2015 | "Girl Turns Paper Into a Bird" (http://www.ebaumsworld.com/video/watch/84769220/) – posted Oct. 9, 2015;<br><br>"Little Machine Thug" (http://www.ebaumsworld.com/video/watch/84768796/) – posted Oct. 9, 2015 |
| 275. | "No Outlet" (https://www.youtube.com/watch?v=m4bazxAwGCQ) – acquired Oct. 11, 2015 | "Charge it" (http://www.ebaumsworld.com/video/watch/84771529/) – posted Oct. 11, 2015 |
| 276. | "Skateboarder Gets Big Air in Parking Lot" (https://instagram.com/p/4GEH4OrbGz/?taken-by=martinfobes) – acquired Oct. 15, 2015 | "Skater Does Cool Trick With Parking Block!" (http://www.ebaumsworld.com/video/watch/84778474/) – posted Oct. 15, 2015 |
| 277. | "Jaguar Dives into River to Catch Alligator" (https://www.youtube.com/watch?v=7ExKqRuO-hs) – acquired Oct. 14, 2015 | "Jaguar Dives Into A River To Catch A Caiman" (http://www.ebaumsworld.com/video/watch/84778509/) – posted Oct. 15, 2015; |

113

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | | |
|---|---|---|---|
| | | | "Leopard Drive Bombs a Crocodile In a River!" (http://www.ebaumsworld.com/videos/leopard-dive-bombs-a-crocodile-in-a-river/85035801/) – posted May 25, 2016 |
| 278. | "World's Most Pathetic Elevator Chime" (https://www.youtube.com/watch?v=bQtmm_lpUKI) – acquired Oct. 15, 2015 | | "World's Most Pathetic Elevator Chime" (http://www.ebaumsworld.com/video/watch/84775357/) – posted Oct. 14, 2015 |
| 279. | "Kid Pushes Ball into Another Kid's Face" (https://youtu.be/7Aeildvv0kw) – acquired Oct. 18, 2015 | | "Kid Pushes Ball Into Another Kids Face!" (http://www.ebaumsworld.com/video/watch/84785258/) – posted Oct. 21, 2015 |
| 280. | "Dad Surprises Daughter by Walking Her Down the Aisle at Her Wedding" (https://www.youtube.com/watch?v=SxxL89P6Elo) – acquired Oct. 19, 2015 | | "Dad Surprises Daughter by Walking Her Down the Aisle at Her Wedding" (http://www.ebaumsworld.com/video/watch/84785051/) – posted Oct. 21, 2015 |
| 281. | "Dog Barks At Toy Halloween Ghoul" (https://www.facebook.com/leann.west.775/videos/1689344171310112/) – acquired Oct. 20, 2015 | | "Hungry Dog Finds Out The Owners Already Celebrate Halloween The Hard Way" (http://www.ebaumsworld.com/video/watch/84778940/) – posted Oct. 16, |

114

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | 2015; "Owner Pranks Dog With Halloween Candy Bowl!" (http://www.ebaumsworld.com/video/watch/84785040/) – posted Oct. 20, 2015 |
| 282. | "Tiniest Bump Makes Car Flip" (http://vk.com/videos15814478?z=video15814478_172408280) – acquired Oct. 20, 2015 | "Small Fender Bender Makes Car Flip!" (http://www.ebaumsworld.com/video/watch/84785257/) – posted Oct. 21, 2015 |
| 283. | "Man with Machete Gets Hit by Car" (https://www.youtube.com/watch?v=vTNjidGFcm4) – acquired Oct. 19, 2015 | "Crazy Guy Swinging Machete At Cars" (http://www.ebaumsworld.com/video/watch/84783497/) – posted Oct. 19, 2015; "Crazy dude attacks cars with machete" (http://www.ebaumsworld.com/video/watch/84783242/) – posted Oct. 19, 2015 |
| 284. | "Weaving Through Cones on a Skateboard" (https://instagram.com/p/nJnP1TPE0h/) – acquired Dec. 8, 2015 | "How about this slalom course run?" (http://www.ebaumsworld.com/video/watch/84855112/) – posted Dec. 9, 2015 |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 285. | "Guy Uses Girl for Chest Press" (https://instagram.com/p/5Dw2Xf wXge/?taken-by=nathantsuji) – acquired Oct. 22, 2015 | "This Woman Is The Rudest Waitress Of All Time" (http://www.ebaumsworld.com/video /watch/84788619/) – posted Oct. 23, 2015 |
| 286. | "Puppeteer Performs on Metro" (https://www.jukinmedia.com/lice nsing/view/912704) – acquired Oct. 20, 2015 | "Skeleton Puppet Rockin Out" (http://www.ebaumsworld.com/video /watch/84785255/) – posted Oct. 21, 2015; "Rockin GNR Puppet On The Subway" (http://www.ebaumsworld.com/video s/rockin-gnr-puppet-on-the-subway/85084520/) – posted July 20, 2016 |
| 287. | "Insane Box Jumps" (https://instagram.com/p/7YeytgT FFP/) – acquired Oct. 27, 2015 | "Man Has Crazy Jumping Skills" (http://www.ebaumsworld.com/video /watch/84795577/) – posted Oct. 28, 2015 |
| 288. | " Girl Jumps on Top of Giant Tires" (https://instagram.com/p/4pl4HXI bsH/) – acquired Jan. 15, 2016 | "Girl Jumps on Top of Giant Tires" (http://www.ebaumsworld.com/video /watch/84902405/) – posted Jan. 19, 2016 |
| 289. | "Bus Crashes into Coffee Shop" (https://www.youtube.com/watch? v=eY1JkUVqnoc) – acquired Oct. | "Bus Crashes Into Coffee Shop" (http://www.ebaumsworld.com/video /watch/84795549/) – posted Oct. 28, |

116

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | 24, 2015 | 2015 |
|---|---|---|---|
| 290. | | "Kid in T-Rex Costume Running Around" (https://twitter.com/j_witt7/status/658019719115644928) – acquired Oct. 26, 2015 | "Kid in T-Rex Costume Running Around" (http://www.ebaumsworld.com/video/watch/84794462/) – posted Oct. 27, 2015 |
| 291. | | "Police Arrest Chewbacca" (https://www.youtube.com/watch?v=bi-qVKFZ1vM) – acquired Oct. 27, 2015 | "Chewbacca Gets Arrested For Parking Illegally!" (http://www.ebaumsworld.com/video/watch/84793325/) – posted Oct. 26, 2015 |
| 292. | | "ATV Riders Crash into the Mud" (https://www.facebook.com/BlooperDudesXcBikeAndQuadBloopers/videos/400258413508037/) – acquired Nov. 3, 2015 | "ATV Riders Crash into the Mud" (http://www.ebaumsworld.com/video/watch/84811512/) – posted Nov. 10, 2015 |
| 293. | | "Grandma Advises Grandson Against Smirnoff Ice" (https://www.youtube.com/watch?v=2Qh7LSb1h_I) – acquired Oct. 29, 2015 | "Grandmother misinterprets alcoholic drink for drugs" (http://www.ebaumsworld.com/video/watch/84795500/) – posted Oct. 28, 2015;  "Angry Grandmother Thinks Smirnoff "Ice" Is A Meth Drink" (http://www.ebaumsworld.com/videos/crazy-grandma-thinks-smirnoff-ice-is-a-drug/85115779/) – posted Aug. |

117

| | | |
|---|---|---|
| | | 25, 2016 |
| 294. | "Dog Hates Celery" (https://instagram.com/p/9bK3RpE5SM/) – acquired Nov. 3, 2015 | "Dog Hates Celery" (http://www.ebaumsworld.com/video/watch/84805178/) – posted Nov. 4, 2015 |
| 295. | "Darth Vader Crashes on Swegway" (https://www.youtube.com/watch?v=0IQy2SRfgKM) – Oct. 29, 2015 | "Darth Vader On A Hoverboard" (http://www.ebaumsworld.com/video/watch/84800401/) – posted Oct. 31, 2015; "Darth Vader v. Hoverboard" (http://www.ebaumsworld.com/video/watch/84799268/) – posted Oct. 30, 2015 |
| 296. | "Pro Wrestler Pukes before Entering Ring" (https://www.youtube.com/watch?v=42KLNUYnALQ) – acquired Nov. 3, 2015 | "Wrestler Pukes from top ropes then continues anyway" (http://www.ebaumsworld.com/video/watch/84805532/) – posted Nov. 4, 2015 |
| 297. | "Don't Play with Fire" (https://www.youtube.com/watch?v=h2qfjwoy5M4) – acquired Oct. 30, 2015 | " (http://www.ebaumsworld.com/video/watch/84801850/) – posted |
| 298. | "Golfer Hits Ball Off Friend's Balls" (https://instagram.com/p/5YDd1_JuT9/) – acquired Nov. 3, 2015 | "Golfer Tees Off Of Friends Junk!" (http://www.ebaumsworld.com/video/watch/84804995/) – posted Nov. 3, 2015 |
| 299. | "Girl Lifts Weights at | "Girl Lifts Weights at Competition |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

118

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Competition" (www.youtube.com/watch?v=Vs2bSMOgOzk) – acquired Nov. 8, 2015 | Impressive" (http://www.ebaumsworld.com/video/watch/84811393/) – posted Nov. 10, 2015 |
| 300. | "Girl Breaks Vending Machine Glass" (https://www.facebook.com/ben.jorgensen.18/videos/966544213405578/) – acquired Nov. 2, 2015 | "Girl Breaks Vending Machine Glass" (http://www.ebaumsworld.com/video/watch/84803297/) – posted Nov. 2, 2015 |
| 301. | "Kitten Rides Box Down Stairs" (https://www.youtube.com/watch?v=nTZQ9Ntq71c) – acquired Oct. 31, 2015 | "Best way to trick cats, into sliding down the stairs!" (http://www.ebaumsworld.com/video/watch/84801886/) – posted Nov. 1, 2015 |
| 302. | "Squid Dancing in Man's Meal" (https://www.youtube.com/watch?v=4n2kYAUPv2c) – acquired Nov. 6, 2015 | "Would You Be Able To Eat This While Its Moving?" (http://www.ebaumsworld.com/video/watch/84942992/) – Feb. 28, 2016;   "Squid Comes Back To Life During Meal Preparation" (http://www.ebaumsworld.com/videos/squid-comes-back-to-life-during-meal-preparation/85108295/) – posted Aug. 17, 2016 |
| 303. | "Dog Side-Eyes Owner" (www.youtube.com/watch?v=ou3bSVcRLu80 – acquired Dec. 2, | "Dog Keenly Eyes Owner" (http://www.ebaumsworld.com/video/watch/84843544/) – posted Dec. 3, |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | 2015 | 2015;<br><br>"When you pick your dog up from the vet & he gives you that look" (http://www.ebaumsworld.com/video/watch/84933934/) – posted Feb. 19, 2016 |
| 304. | "Dad Makes Baby a MechWarrior Costume" (https://www.youtube.com/watch?v=ILNUKulJnCk) – acquired Nov. 1, 2015 | "Mech Warrior Costume Halloween 2015" (http://www.ebaumsworld.com/video/watch/84801932/) – posted Nov. 2, 2015 |
| 305. | "Man Surprises Wife with Funny Halloween Costume" (https://www.youtube.com/watch?v=iFYKDBBTCRc) – acquired Nov. 2, 2015 | "Surprise My Wife on Halloween!" (http://www.ebaumsworld.com/video/watch/84802283/) – posted Nov. 2, 2015 |
| 306. | "Little Girl Pukes after Eating too Much Whipped Cream" (https://www.youtube.com/watch?v=p83OpVJX-BY) – acquired Nov. 2, 2015 | "Whipping Cream Horror!" (http://www.ebaumsworld.com/video/watch/84803342/) – posted Nov. 2, 2015 |
| 307. | "Girl Falls Trying to Jump Over Creek" (https://instagram.com/p/9mYK1noDj6/) – acquired Nov. 8, 2015 | "Girl Falls Trying to Jump Over Creek" (http://www.ebaumsworld.com/video/watch/84811432/) – posted Nov. 10, 2015 |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 308. | "Kid Flies out of Trampoline Cage" (https://www.youtube.com/watch?v=QnUn-9Lmh7w) – acquired Dec. 7, 2015 | "Kid Almost Dies" (http://www.ebaumsworld.com/video/watch/84852956/) – posted Dec. 7, 2015 |
| 309. | "Cockatiel Sings Addam's Family Theme Song" (https://instagram.com/p/9YNe79JeRy/) – acquired Nov. 6, 2015 | "Cockatiel Sings Addam's Family Theme Song" (http://www.ebaumsworld.com/videos/cockatiel-sings-addams-family-theme-song/85110383/) – posted Aug. 19, 2016 |
| 310. | "Icebergs Break off from Glacier and Sink into Water" (https://www.youtube.com/watch?v=IRlNHg64EW8) – acquired Nov. 6, 2015 | "Massive Iceberg Breaking Apart In Iceland" (http://www.ebaumsworld.com/video/watch/84812330/) – posted Nov. 11, 2015 |
| 311. | "Man in Cat Mask Scares Cats" (https://www.facebook.com/tjbrownejr/videos/10208131529384776/) -  acquired Nov. 6, 2015 | "Man in Cat Mask Scares Cats" (http://www.ebaumsworld.com/video/watch/84808696/) – posted Nov. 7, 2015 |
| 312. | "Girl Doesn't Know How to Hang Up Phone" (https://www.youtube.com/watch?v=bmuJj8-k8pM) – Nov. 7, 2015 | "little girl cant hang up phone" (http://www.ebaumsworld.com/video/watch/84808822/) – Nov. 7, 2015 |
| 313. | "Swim Cap Toss" (https://www.youtube.com/watch?v=5a0cLzqPj0E) – acquired Nov. 8, 2015 | "Putting a Swim Cap On Like a Boss!" (http://www.ebaumsworld.com/videos/putting-a-swim-cap-on-like-a- |

AMENDED COMPLAINT

| | | | |
|---|---|---|---|
| | | | boss/85133561/) – posted Sept. 11, 2016 |
| 314. | "Kitten Slaps and Kisses Owner" (https://youtu.be/3aHA_px-OSA) – acquired Nov. 9, 2015 | "Kitten Slaps and Kisses Owner" (http://www.ebaumsworld.com/video/watch/84811198/) – posted Nov. 9, 2015 |
| 315. | "Little Girl Hums Imperial March from Crib" (https://www.youtube.com/watch?v=bX_kKA6gXCg0) – acquired Nov. 11, 2015 | "Toddler sings Star Wars Imperial March" (http://www.ebaumsworld.com/video/watch/84812617/) – posted Nov. 11, 2015 |
| 316. | "Girl Witnesses Plane Crash while Snapchatting" (https://twitter.com/paigeey_kinns15/status/664186153009070080) – acquired Nov. 10, 2015 | "Woman Captures Plane Crash During a Snapchat Session" (http://www.ebaumsworld.com/video/watch/84812295/) – posted Nov. 11, 2015 |
| 317. | "Dad Takes GoPro Video of Vacation Backwards" (https://www.youtube.com/watch?v=8GDZBXZunzM) – acquired Nov. 15, 2015 | "Irish Dad Borrows His Son's GoPro For Vegas Trip…" (http://www.ebaumsworld.com/video/watch/84817414/) – posted Nov. 17, 2015 |
| 318. | "Rolling in a Wheel with No Hands" (https://www.instagram.com/p/7HjOsIRbpA/?taken-by=ashtomcircus) – acquired Nov. 30, 2015 | "Rolling in a Wheel with No Hands" (http://www.ebaumsworld.com/video/watch/84842897/) – posted Dec. 2, 2015 |
| 319. | "Chihuahua Cuddles with Owner" | "Chihuahua Cuddles with Owner" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.instagram.com/p/93J ROCLOeS/) – acquired Nov. 26, 2015 | (http://www.ebaumsworld.com/video /watch/84840949/) – posted Nov. 30, 2015 |
| 320. | "Power Lines go Haywire after Ice Storm" (https://twitter.com/itsadamcharles /status/671043257384591360) – acquired Dec. 3, 2015 | "Power Lines Go Haywire After Ice Storm!" (http://www.ebaumsworld.com/video /watch/84844792/) – posted Dec. 3, 2015 |
| 321. | "Father Goes Crazy when Song Comes On" (https://www.facebook.com/MrBia sReview/videos/89095717765546 1/) – acquired Dec. 5, 2015 | "A Father Too Eager Make His Son Was Subjected" (http://www.ebaumsworld.com/video s/a-father-too-eager-make-his-son-was-subjected/85030226/) – posted May 18, 2016; "Father Goes Crazy When His Jam Comes On In Car" (http://www.ebaumsworld.com/video s/father-goes-crazy-when-his-jam-comes-on-in-car/85129134/) – posted Sept. 7, 2016 |
| 322. | "Man Uses Chainsaw to Cross Frozen Lake" (https://www.youtube.com/watch? v=q_nvhIfUui0) – acquired Dec. 1, 2015 | "Contestant for the Great Canadian Darwin Awards" (http://www.ebaumsworld.com/video /watch/84841242/) posted Nov. 30, 2015 |
| 323. | "Boat Parking Catastrophe" (https://www.facebook.com/tarqui | "On Land Or Water, A Female Driver Is A Female Driver" |

123

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | | |
|---|---|---|---|
| | | niarrambide/videos/973344519393659/) – acquired Dec. 16, 2015 | (http://www.ebaumsworld.com/videos/on-land-or-water-a-female-driver-is-a-female-driver/85019160/) – posted May 7, 2016 |
| | 324. | "Guys Use Treadmill to Transport Pieces of Wood" (https://www.facebook.com/joy.cahill/videos/10154320368654908/) acquired Dec. 2, 2015 | "Guys Use Treadmill to Transport Wood Logs" (http://www.ebaumsworld.com/video/watch/84843848/) – Dec. 3, 2015 |
| | 325. | "Lion Couple Ambushes Wildebeest Pack" (https://www.youtube.com/watch?v=LjGbOZEYE-w) – acquired Jan. 12, 2016 | "Woman Vs. Men Shopping" (http://www.ebaumsworld.com/videos/women-vs-men-shopping/85101362/) – posted Aug. 9, 2016 |
| | 326. | "Christmas Tree Falls on Woman" (https://www.youtube.com/watch?v=ReYp67xtlGM) – acquired Jan. 12, 2016 | "Christmas came Crashing onto my wife!" (http://www.ebaumsworld.com/video/watch/84844568/) – posted Dec. 3, 2015 |
| | 327. | "Cat Falls into Tub and Freaks Out" (https://www.youtube.com/watch?v=-nD9FsSdLDo) – acquired Dec. 4, 2015 | "cat carma in 3…2…2…" (http://www.ebaumsworld.com/video/watch/84844887/) – posted Dec. 3, 2015 |
| | 328. | "Coca-Cola Christmas Bottle Bow" (https://www.youtube.com/watch?v=3kTQcwK92W8) – acquired | "Amazing Coca-Cola Christmas Gift Bow!" (http://www.ebaumsworld.com/video/watch/84847795/) – posted Dec. 5, |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

124

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Dec. 6, 2015 | 2015 |
| 329. | "Santa Signs to Child" (https://www.youtube.com/watch?v=RPcTB86aT0Y) – acquired Dec. 7, 2015 | "This Guy Might Actually Be Santa" (http://www.ebaumsworld.com/video/watch/84850817/) – posted Dec. 7, 2015;<br><br>"Santa singing to child" (http://www.ebaumsworld.com/video/watch/84849431/) – posted Dec. 6, 2015 |
| 330. | "Swegway Santa Crashes into Tree" (https://www.youtube.com/watch?v=kwMHr5zN8Vw) – acquired Dec. 7, 2015 | "SANTA 2015!" (http://www.ebaumsworld.com/video/watch/84851285/) – Dec. 7, 2015 |
| 331. | "Man Slaps Dog's Butt" (https://www.jukinmedia.com/licensing/view/919135) - acquired Dec. 10, 2015 | "Hey…I want A Slap Too! (http://www.ebaumsworld.com/video/watch/84855373/) – posted Dec. 9, 2015;<br><br>"Dude's Jealous Side Bitch Wants Some Booty Patting Too" (http://www.ebaumsworld.com/videos/dudes-jealous-side-bitch-wants-some-booty-patting-too/85059826/) – posted June 22, 2016 |
| 332. | "Groom Cries When He Sees Bride" | "Groom Cries When He Sees Bride" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

| | |
|---|---|
| (https://www.facebook.com/100000149796943/videos/1165165223498460/) – acquired Dec. 10, 2015 | /watch/84858173/) – posted Dec. 11, 2015 |
| 333.  "Bowling through Legs Fail" (https://youtu.be/FTT6MPJuHnA) – acquired Dec. 15, 2015 | "Bowling through Legs Fail!" (http://www.ebaumsworld.com/video/watch/84863427/) – posted Dec. 15, 2015 |
| 334.  "Dog Tries to Bark without Vocal Chords" (https://www.youtube.com/watch?v=TRNgslT2pSs) – acquired Dec. 10, 2015 | "Rescued dog with removed vocal chords still manage to bark" (http://www.ebaumsworld.com/video/watch/84857658/) – posted Dec. 10, 2015 |
| 335.  "Girl Fails at Rope Swing" (https://www.facebook.com/shaylene.doty/videos/10100140285094977/) – acquired Jan. 5, 2016 | "Girl Fails at Rope Swing" (http://www.ebaumsworld.com/video/watch/84886296/) – posted Jan. 6, 2015 |
| 336.  "Dog Growls while Being Caressed" (https://www.youtube.com/watch?v=S2lbNDKbmkE) – acquired Dec. 11, 2015 | "My Grandmother's Dog Loves Me" (http://www.ebaumsworld.com/video/watch/84898530/) – posted Jan. 15, 2016 |
| 337.  "Rock Climber Can't Clip Rope" (https://youtu.be/gZOyBc7vDek) – acquired Jan. 8, 2016 | "Rock Climber Cant Clip Rose (http://www.ebaumsworld.com/video/watch/84893395/) – posted Jan. 12, 2016 |
| 338.  "Dog Balances Cups on Stomach" (https://instagram.com/p/6s1NTUx3Nw/) – acquired Dec. 14, 2015 | "Dog Balances Cups on Stomach" (http://www.ebaumsworld.com/video/watch/84862474/) – posted Dec. 15, |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

126

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | 2015 |
|---|---|---|
| 339. | "Muscular Man Plays Game with Other Men" (https://instagram.com/p/_QLR0oMcjR/) – acquired Dec. 15, 2015 | "The Patwacher" (http://www.ebaumsworld.com/video/watch/84861754/) – posted Dec. 14, 2015 |
| 340. | "Ice Crystals Form when Frozen Lake Melts" (https://www.facebook.com/mtbeaverco/videos/1415719762022450/) – acquired Dec. 18, 2015 | "Ice Crystals Form when Frozen Lake Melts" (http://www.ebaumsworld.com/video/watch/84866986/) posted Dec. 18, 2015 |
| 341. | "Girl Does Amazing Calisthenics at Venice Beach" (https://instagram.com/p/-7t3giunGr/) – acquired Dec. 28, 2015 | "Girl Does Amazing Calisthenics at Venice beach!" (http://www.ebaumsworld.com/video/watch/84878210/) – posted Dec. 29, 2015 |
| 342. | "Whitetail Deer March through Water" (https://www.facebook.com/kerm.fidler/videos/905391032880285/) – acquired Dec. 17, 2015 | "Whitetail Deer March through Water!" (http://www.ebaumsworld.com/video/watch/84865587/0 posted Dec. 17, 2015 |
| 343. | "Little Girl Meets Santa" (https://www.facebook.com/top.riley/videos/10206611272113048/) – acquired Dec. 18, 2015 | "Little girl mistakes a shopper for Santa-" (http://www.ebaumsworld.com/video/watch/84866032/) – posted Dec. 17, 2015 |
| 344. | "Old People Go Wrong Way on Moving Walkway" (https://www.facebook.com/video. | "Old People Go Wrong Way on Moving Walkway" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | php?v=10156260535540361) – acquired Dec. 22, 2015 | /watch/84879018/) – posted Dec. 29, 2015 |
| 345. | "Woman's Face Goes Numb" (https://www.youtube.com/watch?v=gLtG6bPVoHM) – acquired Dec. 24, 2015 | "Lady  Can't Stop Laughing At her Numb Face After Leaving Dentist" (http://www.ebaumsworld.com/video/watch/84872524/) – posted Dec. 23, 2015 |
| 346. | "Man Breaks New Guitar" (https://www.youtube.com/watch?v=RujbZ86nglg) – acquired Dec. 26, 2015 | "Dude Accidentally Breaks His New Guitar" (http://www.ebaumsworld.com/video/watch/84875589/) – posted Dec. 26, 2015 |
| 347. | "Little Boy Excited for Steak Sauce" (https://www.youtube.com/watch?v=Rp57risY29o) – acquired Dec. 27, 2015 | "Kid Gets A-1 Steak Sauce For Christmas" (http://www.ebaumsworld.com/video/watch/84878930/) – posted Dec. 29, 2015 |
| 348. | "Baby Loves First Taste of Bacon" (https://www.youtube.com/watch?v=OtMVMNST_g4) – acquired Dec. 29, 2015 | "Baby Loves First Taste of Bacon" (http://www.ebaumsworld.com/video/watch/84880341/) – posted Dec. 30, 2015 |
| 349. | "Kid Gets Tongue Stuck on Frozen Pole" (https://www.youtube.com/watch?v=OoX916373Uw) – acquired Dec. 30, 2015 | "Kid Instantly Regrets Sticking His Tongue On An Icy Pole" (http://www.ebaumsworld.com/video/watch/84877614/) – posted Dec. 28, 2015 |
| 350. | "Guy Climbs Light-Up Christmas Tree" | "Guy Climbs Light-Up Christmas Tree" |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.facebook.com/joseph.jones.9469/videos/10208982902996810/) – acquired Dec. 30, 2015 | (http://www.ebaumsworld.com/video/watch/84880299/) – posted Dec. 30, 2015 |
| 351. | "Girl Chips Tooth During Rant" (https://vine.co/v/O0UWipALd60) – acquired Jan. 5, 2016 | "Girl Chips Tooth During Rant" (http://www.ebaumsworld.com/video/watch/84886297/) – posted Jan. 6, 2015 |
| 352. | "The Case of the Mondays" (https://instagram.com/p/_SPR53NH_R/) – acquired Jan. 19, 2016 | "Man Sips Coffee And Jumps Into A Pile Of Snow" (http://www.ebaumsworld.com/video/watch/84904231/) – posted Jan. 20, 2016 |
| 353. | "Swegway Explodes on Sidewalk" (https://www.youtube.com/watch?v=9bAZfe7b9uw) – acquired Jan. 3, 2016 | "Hoverboard Bursts into Flames in Los Angeles, Firefighters Called…" (http://www.ebaumsworld.com/video/watch/84880776/) – Dec. 31, 2014 |
| 354. | "Rat Drags Dead Rat Across Subway" (https://www.youtube.com/watch?v=ypUzFbthEJg) – acquired Jan. 4, 2016 | "NY Pizza Rat Turns to cannibalism" (http://www.ebaumsworld.com/video/watch/84885034/) – posted Jan. 4, 2015 |
| 355. | "Man Surprises Wife with New Car" (https://www.youtube.com/watch?v=I1MYZg12LoI) – acquired Jan. 4, 2016 | "Christmas Car Surprise For The Wife" (http://www.ebaumsworld.com/video/watch/84883357/) – Jan. 3, 2015 |
| 356. | "Man Meets Plastic Chair" (https://www.facebook.com/LADb | "Watch Me Belly Flop Off My Truck Onto a Plastic Chair" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | ible/videos/2623816230998884/) – acquired  Jan. 12, 2016 | (http://www.ebaumsworld.com/video/watch/84894087/) – posted Jan. 12, 2016 |
| 357. | "Girl with Weight Pulls up Rings" (https://instagram.com/p/_ZW4QqSPoV/) Jan. 5, 2016 | "Girl Flips on Rings" (http://www.ebaumsworld.com/video/watch/84889320/) – Jan. 7, 2016 |
| 358. | "Man Plays with Dancing Vein" (https://www.facebook.com/100007299315735/videos/1627057947547500/) – acquired Jan. 7, 2016 | "Man Plays with Dancing Vein" (http://www.ebaumsworld.com/video/watch/84889567/) – posted Jan. 8, 2016 |
| 359. | "Kitesurfer Hops Over Peninsula" (https://instagram.com/p/_7sDeJoKeq/) – acquired Jan. 7, 2016 | "Kitesurfer Hops Over Peninsula" (http://www.ebaumsworld.com/video/watch/84890345/) – posted Jan. 9, 2016 |
| 360. | "Raccoons Invade Restaurant" (https://youtu.be/lrIXoXrS5RU) – acquired Jan. 8, 2016 | "Chinese Restaurant Worker Tries to Get Rid of Two Huge Raccoons" (http://www.ebaumsworld.com/video/watch/84889951/) – posted Jan. 8, 2016 |
| 361. | "Dog Chases after Darts on TV" (https://www.facebook.com/beejay1042333/videos/10153455904497424/) – Jan. 9, 2016 | "This Dog Loves A Good Dart Competition on TV" (http://www.ebaumsworld.com/video/watch/84891486/) – posted Jan. 10, 2016 |
| 362. | "Man on Subway Gives Homeless Man Shirt Off his Back" (https://www.facebook.com/alcoiri | "Warm-hearted man at New York subway gives his t-shirt and hat to a homeless man, Respect" |

| | | |
|---|---|---|
| | /videos/10205433319331704/) – acquired Jan. 8, 2016 | (http://www.ebaumsworld.com/video/watch/84892681/) – posted Jan. 11, 2016 |
| 363. | "Waves Crash into Surfer during High Tide" (https://www.facebook.com/sj.hawk/videos/10153998705842573/) – acquired Jan. 11, 2016 | "Waves Crash into Surfer during High Tide" (http://www.ebaumsworld.com/video/watch/84896956/) – posted Jan. 14, 2016 |
| 364. | "Sliding Across the Ice Like a Boss" (https://www.facebook.com/Julerull/videos/10156437991935501/) – acquired Jan. 13, 2016 | "How to Drink Morning Coffee In Norway" (http://www.ebaumsworld.com/video/watch/84896996/) – posted Jan. 14, 2016 |
| 365. | "How to Pick up Girls at the Gym" (https://instagram.com/p/BAVYYofTUjt/) – acquired Jan. 12, 2016 | "How to Pick up Girls at the Gym" (http://www.ebaumsworld.com/video/watch/84894483/) – posted Jan. 12, 2016 |
| 366. | "Girl in Bikini Falls Down Stairs" (https://youtu.be/bCCc_mWm1lo) – acquired Jan. 14, 2016 | "Girl in Bikini Falls Down Stairs" (http://www.ebaumsworld.com/video/watch/84896954/) – posted Jan. 14, 2016 |
| 367. | "Little Boy Reunited with His Dog" (https://www.facebook.com/BradandPaulaWilliams/videos/1063349260351938/) – acquired Jan. 15, 2016 | "Boy Reunited With His Lost Dog" (http://www.ebaumsworld.com/video/watch/84896797/) – posted Jan. 14, 2016 |
| 368. | "Southern California Backyard | "Southern California Backyard |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Flooding" (https://youtu.be/md1WDq5eIVQ0 - acquired Jan. 19, 2016 | Flooding!OMG!" (http://www.ebaumsworld.com/video/watch/84903316/) – posted Jan. 20, 2016 |
| 369. | "Dinosaur Shovels Snow" (https://www.facebook.com/synyster.vengeance.fan/videos/10153213444076010/) – acquired Jan. 22, 2016 | "Dinosaur Shovels Snow" (http://www.ebaumsworld.com/video/watch/84906665/) – posted Jan. 23, 2016 |
| 370. | "Crane Drops Statue of Lenin" (https://www.youtube.com/watch?v=4rFjunKLZVg) – acquired Jan. 22, 2016 | "Crane Fail Decapitates Statute" (http://www.ebaumsworld.com/video/watch/84910734/) – posted Jan. 27, 2016 |
| 371. | "Contractor Falls through Ceiling" (https://www.jukinmedia.com/licensing/view/925008) - Acquired Jan. 22, 2016 | "This happened today" (http://www.ebaumsworld.com/video/watch/84905813/) – posted Jan. 22, 2016 |
| 372. | "Dog Escapes the Vet" (https://instagram.com/p/BAiL_fLwtRn/) – acquired Jan. 26, 2016 | "Dog at Vet's Office Is Not In The Mood To Hang Out" (http://www.ebaumsworld.com/video/watch/84907189/) – posted Jan. 23, 2016 |
| 373. | "Cow Rolls Hay Across Snow" (https://instagram.com/p/BAS8bz9Tc2q/) – acquired Jan. 27, 2016 | "Naughty Cows!" (http://www.ebaumsworld.com/video/watch/84914544/) – posted Feb. 1, 2016 |
| 374. | "Dinosaur Performs Stunts All Over Obstacle Course | "Jurassic Parkour" (http://www.ebaumsworld.com/video |

132

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=v71to9IHALc) – acquired Jan. 26, 2016 | /watch/84912208/) – posted Jan. 29, 2016 |
| 375. | "Daredevil Plays on Top of Skyscrapers" (www.youtube.com/watch?v=arAg99lJ9-w) – acquired Jan. 26, 2016 | "Daredevil Plays on Top of Skyscrapers" (http://www.ebaumsworld.com/video/watch/84909668/) – posted Jan. 26, 2016 |
| 376. | "Man Dances and Performs Tricks in Wind Tunnel" (https://www.facebook.com/alexander.khabibulin/videos/1230665820294775/) – acquired Jan. 27, 2016 | "Epic Wind Tube Performer" (http://www.ebaumsworld.com/video/watch/84908863/) – posted Jan. 26, 2016 |
| 377. | "Soccer Trick in House Leads to Broken Glass" (https://instagram.com/p/BA2lvdWuGMR/) – acquired Feb. 2, 2016 | "Excited Kid Causes Destruction With His Soccer Ball" (http://www.ebaumsworld.com/video/watch/84919469/) – posted Feb. 5, 2016 |
| 378. | "Dad Faints after Discovering Baby's Gender" (https://www.youtube.com/watch?v=-47S_IPwjYQ) – acquired Jan. 27, 2016 | "Dad Faints after Discovering Baby's Gender" (http://www.ebaumsworld.com/video/watch/84910981/) – posted Jan. 27, 2016 |
| 379. | "Wind Tunnel Dance" (https://www.facebook.com/alexander.khabibulin/videos/1230728316955192/) – acquired Jan. 27, 2016 | "Amazing Body Control. Wind Games 2016" (http://www.ebaumsworld.com/video/watch/84909917/) – posted Jan. 26, |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | | |
|---|---|---|---|
| 1 | | | 2016; |
| 2 | | | |
| 3 | | | "She was specifically told..not to |
| 4 | | | drink the Fizzy Lifting Drink" |
| 5 | | | (http://www.ebaumsworld.com/video |
| 6 | | | /watch/84911965/) – posted Jan. 28, |
| 7 | | | 2016 |
| 8 | 380. | "Garbage Truck Explodes in | "HOLY SHIT! Garbage Truck |
| 9 | | Neighborhood" | Explodes In Neighborhood" |
| 10 | | (https://youtu.be/y7gmJwHkfvg) – | (http://www.ebaumsworld.com/video |
| 11 | | acquired Jan. 27, 2016 | /watch/84916103/) – posted Feb. 2, |
| 12 | | | 2016 |
| 13 | | | |
| 14 | 381. | "Girl Dances in Light up Shoes" | "This is like a 90s wet dream" |
| 15 | | (https://www.youtube.com/watch? | (http://www.ebaumsworld.com/video |
| 16 | | v=9COa7nuQGPE) – acquired | /watch/84910963/) – posted Jan. 27, |
| 17 | | Jan. 29, 2016 | 2016 |
| 18 | 382. | " Kid Whacks Balancing iPad with | "iPad Balance Fail on Hoverboard" |
| 19 | | Hockey Stick" | (http://www.ebaumsworld.com/video |
| 20 | | (https://www.youtube.com/watch? | /watch/84918575/) – posted Feb. 4, |
| 21 | | v=bOacuYsMTB8) – acquired | 2016 |
| 22 | | Feb. 5, 2016 | |
| 23 | 383. | "Man Performs Trickshots with | "The real reason I change diapers" |
| 24 | | Diapers" | (http://www.ebaumsworld.com/video |
| 25 | | (https://www.facebook.com/jesusj | /watch/84916180/) – posted Feb. 3, |
| 26 | | essechuy.uranga/posts/105790099 | 2016 |
| 27 | | 4269707:0) – acquired Feb. 2, | |
| 28 | | 2016 | |

AMENDED COMPLAINT

| | | |
|---|---|---|
| 384. | "Fish Flies into Girl's Face" (https://www.youtube.com/watch?v=dtxPp9UOcIc) – acquired Jan. 29, 2016 | "Welsh Weather Reporter Hit By Fish In The Face" (http://www.ebaumsworld.com/video/watch/84915635/) – posted Feb. 2, 2016 |
| 385. | "Rapper Finds Back Up in Walgreens Employees" (https://www.youtube.com/watch?v=L9DRaSXhIBY) – acquired Feb. 10, 2016 | "Mom Throws Fast Rhyme At Supermarket" (http://www.ebaumsworld.com/video/watch/84925811/) – posted Feb. 12, 2016 |
| 386. | "Weightlifting Vomit Incident" (https://www.facebook.com/jordan.wong.1420/videos/10154701637053438/) – acquired Feb. 11, 2016 | "Female Powerlifter Projectile Vomits On Head Judge" (http://www.ebaumsworld.com/video/watch/84924056/) – posted Feb. 11, 2016;  "Woman Pukes Her Guts Out During Deadlift" (http://www.ebaumsworld.com/video/watch/84923718/) – posted Feb. 11, 2016;  "Girl Powerlifter Chick In Deadlifting Competition…" (http://www.ebaumsworld.com/videos/girl-powerlifter-chick-in-deadlifting-competition/85051261/) – posted June 11, 2016 |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

135

| | | |
|---|---|---|
| 387. | "Man Smashes Eggs on Friend's Head" (https://www.youtube.com/watch?v=5mg6C9aaD2o) – acquired Feb 5, 2016 | "Smash 6 Eggs On His Head Prank" (http://www.ebaumsworld.com/video/watch/84919067/) – posted Feb. 5, 2016 |
| 388. | "Irish Guys Move a Sofa" (https://www.youtube.com/watch?v=tex-M3rjDWk) – acquired Feb. 7, 2016 | "Two Drunk Irishmen Move A Couch" (http://www.ebaumsworld.com/video/watch/84921958/) -  posted Feb. 9, 2016'<br><br>"Two Drunk Irishmen Move A Couch" (http://www.ebaumsworld.com/video/watch/84920252/) – posted Feb 6, 2016 |
| 389. | "Girl Terrified of Moth" (https://www.youtube.com/watch?v=FYXKwCs3AvE) – acquired Mar. 11 2016 | "Girlfriend Terrified By Mothra!" (http://www.ebaumsworld.com/videos/girlfriend-terrified-by-mothra/84954959/) – posted Mar. 11, 2016 |
| 390. | "Robot Delivers Snack to Hotel Guest" (https://www.youtube.com/watch?v=nRjXu4wQsU8) – acquired Feb. 15, 2016 | "A robot delivered a snack to my hotel room" (http://www.ebaumsworld.com/video/watch/84928233/) – posted Feb. 14, 2016 |
| 391. | "15-Year-Old Plays Piano Beautifully Without Hands" | "Look Mom, No Hands" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=t7A1zYDc_Ww) – acquired Feb. 16, 2016 | /watch/84925809/) – posted Feb. 12, 2016 |
| 392. | "Woman Faceplants into Pile of Poop" (https://www.youtube.com/watch?v=l7rFs0OO0Q0) – acquired Feb. 23, 2016 | "Backflipping Rodeo Clown Has a Smelly Fail" (http://www.ebaumsworld.com/videos/backflipping-at-the-rodeo-results-in-smelly-fail/85087118/) – posted July 23, 2016 |
| 393. | "Woman Teaches Dog to Meow" (https://www.youtube.com/watch?v=OM0iaADo9Bg) – acquired Feb. 20, 2016 | "Teaching a dog to meow" (http://www.ebaumsworld.com/video/watch/84933597/) – posted Feb. 19, 2016 |
| 394. | "Dog Looks at Owner while He Eats" (https://www.youtube.com/watch?v=Q3TYvvozc6s) – acquired Feb. 28, 2016 | "My dog likes to look at me while I eat, until –" (http://www.ebaumsworld.com/video/watch/84943262/) – posted Feb. 28, 2016 |
| 395. | "Girl Encounters Whale Shark" (https://www.youtube.com/watch?v=mlZHnOkFg6E) – acquired Mar. 12, 2016 | "Girl Encounters Whale Shark!" (http://www.ebaumsworld.com/videos/girl-encounters-whale-shark/84957789/) – posted Mar. 14, 2016 |
| 396. | "Iguana Hates Stuffed Animal" (https://www.jukinmedia.com/licensing/view/928478) – acquired Mar. 2, 2016 | "This iguana is not interested in sharing his stuffed friend" (http://www.ebaumsworld.com/videos/this-iguana-is-not-interested-in-sharing-his-stuffed-friend/84947396/) |

137

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | – posted Mar. 4, 2016 "Iguana Attacks Stuffed Iguana" (http://www.ebaumsworld.com/videos/iguana-attacks-stuffed-iguana/84976343/) – posted Apr. 1, 2016 |
| 397. | "Son Pretends to Cut Mom's Hair" (https://www.youtube.com/watch?v=JKpj4z-ddJs) – acquired Mar. 4, 2016 | "Fake Hair Buzzer Prank" (http://www.ebaumsworld.com/videos/fake-hair-buzzer-prank/84988908/) – posted Apr. 12, 2016 |
| 398. | "Passengers on Airplane See Solar Eclipse" (https://www.youtube.com/watch?v=YBoa81xEvNA) – acquired Mar. 10, 2016 | "Rare Total Solar Eclipse Recorded From a Plane [HD]" (http://www.ebaumsworld.com/videos/rare-total-solar-eclipse-recorded-from-a-plane-hd/84952939/) – posted Mar. 9, 2016 |
| 399. | "Eagle Grabs onto Crane at Zoo" (https://www.youtube.com/watch?v=fU4oZNGo2FE) – acquired Mar. 12, 2016 | "Crane Messes With the Wrong Eagle" (http://www.ebaumsworld.com/videos/crane-messes-with-the-wrong-eagle/84957930/) – posted Mar. 14, 2016 |
| 400. | "French Bulldogs on Longboard" (https://www.youtube.com/watch?v=vxKDsc9n5i0) – acquired Mar. 22, 2016 | "French Bulldogs On A Longboard" (http://www.ebaumsworld.com/videos/french-bulldogs-on-a-longboard/84979164/) – posted Apr. 4, 2016 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

| | | |
|---|---|---|
| 401. | "Young Bull Runs onto Soccer Field" (https://www.facebook.com/ryanbook/videos/10153477649000872/) – acquired Mar. 14, 2016 | "Bull Runs Onto the Soccer Field" (http://www.ebaumsworld.com/videos/bull-runs-onto-the-soccer-field/84978756/) – posted Apr. 4, 2016 |
| 402. | "Kid Almost Flies out of Trampoline Cage" (https://www.youtube.com/watch?v=xbCzZup_e6E) – acquired Mar. 16, 2016 | "Kid Almost Flies Out of Trampoline Cage" (http://www.ebaumsworld.com/videos/kid-almost-flies-out-of-trampoline-cage/84960902/) – posted Mar. 16, 2016 |
| 403. | "Monkey Steals Potato Chips" (https://www.youtube.com/watch?v=JHrDB3wAy8I) – acquired Mar. 22, 2016 | "Monkey Want Pringles!" (http://www.ebaumsworld.com/videos/monkey-want-pringles/84967374/) – posted Mar. 23, 2016 |
| 404. | "16-Year-Old Freaks Out when Getting a Shot" (https://www.youtube.com/watch?v=q4SFOWAJY4A) – acquired Mar. 23, 2016 | "16 Year Old Totally Freaks Out When Getting A Shot" (http://www.ebaumsworld.com/videos/16-year-old-girl-totally-freaks-out-when-getting-a-shot/84967464/) – posted Mar. 23, 2016 |
| 405. | "Girl Has Rough Start on Track" (https://www.youtube.com/watch?v=UdyiU4nPw_I) – acquired Mar. 21, 2016 | "Girl Loses Race Before It Even Starts" (http://www.ebaumsworld.com/videos/girl-loses-race-before-it-even-starts/84964880/) – posted Mar. 21, 2016 |
| 406. | "Truck Climbs Steep Hill" | "Driver attempts insane 400 foot hill |

139

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=Ol3ySkS6sSg) – acquired Mar. 23, 2016 | climb" (http://www.ebaumsworld.com/videos/driver-attempts-insane-400-foot-hill-climb/84969318/) – posted Mar. 25, 2016 |
| 407. | "Girl Doesn't Understand Riddle" (https://www.youtube.com/watch?v=h4rr3SWzvPw) – acquired Mar. 29, 2016 | "Bimbo Finds It Impossible to Solve a Simple Riddle" (http://www.ebaumsworld.com/videos/bimbo-finds-it-impossible-to-solve-a-riddle/84967853/) – posted Mar. 23, 2016 |
| 408. | "Man Revealed to be Grandpa Through Teddy Bear" (https://www.youtube.com/watch?v=bCv-qg0fXKQ) – acquired Mar. 25, 2016 | "Dad Gets Choked Up During Pregnancy Announcement" (http://www.ebaumsworld.com/videos/dad-gets-choked-during-pregnancy-announcement/84969680/) – posted Mar. 25, 2016 |
| 409. | "Cat Takes a Bath" (https://www.youtube.com/watch?v=ULfgyLGFYSU) – acquired Mar. 31, 2016 | "Kitty Bath Time Is Disgustingly Adorable" (http://www.ebaumsworld.com/videos/kitty-bath-time-is-disgustingly-adorable/85137786/) – posted Sept. 15, 2016 |
| 410. | "Giant Marine Iguana Feasts Underwater" (https://www.youtube.com/watch?v=4tBWakZAGqU) – acquired Apr. 13, 2016 | "Miny [sic] Godzilla Nomming On Things Underwater" (http://www.ebaumsworld.com/videos/miny-godzilla-nomming-on-things-underwater/84987561/) – posted Apr. |

AMENDED COMPLAINT

| | | 11, 2016 |
|---|---|---|
| 411. | "Water Comes through Sunroof during Car Wash" (https://www.youtube.com/watch?v=WP9pXIAa6aI) – acquired July 4, 2016 | "Car Washes Aren't Very Fun When You Forget to Close the Sunroof" (http://www.ebaumsworld.com/videos/ultimate-car-wash-fail/85066000/) – posted June 29, 2016 |
| 412. | "Weightlifter Breaks Window after Barbell Rolls Away" (https://www.youtube.com/watch?v=3Yeqc_X2IOI) – acquired Mar. 30, 2016 | "Girl Working Out Destroys the Gym" (http://www.ebaumsworld.com/videos/girl-works-out-and-destroys-the-gym/84973778/) – posted Mar. 30, 2016 |
| 413. | "Kid Faints on Sling Shot Ride" (https://www.youtube.com/watch?v=WPCI0OUMt6g) – acquired Mar. 29, 2016 | "Kid Passes Out on Slingshot Ride" (http://www.ebaumsworld.com/videos/guy-passes-out-on-slingshot-ride/84968677/) – posted Mar. 24, 2016 |
| 414. | "Backdraft Explosion in Commercial Building in Canada" (https://www.youtube.com/watch?v=IB05B6JuhEY) – acquired Apr. 2, 2016 | "Backdraft Turns Building Into a Rocket" (http://www.ebaumsworld.com/videos/backdraft-turns-building-into-a-rocket/84976285/) – posted Apr. 1, 2016 |
| 415. | "Man Makes Party Cocktail out of Dr. Pepper and Mentos" (https://www.youtube.com/watch?v=ByqRK5JRkI8) – acquired Apr. 5, 2016 | "Mentos Bomb" (http://www.ebaumsworld.com/videos/mentos-bomb/84978179/) – posted Apr. 3, 2016 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

141

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 416. | "Golf Cart Slides out of Control down Hill" (https://www.youtube.com/watch?v=EPaxor2y4bg) – acquired Apr. 6, 2016 | "Golf Cart Rollover Down a Steep Hill!" (http://www.ebaumsworld.com/videos/golf-cart-rollover-down-a-steep-hill/84983360/) – posted Apr. 7, 2016 |
| 417. | "Guy Suplexes Friend's Face into Pool Deck" (https://www.youtube.com/watch?v=6BWY-nMU8hk) – acquired Apr. 8, 2016 | "Poolside Suplex Fail" (http://www.ebaumsworld.com/videos/poolside-suplex-fail/84983363/) – posted Apr. 7, 2016<br><br>"Dumbass Almost Kills His Friend" (http://www.ebaumsworld.com/videos/dumbass-almost-kills-his-friend/84982786/) – posted Apr. 7, 2016 |
| 418. | "Baby Seal Tries to Suck on Guy's Foot" (https://www.youtube.com/watch?v=cVJQbAykkQ4) – acquired Apr. 21, 2016 | "A man has a close encounter with baby sea lion" (http://www.ebaumsworld.com/videos/a-man-has-a-close-encounter-with-baby-sea-lion/85007849/) – posted Apr. 27, 2016 |
| 419. | "Spinner Shark Crashes into Paddleboarder" (https://www.youtube.com/watch?v=Jvz22n46_5k) – acquired Apr. 8, 2016 | "Surfer knocked off board by jumping shark" (http://www.ebaumsworld.com/videos/surfer-knocked-off-board-by-jumping-shark/84986071/) – posted Apr. 8, 2016 |
| 420. | "Southern Mom Shoots Kids' Cell | "Southern Momma has really had |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | "Phones" (https://www.youtube.com/watch?v=Ly_eEAjyF0M) – acquired Apr. 9, 2016 | enough part II: War on Drugs!" (http://www.ebaumsworld.com/videos/southern-momma-has-really-had-enough-part-ii-war-on-drugs/84986871/) – posted Apr. 9, 2016

"Redneck Mom Teaches Her Out of Control Kids a Harsh Lesson" (http://www.ebaumsworld.com/videos/southern-momma-has-had-enough/84986086/) – posted Apr. 12, 2016 |
| 421. | "Porsche Driver Crashes into Parked Car" (https://www.youtube.com/watch?v=Sb38X-Xr4D0) – acquired Apr. 25, 2016 | "Porsche Inexplicably Goes Into Hard Reverse" (http://www.ebaumsworld.com/videos/porsche-inexplicably-goes-into-hard-reverse/85046956/) – posted June 7, 2016 |
| 422. | "Gorilla Dances Ballet" (https://www.youtube.com/watch?v=8yTGdEwB4rE) – acquired Apr. 12, 2016 | "Who knew Gorillas could dance?" (http://www.ebaumsworld.com/videos/who-knew-gorillas-could-dance/84991193/) – posted Apr. 13, 2016 |
| 423. | "Octopus Fight" (https://www.youtube.com/watch?v=EMp4CEemQRY) – acquired Apr. 12, 2016 | "The Octopus Fighting with another Octopus" (http://www.ebaumsworld.com/videos/the-octopus-fighting-with-another- |

143

| | | |
|---|---|---|
| | | octopus/84990215/) – posted Apr. 13, 2016 |
| 424. | "Dog Follows Pace of Owner" (https://www.youtube.com/watch?v=A4PJhbIu76E) – acquired Sept. 26, 2016 | "If You Laugh At This, You Are SO Going To Hell" (http://www.ebaumsworld.com/videos/if-you-laugh-at-this-you-are-so-going-to-hell/85150562/) – posted Sept. 28, 2016 |
| 425. | "Motorcyclist Lets Kid Rev Engine" (https://www.youtube.com/watch?v=wP60JGzwiBg) – acquired Apr. 13, 2016 | "Put a Smile on a Kid's Face" (http://www.ebaumsworld.com/videos/put-a-smile-on-a-kids-face/84991390/) – posted Apr. 13, 2016 |
| 426. | "Girl Passes out on High Swinging Pendulum Ride" (https://www.youtube.com/watch?v=rHXx8jdjEqc) – acquired Apr. 21, 2016 | "Father Laughs At Daughter Passing Out Twice on Swing Ride!" (http://www.ebaumsworld.com/videos/father-laughs-at-daughter-passing-out-twice-on-swing-ride/85063978/) – posted June 26, 2016 |
| 427. | "Daredevil Rides Segway on Edge of Rooftop" (https://www.youtube.com/watch?v=mzoymq_Wx0Q) – acquired Apr. 18, 2016 | "Man Rides His Hoverboard On the Edge of a Skyscraper in Dubai" (http://www.ebaumsworld.com/videos/man-rides-his-hoberboard-on-the-edge-of-a-skyscraper/85000637/) – posted Apr. 21, 2016<br><br>"Man Rides His Hoverboard on the Edge of a Skyscraper" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | (http://www.ebaumsworld.com/videos/man-rides-his-hoverboard-on-the-edge-of-a-skyscraper/84998748/) – posted Apr. 20, 2016 |
| 428. | "Man Uses Giant Tire as Hula Hoop" (https://www.youtube.com/watch?v=gXVeRDcTghA) – acquired Apr. 21, 2016 | "Hula-Hooping a 120lb Tractor Tire" (http://www.ebaumsworld.com/videos/hula-hooping-a-120lb-tractor-tire/85003090/) – posted Apr. 23, 2016 |
| 429. | "Girl Rants about Millennials" (https://www.youtube.com/watch?v=gYCVLmTDMBs) – acquired Apr. 27, 2016 | "Girl Goes on a Rant About Entitled Millennials" (http://www.ebaumsworld.com/videos/millennial-goes-on-a-rant/85006728/) – posted Apr. 26, 2016 |
| 430. | "Woman Can't Read "Hotel Receptionist"" (https://www.youtube.com/watch?v=Q2XJoa4OvOk) – acquired Apr. 27, 2016 | "Woman Can't Read the Word 'Receptionist'" (http://www.ebaumsworld.com/videos/woman-cant-read-the-word-receptionist/85011289/) – posted Apr. 29, 2016 |
| 431. | "Acrobatic Mom and Daughter" (https://www.youtube.com/watch?v=Ph6GkCHu2RA) – acquired Apr. 27, 2016 | "This lady will put your upper body strength to shame!" (https://www.facebook.com/ebaumsworld/videos/10153725799002424/) – posted May 1, 2016 |
| 432. | "Car Stops for Drunk Man Doing | (https://www.facebook.com/ebaums |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | "Splits" (https://www.youtube.com/watch?v=3PZVNJLFNCs) – acquired Apr. 29, 2016 | world/videos/10153788103302424/) – posted May 31, 2016 |
| 433. | "Whales Breach Water Near Docks" (https://www.youtube.com/watch?v=w_4hfkTgCkE) – acquired May 3, 2016 | "Hmm? What's this? Fish? Dolphins? OMFG A WHALE WTF!!!??? DID THAT JUST HAPPEN" (http://www.ebaumsworld.com/videos/hmm-whats-this-fish-dolphins-omfg-a-whale-wtf-did-that-just-happen/85015746/) – posted May 3, 2016 |
| 434. | "Student Can't Take Off Plaster Mask" (https://www.youtube.com/watch?v=DexQ1E5fuMU) – acquired May 9, 2016 | "Student Can't Take Off Plaster Mask!" (http://www.ebaumsworld.com/videos/student-cant-take-off-plaster-mask/85021854/) – posted May 10, 2016 |
| 435. | "Baby Powder in Hair Dryer Prank Gone Wrong" (https://www.youtube.com/watch?v=-4uiuRKkTb8) – acquired June 14, 2016 | "Baby Powder Prank Goes Way Wrong" (http://www.ebaumsworld.com/videos/baby-powder-prank-goes-way-wrong/85055020/) – posted June 15, 2016 <br><br> "Hair Dryer Prank Goes Wrong" (http://www.ebaumsworld.com/video |

146

| | | |
|---|---|---|
| | | s/hair-dryer-prank-gone-wrong/85054683/) – posted June 15, 2016 |
| 436. | "Sculpture Changes Picture at Different Angles" (https://www.youtube.com/watch?v=hO7oyAOk9U0) – acquired May 8, 2016 | "Awesome Perspective Art" (http://www.ebaumsworld.com/videos/awesome-perspective-art/85017535/) – posted May 5, 2016<br><br>"Awesome Sculpture Changes With Perspective" (http://www.ebaumsworld.com/videos/awesome-sculpture-changes-with-perspective/85027255/) – posted May 15, 2016 |
| 437. | "Daughter Interrupts Mom in Horse Mask's Meditation" (https://www.youtube.com/watch?v=2oX_m7U4u5M) – acquired May 6, 2016 | "My Poop Is Coming" (http://www.ebaumsworld.com/videos/my-poop-is-coming-vine-by-me-heids/85018763/) – posted May 6, 2016 |
| 438. | "Drum Juggling Street Performer" (https://www.youtube.com/watch?v=-keMGE4D24c) – acquired May 8, 2016 | "The Drumming Juggler" (http://www.ebaumsworld.com/videos/the-drumming-juggler/85023703/) – posted May 11, 2016<br><br>"Drum Juggling" (http://www.ebaumsworld.com/videos/drum-juggling/85019990/) – posted |

147

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | May 8, 2016 |
| 439. | "Hawaiian Geckos Enjoy Guava Jelly Breakfast" (https://www.jukinmedia.com/licensing/view/933350) – acquired May 8, 2016 | "Cute Geckos Eating With Yoshi Sounds" (http://www.ebaumsworld.com/videos/geckos-with-yoshi-sounds/85027068/) – posted May 15, 2016 |
| 440. | "Out of Control Driver T-Bones Car" (https://www.youtube.com/watch?v=nWkq-Z1FCw4) – acquired May 12, 2016 | "Unbelievably Crazy Accident In Kuwait" (http://www.ebaumsworld.com/videos/unbelievably-crazy-accident-in-kuwait/85023187/) – posted May 11, 2016<br><br>"Driver Loses Control and Flips" (http://www.ebaumsworld.com/videos/driver-loses-control-and-flips/85027911/) – posted May 16, 2016 |
| 441. | "Dildo Airport Prank" (https://www.youtube.com/watch?v=DaTnEbjap5w) – acquired May 11, 2016 | "First Time Flyer Was Worried About TSA, So His Buddies Helped Him Pack" (http://www.ebaumsworld.com/videos/first-time-flyer-was-worried-about-tsa-so-his-buddies-helped-him-pack/85023193/) – posted May 11, 2016 |
| 442. | "Girl Gets Smacked in Face with | "Idaho Crush Point Scored Off Face" |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Volleyball" (https://www.youtube.com/watch?v=bFX5G-dHVrA) – acquired May 16, 2016 | (http://www.ebaumsworld.com/videos/idaho-crush-point-scored-off-face/85023797/) – posted May 12, 2016 |
| 443. | "Roommate Gets Scared by Prank" (https://www.youtube.com/watch?v=wPlt17CHV84) – acquired May 14, 2016 | "Guy Executes An Old Classic Prank And Scares His Roommate" (http://www.ebaumsworld.com/videos/guy-executes-an-old-clasic-prank-and-scares-his-roommate/85108156/) – posted Aug. 17, 2016 |
| 444. | "Guy Plays with Smoke" (https://www.youtube.com/watch?v=8JNDnWQax-c) – acquired May 8, 2016 | "This Guy Is A Real Life Vape Wizard" (http://www.ebaumsworld.com/videos/this-guy-is-a-real-life-vape-wizard/85023425/) – posted May 11, 2016 |
| 445. | "Cat Reacts to Horror Movie" (https://www.youtube.com/watch?v=_kgRFHaNo-Y) – acquired May 13, 2016 | "Cat Watching a Horror Movie" (http://www.ebaumsworld.com/videos/cat-watching-a-horror-movie/85026922/) – posted May 14, 2016 |
| 446. | "Skydiving Plane Makes Emergency Landing" (https://www.youtube.com/watch?v=kwjVayUl5XE) – acquired May 14, 2016 | "Skydiving Plane Makes An Emergency Landing" (http://www.ebaumsworld.com/videos/skydiving-plane-makes-an-emergency-landing/85064809/) – posted June 27, 2016 |
| 447. | "Teen Gets Hit with Basketball" | "Easily the best Shot in Basketball |

149

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=84cqW5RmEXs) – acquired May 18, 2016 | History…" (http://www.ebaumsworld.com/videos/easily-the-best-shot-in-basketball-history/85028816/) – posted May 17, 2016 |
| | | "The Perfect Shot" (http://www.ebaumsworld.com/videos/the-perfect-shot/85028720/) – posted May 17, 2016 |
| 448. | "Guy Eats Pizza with Brawl in Front of Him" (https://www.youtube.com/watch?v=Ts-d3gP39ws) – acquired May 18, 2016 | "Guy Calmly Eats A Slice of Pizza During a Fight" (http://www.ebaumsworld.com/videos/this-bro-crushing-a-slice-of-pizza-while-a-huge-fight/85032691/) – posted May 21, 2016 |
| 449. | "Woman Smashes Pickup Truck" (https://www.youtube.com/watch?v=Pj0xJi3rKcQ) – acquired May 20, 2016 | "Gas Station Employee Smashes Man's Tail Light for Taking Too Long" (http://www.ebaumsworld.com/videos/gas-station-employee-smashes-mans-tail-light-for-taking-too-long/85034989/) – posted May 24, 2016 |
| 450. | "Muscle Man Lifts Weights Underwater" (https://www.youtube.com/watch?v=hHeL5Iqsbv4) – acquired May | "Weightlifting In the Pool Like a Boss" (http://www.ebaumsworld.com/videos/weightlifting-in-the-pool-like-a- |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | 25, 2016 | boss/85041223/) – posted June 1, 2016 |
| 451. | "Driver Sleeps in Car while in Traffic" (https://www.youtube.com/watch?v=ocK1IMiluM4) – acquired May 25, 2016 | "Tesla Driver Caught Sleeping While on Autopilot" (http://www.ebaumsworld.com/videos/tesla-model-s-driver-caught-sleeping-at-the-wheel-while-on-autopilot/85034984/) – posted May 24, 2016 |
| 452. | "Bicyclist Almost Falls off Cliff" (https://www.youtube.com/watch?v=AU7GFl5mn2U) – acquired June 1, 2016 | "Guy Almost Falls Off Cliff While Mountain Biking" (http://www.ebaumsworld.com/videos/guy-almost-falls-off-cliff-while-mountain-biking/85041322/) – posted June 1, 2016 |
| 453. | "Thief Falls after Stealing Flag from Porch" (https://www.youtube.com/watch?v=Qn83Y5RWGqY) – acquired June 3, 2016 | "INSTANT KARMA for Flag Thief" (http://www.ebaumsworld.com/videos/instant-karma-for-flag-thief/85042290/) – posted June 2, 2016 |
| 454. | "Dog Saves Man "Drowning" in Pool" (https://www.youtube.com/watch?v=-pdo6QUoOxo) – acquired June 6, 2016 | "Dog Tries 'Saving' People Whenever They Go Into the Pool" (http://www.ebaumsworld.com/videos/dog-tries-saving-people-whenever-they-go-into-the-pool/85044541/) – posted June 4, 2016 |
| 455. | "Bird bounces golf ball on the cart path!" | "Bird bounces golf ball on the cart path!" |

151

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=ij_5TMwqi4A) – acquired June 5, 2016 | (http://www.ebaumsworld.com/videos/bird-bounces-golf-ball-on-the-cart-path/85044883/) – posted June 5, 2016 |
| 456. | "Man Carelessly Drops Expensive Camera" (https://www.youtube.com/watch?v=TjSxVBW3Vx8) – acquired June 8, 2016 | "Guy Fooling Around Smashes a $30K Camera" (http://www.ebaumsworld.com/videos/man-accidentally-smashes-30k-camera-trying-to-show-it-off/85046074/) – posted June 6, 2016 |
| 457. | "Driver Charges into Flooded Street" (https://www.youtube.com/watch?v=U7fCCKCz0O4) – acquired June 7, 2016 | "CHARGE!!! Epic driving FAIL!" (http://www.ebaumsworld.com/videos/charge-epic-driving-fail/85045905/) – posted June 6, 2016<br><br>"Dude Yells "CHARGE" Before Driving Into Flooded Roadway" (http://www.ebaumsworld.com/videos/dude-yells-charge-before-driving-into-flooded-roadway/85061402/) – posted June 23, 2016 |
| 458. | "Ceiling Comes Crashing Down" (https://www.youtube.com/watch?v=c0Cbnqo2MoU) – acquired June 17, 2016 | "Ceiling Comes Crashing Down as Terrified Couple Watch" (http://www.ebaumsworld.com/videos/ceiling-comes-crashing-down-as-terrified-couple-watch/85058492/) – posted June 20, 2016 |
| 459. | "Mentos Bottle Rocket Hits | "Mentos Bottle Rocket Hits |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Camerawoman in Face" (https://www.youtube.com/watch?v=-joxyXLpTAU) – acquired Jun. 8, 2016 | Camerawomen in Face!" (http://www.ebaumsworld.com/videos/mentos-bottle-rocket-hits-camerawoman-in-face/85048638) – posted Jun. 8, 2016 |
| 460. | "Little Girl Stops Elephant" (https://www.youtube.com/watch?v=6wHry6LzXWc) – acquired Jun. 14, 2016 | "Girl Has Total Control Over Wild Elephant" (http://www.ebaumsworld.com/videos/girl-controls-wild-elephant/85051535) – posted Jun. 12, 2016 |
| 461. | "Girl Noodles Catfish" (https://www.youtube.com/watch?v=Yh5p8s2taE4) – acquired Jul. 18, 2016 | "Hot Chick Noodles A Huge Catfish" (http://www.ebaumsworld.com/videos/hot-chick-noodles-a-huge-catfish/85095470) – posted Aug. 2, 2016 |
| 462. | "Man Looks Over Scenic City in Norway" (https://www.youtube.com/watch?v=T_U8D3MwPDQ) – acquired Jun. 15, 2016 | "The old man went for a walk while on holiday in Norway" (http://www.ebaumsworld.com/videos/the-old-man-went-for-a-walk-while-on-holiday-in-norway/85053874) – posted Jun. 14, 2016 |
| 463. | "Girl on Scooter Faceplants Pavement after Jumping off Ramp" (https://www.youtube.com/watch?v=GuaH7ksb8QQ) – acquired Jun. | "Mom's First Scooter Ride Ends Badly" (http://www.ebaumsworld.com/videos/moms-first-scooter-ride-ends-badly/85068668) – posted Jun. 30, |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | 15, 2016 | 2016 |
|---|---|---|---|
| | 464. | "Waitress Kicks Falling Cup into Sink" (https://www.youtube.com/watch?v=l46vwuA3plM) – acquired Jun. 19, 2016 | "This Waitress Has Some Crazy Reflexes" (http://www.ebaumsworld.com/videos/this-waitress-has-some-crazy-reflexes/85055636/) – posted Jun. 16, 2016; <br><br> "This Waitress Has Some Crazy Reflexes" (http://www.ebaumsworld.com/videos/this-waitress-has-some-crazy-reflexes/85055465) posted Jun. 16, 2016 |
| | 465. | "Bear Crashes into Cyclist on Trail" (https://www.youtube.com/watch?v=uSPFgKDSUb4) – acquired Jun. 19, 2016 | "Bicyclist Suddenly Crashes Into A Bear" (http://www.ebaumsworld.com/videos/bicyclist-crashes-head-on-into-a-bear/85060467) – posted Jun. 23, 2016 |
| | 466. | "Man Gets Overly Excited at Graduation Ceremony" (https://www.youtube.com/watch?v=VY2IqVCG5pA) – acquired Jun. 19, 2016 | "Overexcited Dad Accidentally Steals The Show" (http://www.ebaumsworld.com/videos/overexcited-dad-accidentally-steals-the-show/85068669) – posted Jun. 30, 2016 |
| | 467. | "Finding an ATM Skimmer in Vienna" | "Finding an ATM Skimmer in Vienna" |

AMENDED COMPLAINT

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=ll4f0Wim4pM) – acquired Jun. 24, 2016 | (http://www.ebaumsworld.com/videos/finding-an-atm-skimmer-in-vienna/85085846) – posted Jul. 22, 2016 |
| 468. | "Girl in Bikini Squats Sister" (https://www.youtube.com/watch?v=nYJn_39rk9g) – acquired Jun. 24, 2016 | "Sexy Babe Does Sexy Squats With Her Sexy Sister" (http://www.ebaumsworld.com/videos/sexy-babe-does-sexy-squats-with-her-sexy-sister/85068407) – posted Jun. 30, 2016;<br><br>"How to pick up girls at the beach." (http://www.ebaumsworld.com/videos/how-to-pick-up-girls-at-the-beach/85074483) – posted Jul. 7, 2016;<br><br>"The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949) – posted Sept. 7, 2016; |
| 469. | "Man Spills Beer Everywhere" (https://www.youtube.com/watch?v=9r9iOY-2X9I) – acquired Jun. 29, 2016 | "The Worst Attempt At Tapping A Keg Ever" (http://www.ebaumsworld.com/videos/clueless-guy-attemps-to-tap-a-keg/85068308) – posted Jun. 30, 2016 |
| 470. | "Duck Chases Dog" | "Who is Chasing Who?" |

155

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=dm3vfmvcEFE) – acquired Jun. 24, 2016 | (http://www.ebaumsworld.com/videos/who-is-chasing-who/85062621) – posted Jun. 24, 2016 |
| 471. | "Girl Shows Off Crazy Gum Trick" (https://www.youtube.com/watch?v=eGPR_aCv0R0) – acquired Jun. 26, 2016 | "Stupid Human Gum Trick Letterman…" (http://www.ebaumsworld.com/videos/stupid-human-gum-trick-letterman-where-is-she-now/85062951) – posted Jun. 25, 2016 |
| 472. | "Runner Smashes Nuts into Pole" (https://www.youtube.com/watch?v=iKUIu6f7J24) – acquired Jul. 17, 2016 | "Runner Doesn't See This Pole And Pays The Price" (http://www.ebaumsworld.com/videos/runner-smashes-nuts-into-pole/85083175/) – posted Jul. 18, 2016<br><br>"Man's Balls Against Steel Pole" (http://www.ebaumsworld.com/videos/mans-balls-against-steel-pole/85084525/) – posted Jul. 20, 2016 |
| 473. | "Driver Hits Scooter Rider with Door then Crashes Himself" (https://www.youtube.com/watch?v=Jz7Pt214mPM) – acquired Jul. 14, 2016 | "Driver Accidentally Takes Out Scooter, But That's Just The Beginning" (http://www.ebaumsworld.com/videos/driver-accidentally-takes-out-scooter-but-thats-just-the-beginning/85080040) – posted Jul. |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

156

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | 14, 2016 |
| 474. | "New York Apartment Ceiling Collapses" (https://www.youtube.com/watch?v=g75D1vJEfxQ) – acquired Jul. 12, 2016 | "Woman Captures The Instant Her Apartment Ceiling Collapses" (http://www.ebaumsworld.com/videos/woman-records-as-her-ceiling-collapses/85076695) – posted Jul. 11, 2016 |
| 475. | "Motorcyclist Stands on Top of Bike" (https://www.youtube.com/watch?v=u49svim_7cI) – acquired Jul. 12, 2016 | "Russian guy full speed stnding up!" (http://www.ebaumsworld.com/videos/russian-guy-full-speed-stnding-up/85082230) – posted Jul. 17, 2016 |
| 476. | "Girls Perform Tandem Spin on High Bar" (https://www.youtube.com/watch?v=Oj1FeOY1g50) – acquired Jul. 15, 2016 | "Two Gymnasts Thought They Found The Secret To Perpetual Motion" (http://www.ebaumsworld.com/videos/two-gymnasts-thought-they-found-the-secret-to-perpetual-motion/85086174) – posted Jul. 22, 2016 |
| 477. | "Man Wakeskates Behind Boat with No Driver" (https://www.youtube.com/watch?v=Syi-IG5Mosw) – acquired Jul. 15, 2016 | "Guy leaves his speedboat DRIVERLESS" (http://www.ebaumsworld.com/videos/man-leaves-his-speedboat-driverless/85084518) – posted Jul. 20, 2016 |
| 478. | "Man Shoots Wife with Toy Gun" (https://www.youtube.com/watch? | "Guy Loves Shooting His Wife With Nerf Gun" |

157

| | | |
|---|---|---|
| | v=GBt2714dcQo) – acquired Jul. 19, 2016 | (http://www.ebaumsworld.com/videos/guy-spends-a-week-shooting-his-wife-daily-with-a-nerf-gun-its-the-last-shot-that-makes-it-so-funny/85080472) – posted Jul. 15, 2016 |
| 479. | "Bridge Jump Bellyflop" (https://www.youtube.com/watch?v=ltPIOXHWHfQ) – acquired Jul. 21, 2016 | "Bikini Babe's Back Flip Turns Into A Painful Bellyflop" (http://www.ebaumsworld.com/videos/hot-chicks-back-flip-turns-into-a-painful-bellyflop/85106250) – posted Aug. 15, 2016;<br><br>"The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949) – posted Sept. 7, 2016 |
| 480. | "Girl Jumps off Bridge and Into Water" (https://www.youtube.com/watch?v=ltPIOXHWHfQ) – acquired Jul. 21, 2016 | "The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949) – posted Sept. 7, 2016 |
| 481. | "Girl Twerks with Her Nose" (https://www.jukinmedia.com/licensing/view/937599) – acquired Jul. 20, 2016 | "Work Work Work Work Work!" (http://www.ebaumsworld.com/videos/work-work-work-work-work/85082105) – posted Jul. 17, 2016 |
| 482. | "Police Interrupt Road Rage | "Why You DON'T Cross The Street |

AMENDED COMPLAINT

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Fight" (https://www.youtube.com/watch?v=MAdlBukyCJ0) – acquired Jul. 22, 2016 | On Your Bike In Russia" (http://www.ebaumsworld.com/videos/how-people-cross-the-street-in-russia/85085610) – posted Jul. 21, 2016 |
| 483. | "Skater Whacks McLaren's Windshield" (https://www.youtube.com/watch?v=9NLzlSaU4Qk) – acquired Jul. 22, 2016 | "Another Angle of Skater Busting The Mclaren Windshield" (http://www.ebaumsworld.com/videos/another-angle-of-skater-busting-the-mclaren-windshield/85086398) – posted Jul. 22, 2016 |
| 484. | "Lightning Strike Hits Pole in Chicago" (https://www.youtube.com/watch?v=LIC0_fDp1Xw) – acquired Jul. 25, 2016 | "Telephone Pole Gets Annihilated By Lightning Strike" (http://www.ebaumsworld.com/videos/lightning-strike-hits-pole-in-chicago-july-24th/85088545) – posted Jul. 25, 2016;<br><br>"Amazing Footage of Lightning Strike Captured On Dashcam" (http://www.ebaumsworld.com/videos/amazing-footage-of-lightning-strike-captured-on-dashcam/85136792) – posted Sept. 14, 2016 |
| 485. | "Little Girl Plays with Huskies in the Pool" (https://www.youtube.com/watch? | "Adorable Lil Girl In Pool With Huskies" (http://www.ebaumsworld.com/video |

159

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | v=ivfz_sU-hbM) – acquired Jul. 29, 2016 | s/adorable-lil-girl-in-pool-with-huskies/85094797) – posted Aug. 1, 2016 |
| 486. | "Seagulls Chase Little Boy at the Beach" (https://www.youtube.com/watch?v=gCQdYqmj3CI) – acquired Jul. 26, 2016 | "The Best Funny Fails Ever!" (http://www.ebaumsworld.com/videos/the-best-funny-fails-ever/85129949) – posted Sept. 7, 2016 |
| 487. | "Man Reunites with Family after Three Years Away" (https://www.youtube.com/watch?v=zXgi4vcDQzs) – acquired Aug. 3, 2016 | "Dude Pranks His Parents With Weight Loss Transformation After Being Away at School for 3 Years" (http://www.ebaumsworld.com/videos/dude-pranks-his-parents-with-weight-loss-transformation-after-being-away-at-school-for-3-years/85092562/) – posted July 29, 2016 |
| 488. | "Longest Whip Ever Cracked" (https://www.youtube.com/watch?v=ksKhszIVVgI) – acquired July 30, 2016 | "The Longest Whip Ever Cracked" (http://www.ebaumsworld.com/videos/longest-whip-ever-cracked-238-feet-3-inches/85092921/) – posted July 30, 2016 |
| 489. | "Flyboarder Extinguishes Boat Fire" (https://www.youtube.com/watch?v=8AARG2A1TOE) – acquired July 31, 2016 | "Flyboard Extinguishes Boat Fire On Lake" (http://www.ebaumsworld.com/videos/flyboard-extinguishes-boat-fire-on-lake/85093827/) – posted July 31, 2016 |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 490. | "Debris at Demolition Derby Flies into Crowd" (https://www.jukinmedia.com/licensing/view/938236) – acquired Aug. 1, 2016 | "Terrifying Moment When Driveshaft Goes Flying Into Crowd" (http://www.ebaumsworld.com/videos/car-drive-shaft-flies-into-crowd-at-demolition-derby/85094170/) – posted Aug. 1, 2016 |
| 491. | "Bears Swimming in Lake" (https://www.youtube.com/watch?v=rnciM5tCbwc) – acquired Aug. 3, 2016 | "Momma Bear and Her Cubs Go For a Swim in Lake Tahoe" (http://www.ebaumsworld.com/videos/momma-bear-and-her-cubs-go-for-a-swim-in-lake-tahoe/85096523/) – posted Aug. 3, 2016 |
| 492. | "Baby Bear Tries to be Friends with Baby Deer" (https://www.youtube.com/watch?v=ygZNdi6rOEU) – acquired Aug. 6, 2016 | "Teddy-bear meet the deer" (http://www.ebaumsworld.com/videos/teddy-bear-meet-the-deer/85102028/) – posted Aug. 10, 2016<br><br>"How to steal a kiss" (http://www.ebaumsworld.com/videos/how-to-steal-a-kiss/85143658/) – posted Sept. 21, 2016 |
| 493. | "Cockatoo Meows Like a Cat" (https://www.youtube.com/watch?v=keFYl9FnesQ) – acquired Aug. 8, 2016 | "Parrot meows like a cat" (http://www.ebaumsworld.com/videos/parrot-meows-like-a-cat/85102666/) – posted Aug. 11, 2016 |
| 494. | "Girl Slides down Stairs while Doing Splits" | "Girl Does Splits Down Stairs" (http://www.ebaumsworld.com/video |

161

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=Qryp-FrnU-c) – acquired Sept. 1, 2016 | s/girl-does-splits-down-stairs/85123935/) – posted Sept. 2, 2016 |
| 495. | "Bear Causes People to Freak Out" (https://www.youtube.com/watch?v=j1kBUc4OnNc) – acquired Aug. 16, 2016 | "People Freak Out When Hungry Bear Ransacks Their Vehicle" (http://www.ebaumsworld.com/videos/people-freak-out-when-hungry-bear-ransacks-their-vehicle/85107117/) – posted Aug. 17, 2016 |
| 496. | "Chicken Runs Around Wearing Blue Pants" (https://www.youtube.com/watch?v=35dCC81xhx0) – acquired Aug. 31, 2016 | "This Pants-wearing Chicken Will Leave You In Tears" (http://www.ebaumsworld.com/videos/this-pants-wearing-chicken-will-leave-you-in-tears/85121971/) – posted Aug. 17, 2016 |
| 497. | "Guy Dances after Wisdom Teeth Surgery" (https://www.youtube.com/watch?v=Pas39gThRBw) – acquired Aug. 20, 2016 | "Asian Dude Dances Out Of Surgery While Still Sedated" (http://www.ebaumsworld.com/videos/asian-dude-dances-out-of-surgery-while-still-sedated/85110535/) – posted Aug. 20, 2016

"Dude is Really Whacked Out on Anesthesia" (http://www.ebaumsworld.com/videos/dude-is-really-whacked-out-on-anesthesia/85123932/) – posted Sept. |

162

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | 2, 2016 |
| 498. | "Girl Excited to See DeLorean DMC-12" (https://www.youtube.com/watch?v=9wKaxBrhsCo) – acquired Aug. 20, 2016 | "Super Dad Buys DeLorean And Surprises Young Daughter!" (http://www.ebaumsworld.com/videos/super-dad-buys-delorean-and-surprises-young-daughter/85110453/) – posted Aug. 19, 2016 |
| 499. | "Grandma Shakes Groove Thang in Parking Lot" (https://www.youtube.com/watch?v=BaE8LriThPs) – acquired Aug. 22, 2016 | "Woman has a dance party while parking her car!" (http://www.ebaumsworld.com/videos/woman-has-a-dance-party-while-parking-her-car/85130272/) – posted Sept. 7, 2016 |
| 500. | "Girl Freaks out after Discovering Lizard on Leg" (https://www.youtube.com/watch?v=S4iu0Y2ssS4) – acquired Sept. 12, 2016 | "Girl Freaks Out Over Lizard On Her Leg" (http://www.ebaumsworld.com/videos/girl-freaks-out-over-lizard-on-her-leg/85135853/) – posted Sept. 13, 2016 |
| 501. | "Girl Has Trouble Eating Milkshake After Surgery" (https://www.youtube.com/watch?v=QlWSimWrjBw) – acquired Aug. 26, 2016 | "Girl Has Trouble Eating Milkshake After Oral Surgery" (http://www.ebaumsworld.com/videos/girl-has-trouble-eating-milkshake-after-oral-surgery/85120756/) – posted Aug. 30, 2016 |
| 502. | "Dad Pulverizes Red Car" (https://www.youtube.com/watch?v=2Eje6pJdWWo) – acquired | "Dad Destroys His Daughter's Car After She Sneaks Out" (http://www.ebaumsworld.com/video |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Aug. 26, 2016 | s/furious-father-destroys-his-daughters-car-after-busting-her-with-a-man-she-wasnt-allowed-to-see/85117004/) – posted Aug. 30, 2016 |
| 503. | "Cyclist Passes Up Motorcycles" (https://www.youtube.com/watch?v=aEcIdSjCADw) – acquired Aug. 31, 2016 | "Bicyclists passing motorbikes" (http://www.ebaumsworld.com/videos/bicyclists-passing-motorbikers/85124184/) – posted Sept. 2, 2016<br><br>"Cyclist Serves Butt-Whoopin' of the Century…" (http://www.ebaumsworld.com/videos/cyclist-serves-butt-whoopin-of-the-century/85123566/) – posted Sept. 1, 2016 |
| 504. | "New Driver Keeps Stalling" (https://www.youtube.com/watch?v=4Pl6qedpavw) – acquired Sept. 2, 2016 | "Guys Laugh Because Student Driver Can't Merge!" (http://www.ebaumsworld.com/videos/guys-laugh-because-student-driver-cant-merge/85123846/) – posted Sept. 2, 2016 |
| 505. | "Student Throws Trash Ball into Trashcan from Across Room" (https://www.youtube.com/watch?v=Nq0ueSS6CqA) – acquired | "Student Makes Insane Paper Ball Shot Giving Entire Class an "A" on their Quiz" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | Sept. 3, 2016 | s/student-makes-insane-paper-ball-shot-securing-class-an-a-on-their-quiz/85128435/) – posted Sept. 6, 2016 |
| 506. | "Over Excited Kid Baptizes Self" (https://www.youtube.com/watch?v=pQaOKau5eaY) – acquired Sept. 5, 2016 | "Little Boy Couldn't Wait for the Priest to Baptize Him!" (http://www.ebaumsworld.com/videos/little-boy-couldnt-wait-for-the-priest-to-baptize-him/85128756/) – posted Sept. 6, 2016 |
| 507. | "Man Survives Dangerous Cliff Jump" (https://www.youtube.com/watch?v=dlFwJ1NBlLY) – acquired Sept. 7, 2016 | "Cliff Jumping Idiot Nearly KILLS Himself" (http://www.ebaumsworld.com/videos/cliff-jumping-idiot-nearly-paralyzes-himself/85129392/) – posted Sept. 7, 2016 |
| 508. | "Little Girl Gives Homeless Man Plate of Food" (https://www.youtube.com/watch?v=LadNzlR9Dfw) – acquired Sept. 7, 2016 | "Adorable girl gives her dinner" (http://www.ebaumsworld.com/videos/adorable-girl-gives-her-dinner/85133105/) – posted Sept. 10, 2016 |
| 509. | "Dog Scares Curious Cats" (https://www.youtube.com/watch?v=ZHbuFS3kw5o) – acquired Sept. 9, 2016 | "Scaredy Cats" (http://www.ebaumsworld.com/videos/scaredy-cats/85132365/) – posted Sept. 9, 2016 |
| 510. | "Snake Plays in New Sandbox" (https://www.youtube.com/watch?v=wz2opOBqClo) – acquired | "My Kenyan Sand Boa, Waffle, Playing With His New Toy!" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Sept. 9 2016 | s/my-kenyan-sand-boa-waffle-playing-with-his-new-toy/85132592/) – posted Sept. 10, 2016 |
| 511. | "Teens Swim Across Pool without Water" (https://www.youtube.com/watch?v=2e6I9CZZKQg) – acquired Sept. 13, 2016 | "Somebody Forgot to Fill Pool Before the Big Race!" (http://www.ebaumsworld.com/videos/somebody-forgot-to-fill-pool-before-the-big-race/85136602/) – posted Sept. 14, 2016 |
| 512. | "Man Jumps from Top of Wailua Falls" (https://www.youtube.com/watch?v=9CAmEStqE6A) – acquired Sept. 11, 2016 | "Crazy Cliff Jump Ends With Man Needing to be Rescued" (http://www.ebaumsworld.com/videos/man-needs-to-be-rescued/85134251/) – posted Sept. 12, 2016 |
| 513. | "Girl Breaks Zip Tie Using Shoelaces" (https://www.facebook.com/michelle.oneal.965/videos/1399236033426105/) – acquired Sept. 14, 2016 | "Young Girl Breaks Out of Zip-Tie Handcuffs Using Her Shoelaces" (http://www.ebaumsworld.com/videos/young-girl-breaks-out-of-zip-tie-handcuffs-using-her-shoelaces/85136789/) – posted Sept. 13, 2016 |
| 514. | "Guy Attempts to Break Into U-Haul on Highway" (https://www.youtube.com/watch?v=-3jWqj73qaE) – acquired Sept. 14, 2016 | "Man Tries To Break Into a Truck as it Speeds Down a Highway" (http://www.ebaumsworld.com/videos/man-tries-to-break-into-a-truck-as-it-speeds-down-a-highway/85137331/) – posted Sept. |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 515. | | 15, 2016 |
| 515. | "Man Removes Soda Can from Skunk's Head" (https://www.youtube.com/watch?v=9NoSSCmaHn4) – acquired Sept. 26, 2016 | "Brave Man Saves Skunk from a Coke Can" (http://www.ebaumsworld.com/videos/brave-man-saves-skunk-from-a-coke-can/85148832/) – posted Sept. 26, 2016 |
| 516. | "Good Samaritan Gives Umbrella to Homeless Person" (https://www.youtube.com/watch?v=wluhBpq2914) – acquired Sept. 26, 2016 | "Driver Gives Umbrella to Homeless Person" (http://www.ebaumsworld.com/videos/driver-gives-umbrella-to-homeless-person/85148811/) – posted Sept. 26, 2016 |
| 517. | "Moose Attacks Lawnmower" (https://www.youtube.com/watch?v=4JpKZ9ZK1xo) – acquired Sept. 28, 2016 | "Moose vs. Robo-mower" (http://www.ebaumsworld.com/videos/moose-vs-robomower/85146970/) – posted Sept. 24, 2016<br><br>"Lawnmower vs apple thieving moose" (http://www.ebaumsworld.com/videos/lawnmower-vs-apple-thieving-moose/85144545/) – posted Sept. 22, 2016 |
| 518. | "Science Experiment Excites Class" (https://www.youtube.com/watch?v=6vFZpko0VKI) – acquired Oct. | "Teacher Wins Over Class With Dangerous Science Experiment" (http://www.ebaumsworld.com/videos/teacher-wins-over-class-with- |

AMENDED COMPLAINT

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | 2, 2016 | dangerous-science-experiment/85157619/) – posted Oct. 5, 2016 |
| 519. | "Two Guys Collide While Trying to Jump Over Bonfire" (https://www.youtube.com/watch?v=rOBB5KDn60w) – acquired June 29, 2015 | "Bonfire Jumping Goes Wrong!" (http://www.ebaumsworld.com/videos/bonfire-jumping-goes-wrong/85155991/) – posted Oct. 3, 2016 |
| 520. | "Kid Runs Into Mirror at Fun House" (https://www.facebook.com/jessicaelmer297/videos/10200352859381504/) – acquired Oct. 3, 2016 | "Kid Runs Into Mirror at Fun House!" (http://www.ebaumsworld.com/videos/kid-runs-into-mirror-at-fun-house/85155948/) – posted Oct. 3, 2016 |
| 521. | "Rough Waters Cause Waves in Cruise Ship Pool" (https://www.youtube.com/watch?v=VxzPC-GiAH4) – acquired Sept. 30, 2016 | "Rough Waters Cause Waves" (http://www.ebaumsworld.com/videos/rough-waters-cause-waves/85155499/) – posted Oct. 3, 2016 |
| 522. | "Dad Walks Around House in Gnome Costume" (https://www.facebook.com/100003176734059/videos/870522846396932/) – acquired Dec. 22, 2016 | "Dad has Awesome Costume This Year" (http://www.ebaumsworld.com/videos/dad-has-awesome-costume-this-year/85155491/) – posted Oct. 3, 2016 |
| 523. | "Bengal Cat Plays with Shiba Inu Puppy" (https://www.youtube.com/watch? | "Bengal Cat Plays with Shiba Inu Puppy" (http://www.ebaumsworld.com/video |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | v=pChK_hSV6HY) – acquired Oct. 9, 2015 | s/bengal-cat-plays-with-shiba-inu-puppy/82016220/) – posted Nov. 15, 2011 |
| 524. | "Guy Performs Magic Trick for Orangutan" (https://www.facebook.com/mattgmagic/videos/1213463142033922/) – acquired Oct. 11, 2016 | "Guy Performs Magic Trick For Orangutan" (http://www.ebaumsworld.com/videos/guy-performs-magic-trick-for-orangutan/85164177/) – posted Oct. 12, 2016 |
| 525. | "Kid Pukes on Ride" (https://www.youtube.com/watch?v=16xy4S2eX1c) – acquired Oct. 12, 2016 | "Kid pukes on Ride at the State Fair of Texas" (http://www.ebaumsworld.com/videos/kid-pukes-on-ride-at-the-state-fair-of-texas/85164007/) – posted Oct. 12, 2016<br><br>"Kid on a ride at the State Fair of Texas pukes while upside down and spinning around." (http://www.ebaumsworld.com/videos/kid-on-a-ride-at-the-state-fair-of-texas-pukes-while-upside-down-and-spinning-around/85163798/) – posted Oct. 12, 2016 |
| 526. | "Man Rescues Dogs from Elevator Trap" (https://www.jukinmedia.com/licensing/view/942349) – acquired | "Manager Rescues Dog From Elevator Doors" (http://www.ebaumsworld.com/videos/manager-rescues-dog-from- |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Oct. 11, 2016 | elevator-doors/85163920/) – posted Oct. 12, 2016 |
| 527. | "Goat Licks Dog" (https://www.youtube.com/watch?v=9-QcWVPFxGA) – acquired Oct. 11, 2016 | "Strange Goat Licks a Dog" (http://www.ebaumsworld.com/videos/strange-goat-licks-a-dog/85161402/) – posted Oct. 10, 2016 |
| 528. | "Autoshade Sunglasses" (https://www.youtube.com/watch?v=CF4J4e7vOC8) – acquired Oct. 20, 2016 | "A guy has made a prototype invention of his 'Automatic Sunglasses'" (http://www.ebaumsworld.com/videos/a-guy-has-made-a-prototype-invention-of-his-automatic-sunglasses/85169957//) – posted Oct. 20, 2016 |
| 529. | "Guy Lifts Girl off Grass" (https://instagram.com/p/BJ01sZcA8S2/) – acquired Oct. 19, 2016 | "Guy Lifts Girl off Grass" (http://www.ebaumsworld.com/videos/guy-lifts-girl-off-grass/85169422/) – posted Oct. 19, 2016 |
| 530. | "Man Claps During Bench Press" (https://instagram.com/p/BDo_nVXlA7R/) – acquired Oct. 18, 2016 | "Man Claps During Bench Press!" (http://www.ebaumsworld.com/videos/man-claps-during-bench-press/85169307/) – posted Oct. 19, 2016 |
| 531. | "Girl Passes Out Twice on Slingshot Ride" (https://www.youtube.com/watch?v=URSj-Lk3vo4) – acquired Aug. | "Funny Irish Girl Passes Out Twice On Slingshot Ride in Magaluf!" (http://www.ebaumsworld.com/videos/funny-irish-girl-passes-out-twice- |

170

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | 31, 2015 | on-slingshot-ride-in-magaluf/85167037/) – posted Oct. 17, 2016 |
| 532. | "Amazing Onion Cutting Skills" (https://www.youtube.com/watch?v=tzd0t1VaWfA) – acquired Jun. 9, 2016 | "This Guy's Onion Chopping Skills Will Put You To Shame!" (http://www.ebaumsworld.com/videos/this-guys-onion-chopping-skills-is-not-for-the-faint-of-heart/85166814/) – posted Oct. 16, 2016 |
| 533. | "Woman Gracefully Spins Inside Hoop" (https://www.jukinmedia.com/licensing/view/942206) – acquired Oct. 10, 2016 | "Girl Shows Off Her Amazing Ring Skills!" (http://www.ebaumsworld.com/videos/girl-shows-off-her-amazing-ring-skills/85165775/) – posted Oct. 14, 2016 |
| 534. | "Garage Door Looks Like Monster" (https://www.facebook.com/amanda.destro/videos/10157497231705398/) – acquired Oct. 14, 2016 | "Garage Door Looks Like Monster" (http://www.ebaumsworld.com/videos/garage-door-looks-like-monster/85165736/) – posted Oct. 14, 2016 |
| 535. | "Man Releases Rescued Snakes Back into Wild" (https://www.jukinmedia.com/licensing/view/942405) – acquired Oct. 10, 2016 | "This Snake Release Video Is The Stuff Nightmares Are Made Of" (http://www.ebaumsworld.com/videos/this-snake-release-video-is-the-stuff-nightmares-are-made-of/85164393/) – posted Oct. 13, 2016 |
| 536. | "Girl Climbs out of Pool Like a Monster" | "This Woman Is The Ultimate Possessed Pool Demon" |

171

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=IyaVnzU_kXA) – acquired Oct. 19, 2016 | (http://www.ebaumsworld.com/videos/i-cant-tell-if-im-more-aroused-or-terrified/85173340/) – posted Oct. 24, 2016 |
| 537. | "Man Dances and Performs Tricks in Wind Tunnel" (https://www.jukinmedia.com/licensing/view/925350) – acquired Jan. 27, 2016 | "Indoor Skydiving Looks Awesome" (http://www.ebaumsworld.com/videos/indoor-skydiving-looks-awesome/85173184/) – posted Oct. 24, 2016 |
| 538. | "Chicken Runs Around Wearing Blue Pants" (https://www.youtube.com/watch?v=35dCC81xhx0) – acquired Aug. 17, 2016 | "Is There Anything Funnier Than A Rooster Wearing Pants?" (http://www.ebaumsworld.com/videos/is-there-anything-funnier-than-a-rooster-wearing-pants/85172651/) – posted Oct. 23, 2016 |
| 539. | "Man Runs Into Bear" (https://www.youtube.com/watch?v=TgOCATWRLug) – acquired Oct. 19, 2016 | "Pot Head Plows Into a Black Bear While on the Phone" (http://www.ebaumsworld.com/videos/pot-head-plows-into-a-black-bear-while-on-the-phone/85170499/) – posted Oct. 20, 2016 |
| 540. | "Teen Backflips into Goal Post" (https://www.youtube.com/watch?v=tnAZ4BE2yS4) – acquired June 29, 2016 | "Leroy Jenkins Throat Punches Himself Trying Stupid Stunt" (http://www.ebaumsworld.com/videos/leroy-jenkins-throat-punches-himself-trying-stupid-stunt/85182041/) – posted Nov. 3, 2016 |

172

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 541. | "Разбойное нападение в Челябинске." (https://www.youtube.com/watch?v=K23Ts4HAQbk) – acquired Oct. 31, 2016 | "Attempted Murse [sic] Snatching Caught on Dash Cam in Russia" (http://www.ebaumsworld.com/videos/attempted-murse-snatching-caught-on-dash-cam-in-russia/85177638/) – posted Oct. 29, 2016 |
| 542. | "Girl's Head Get's Stuck in Pumpkin" (https://www.youtube.com/watch?v=SkGh_wkUvU0) – acquired Oct. 27, 2016 | "Girl Gets Head Stuck in Pumpkin!" (http://www.ebaumsworld.com/videos/girl-gets-head-stuck-in-pumpkin/85176205/) – posted Oct. 27, 2016 |
| 543. | "Guy Sits while Using Treadmill" (https://www.youtube.com/watch?v=_QdirBxSl-s) – acquired Oct. 27, 2016 | "Man SITS DOWN on treadmill and snacks" (http://www.ebaumsworld.com/videos/man-sits-down-on-treadmill-and-snacks/85176201/) – posted Oct. 27, 2016 |
| 544. | "Guy Falls During Virtual Reality Demo" (https://instagram.com/p/BL1jM2RBQXm/) – acquired Oct. 27, 2016 | "FAIL! Guy Falls During Virtual Reality Demo" (http://www.ebaumsworld.com/videos/fail-guy-falls-during-virtual-reality-demo/85176200/) – posted Oct. 27, 2016 |
| 545. | "Aftermath of Girl Stuck in Pumpkin" (https://www.youtube.com/watch?v=qmFosLLIHLM) – acquired Oct. 31, 2016 | "Girl frees her head from pumkin [sic]!" (http://www.ebaumsworld.com/videos/girl-frees-her-head-from-pumkin/85175869/) – posted Oct. 27, |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | | |
|---|---|---|---|
| 1 | | | 2016 |
| 2 | 546. | "Guy Reaches Running Speed of 23.5 MPH" (https://www.youtube.com/watch?v=ISDNTrI3yJk) – acquired Aug. 30, 2016 | "Sprinting at the Gym Like a Boss!" (http://www.ebaumsworld.com/videos/sprinting-at-the-gym-like-a-boss/85187483/) – posted Nov. 9, 2016 |
| 7 | 547. | "Guy Uses Fire Extinguisher During Bike Ride" (https://instagram.com/p/BMOjjcqBhi3/) – acquired Nov. 3, 2016 | "Cyclist Has A Secret Weapon!" (http://www.ebaumsworld.com/videos/cyclist-has-a-secret-weapon/85191506/) – posted Nov. 15, 2016 |
| 12 | 548. | "Girl Lands on Back in Water" (https://www.jukinmedia.com/licensing/view/941081) – acquired Nov. 4, 2016 | "Girl's Backflip Turns into a Painful Back Flop" (http://www.ebaumsworld.com/videos/girls-backflip-turns-into-a-painful-back-flop/85189425/) – posted Nov. 11, 2016 |
| 18 | 549. | "Kid on Bike Falls down Stairs" (https://www.youtube.com/watch?v=Se4jBlvtA7M) – acquired Oct. 24, 2016 | "BMX Biker Needs 911!" (http://www.ebaumsworld.com/videos/bmx-biker-needs-911/85189118/) – posted Nov. 11, 2016 |
| 22 | 550. | "Rock Breaks off Cliff after Guy Jumps off It" (https://www.youtube.com/watch?v=3Ke0IlD_lbA) – acquired Nov. 26, 2016 | "Cliff Jumper Almost Crushes Himself After Dislodging Huge Boulder" (http://www.ebaumsworld.com/videos/huge-rocks-come-loose-as-cliff-jumper-leaps-from-92-feet-azure-window/85202411/) – posted Nov. |

AMENDED COMPLAINT

| | | | 28, 2016 |
|---|---|---|---|
| 551. | "Little Kid Can't Find Goggles" (https://www.jukinmedia.com/licensing/view/945224) – acquired Nov. 25, 2016 | | "Poor Kid Can't Find His Goggles!" (http://www.ebaumsworld.com/videos/poor-kid-cant-find-his-goggles/85200732/) – posted Nov. 25, 2016 |
| 552. | "Guys Light Trail of Leaves on Fire" (https://www.facebook.com/100005546417765/videos/426758090852401/) – acquired Dec. 21, 2015 | | "Epic Supersonic Redneck Bonfire Using a Line of Leaves" (http://www.ebaumsworld.com/videos/epic-supersonic-redneck-bonfire-using-a-line-of-leaves/85205665/) – posted Dec. 1, 2016 |

**Harm Caused by the Infringement;**

**Jukin's Efforts to Stop Defendants' Infringement**

249.   As described above, Defendant has engaged in at least 600 instances of infringement of Jukin's Original Videos.

250.   Both Jukin and the individual video creators are harmed by Defendant's infringement.  For example, the infringement causes them to lose license fees that Defendant should have paid for use of the videos, as well as losing the ability to monetize the videos through ad placement and the revenue derived from the network effects of viewers coming to Jukin-owned and managed properties to view the Jukin content (e.g., repeated viewing within Jukin's channels, conversion of single-time viewers to long-term subscribers, etc.).

251.   Since Defendant is either using the entire Jukin videos or is using the most significant and valuable portions of Jukin's videos, after viewers watch the Infringing Videos on ebaumsworld.com, and the Viumbe Social Media Accounts, they are unlikely to go to Jukin's channels to watch the Original Videos.  As such,

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

Jukin is losing views on its own channels and is missing out on capturing potential new viewers who otherwise may have watched the videos on Jukin's channels and become repeat viewers.  While Jukin derives significant market value from its licenses, Defendant's actions produce an adverse effect to the licensing market by exposing the material to a significant number of viewers who no longer have a need to view the video from Jukin or Jukin licensee.

252.    Jukin has undertaken various efforts to stop Defendant's infringement, such as takedown notices with ebaumsworld.com.  Despite these efforts, Defendant not only continues to regularly and willfully infringe Jukin's videos, but the instances of infringement have increased exponentially and require more action by Jukin and involvement of the Court to adjudicate this dispute.

## FIRST CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 and 501)

253.    Jukin incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

254.    Defendant has infringed Jukin's copyright in the Original Videos in violation of at least Sections 106 and 501 of the Copyright Act, 17 U.S.C. by copying videos owned or exclusively licensed by Jukin without a license or permission.

255.    In addition, Defendant is directly liable for copyright infringement based on its volitional acts which include a policy of encouraging subscribers to upload files and its use of a screening procedure in which its employees view all files uploaded and organize certain files by category.

256.    Upon information and belief, Defendant's acts of infringement are willful, intentional, continuous, and purposeful, in disregard of and with indifference to Jukin's rights.

257.    As a direct and proximate result of said infringement by Defendant, Jukin is entitled to damages in an amount to be proven at trial.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

258.   Jukin is also entitled to Defendant's profits attributable to the infringement, pursuant to 17 U.S.C. § 504 and otherwise according to law.

259.   Jukin is also entitled to its costs and fees pursuant to 17 U.S.C. § 505 and otherwise according to law.

260.   Jukin is entitled to injunctive relief and redress for Defendant's use and exploitation of the Jukin Original Videos for its own financial benefit in disregard of Jukin's rights.  Defendant's conduct is causing and, unless immediately enjoined, will continue to cause enormous and irreparable harm to Jukin.  Jukin is suffering lost revenue from loss of licensing fees, decreased monetization because viewers are diverted to Defendants' site, and reputational harm.  Defendant may not continue to exploit Jukin's video compositions without authorization.  Defendant's conduct must immediately be stopped and Jukin must be compensated for its willful acts of infringement.

261.   As a direct and proximate result of the foregoing acts and conduct, Jukin has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Jukin is informed and believes, and on that basis avers, that unless enjoined and restrained by this Court, Defendant will continue to infringe Jukin's rights in Jukin's videos.  Jukin Media is entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendant's continuing infringing conduct.

### SECOND CLAIM FOR RELIEF

### CONTRIBUTORY COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 and 501)

262.   Jukin incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

263.   Third party users of ebaumsworld.com are copying videos owned or exclusively licensed by Jukin and uploading these videos to ebaumsworld.com without a license or permission.

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

177

264.   Defendant has knowledge of this infringing activity, in part, based on multiple takedown requests sent by Jukin.  Moreover, Defendant has and continues to induce, cause, or materially contribute to third uploads of the infringing content, a direct infringement by those parties, in part, by storing infringing copies of the Jukin Original Videos and providing users with access to these copies.

265.   Defendant's contributory copyright infringement was and is willful, and executed with knowledge of Jukin's copyrights in the Jukin Original Videos, and in conscious disregard of Jukin's exclusive rights.

266.   As a direct and proximate result of said infringement by Defendant, Jukin is entitled to damages in an amount to be proven at trial.

267.   Jukin is also entitled to Defendant's profits attributable to the infringement, pursuant to 17 U.S.C. § 504 and otherwise according to law.

268.   Jukin is also entitled to its costs and fees pursuant to 17 U.S.C. § 505 and otherwise according to law.

269.   Jukin is entitled to injunctive relief and redress for Defendant's willful, intentional, and purposeful use and exploitation of the Jukin Original Videos for its own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Jukin's rights.  Defendant's conduct is causing and, unless immediately enjoined, will continue to cause enormous and irreparable harm to Jukin.  Jukin is suffering lost revenue from loss of licensing fees, decreased monetization because viewers are diverted to Defendants' site, and reputational harm.  Defendant may not continue to exploit Jukin's video compositions without authorization.  Defendant's conduct must immediately be stopped and Jukin must be compensated for its willful acts of infringement.

270.   As a direct and proximate result of the foregoing acts and conduct, Jukin has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Jukin is informed and believes, and on that basis avers, that unless enjoined and restrained by this

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

Court, Defendant will continue to infringe Jukin's rights in Jukin's videos. Jukin Media is entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendant's continuing infringing conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Jukin prays for judgment against Defendant as follows:

A.    For damages, or statutory damages, in amount to be determined at trial;

B.    For an accounting of Defendant's profits attributable to its infringements of Jukin's copyright in the Original Videos;

C.    For a preliminary and permanent injunction prohibiting Defendant, and its respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with them, from continuing to infringe Jukin's copyrights in the Original Videos;

D.    For prejudgment interest according to law;

E.    For Jukin's reasonable attorneys' fees and costs incurred in this action; and

F.    For such other and further relief as the Court may deem just and proper.


Dated:  February 3, 2017                    VENABLE LLP

                                            By: _/s/ Tamany Vinson Bentz_____
                                                Douglas C. Emhoff
                                                Tamany Vinson Bentz
                                                Matthew J. Busch
                                                Attorneys for Plaintiff Jukin Media, Inc.

AMENDED COMPLAINT

1    **<u>DEMAND FOR JURY TRIAL</u>**

2        Plaintiff Jukin Media, Inc. hereby demands a trial by jury for all issues to

3    which it is so entitled.

4

5    Dated:  February 3, 2017, 2017        VENABLE LLP

6                                           By:  /s/ Tamany Vinson Bentz

7                                               Douglas C. Emhoff

8                                               Tamany Vinson Bentz
                                               Matthew J. Busch

9                                               Attorneys for Plaintiff Jukin Media,
                                               Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT