VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., a California corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>VIUMBE, LLC, a Delaware limited liability company,<br><br>                Defendant. | CASE NO. 2:17-cv-00356-DSF-AFM<br><br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Action Filed:    January 17, 2017<br>Trial Date:      Not set |

1  Based on the Stipulation of Dismissal between Plaintiff Jukin Media, LLC
2  and Defendant Viumbe, LLC, the Court retains jurisdiction to enforce the parties'
3  Settlement Agreement and otherwise dismisses this action in its entirety, subject to
4  such retention of jurisdiction.

6  Entered this ___ day of June, 2017

_____
U.S. District Judge Dale S. Fischer